IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAGER A. MALEEAH,            )
                             )
    Plaintiff,                )
                             )
v.                           )    CASE NO. CV418-096
                             )
DR. OLATUNJI AWE, DR. BROWN, )
P.A. DARCY, NURSE GRANT, NURSE )
TYLER, NURSE ANDERSON, and   )
NURSE GREEN,                 )
                             )
    Defendants.               )
                             )

**O R D E R**

On October 17, 2018, the Magistrate Judge issued a report and recommendation in this case. (Doc. 14.) In the report and recommendation, the Magistrate Judge greenlit Plaintiff's claims against Defendants Darcy, Terry, Tyler, Green, and Anderson. (Id.) The Magistrate Judge also recommended that Plaintiff's claims against Defendants Awe and Brown be dismissed. (Id.) Since the issuance of the report and recommendation, Plaintiff has filed a Motion for Leave to File an Amended Complaint (Doc. 15) and a Motion to Withdraw (Doc. 18). Although these motions have been ruled on by the Magistrate Judge (Doc. 19), this Court is concerned that Plaintiff was attempting to file objections to the report and recommendation by filing these motions. Because Plaintiff is filing this action pro se, this Court will allow Plaintiff to file any objections that he may have to the report

and recommendation within 14 days from the date of service of this order. Plaintiff is advised that he will not be granted any additional extension of this 14-day objection period.

SO ORDERED this 6th day of December 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA