IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAGER A. MALEEAH,

    Plaintiff,

v.                        CASE NO. CV418-096

DR. BROWN, P.A. DARCY, NURSE
TERRY, NURSE TYLER, NURSE
ANDERSON, and NURSE GREEN,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 32), to which objections have been filed (Doc. 34). In the report and recommendation, the Magistrate Judge recommends that this Court deny Plaintiff's request to enjoin Defendants from further inhibiting Plaintiff's access to medical care. (Doc. 32.) After reviewing Plaintiff's motion, the Magistrate Judge concludes that Plaintiff failed to establish any of the requisite factors to show that he is entitled to a preliminary injunction. (Id.) After careful consideration and review of the record, the Court agrees and the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff has failed to provide any meritorious objection to the report and recommendation and even concedes in his objections

that he "is not in imminent harm." (Doc. 34 at 2.) Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 5) is **DENIED**.

SO ORDERED this 12th day of February 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA