IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAGER A. MALEEAH,

    Plaintiff,

v.

DR. BROWN, P.A. DARCY, NURSE
TERRY, NURSE TYLER, NURSE
ANDERSON, and NURSE GREEN,

    Defendants.

CASE NO. CV418-096

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration. (Doc. 38.) In his motion, Plaintiff requests that this Court reconsider its prior order (Doc. 37) adopting the report and recommendation in this case and dismissing Plaintiff's request for preliminary injunction. After a careful de novo review of the record and Plaintiff's motion, the Court sees no reason to disturb its prior order adopting the report and recommendation of the Magistrate Judge. Plaintiff has still failed to establish any of the requisite factors to show that he is entitled to a preliminary injunction. Instead, Plaintiff uses his motion to make arguments related to the merits of his complaint.

Accordingly, Plaintiff's Motion for Reconsideration (Doc. 38) is **DENIED**.[1]

SO ORDERED this 4th day of March 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] From Plaintiff's motion, it appears that Plaintiff may misunderstand the implications of this Court's previous order (Doc. 37). This Court's previous order did not disturb Plaintiff's underlying complaint, but instead only dismissed Plaintiff's request for a preliminary injunction.