# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CAGER A. MALEEAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-096 |
| | ) | |
| PA DARCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Cager A. Maleeah, *pro se* and *in forma pauperis*, has filed a "Deposition Upon Written Questions" with the Court, setting forth dozens of written interrogatories for defendants to answer. Doc. 49. It is unclear whether he seeks any court intervention in propounding his discovery requests upon defendants; no Certificate of Service is enclosed representing that defendants were actually served with this request as required by the Federal Rules of Civil Procedure (by which even *pro se* litigants must abide). If Maleeah wishes to serve discovery on defendants, he must do so pursuant to the Federal Rules of Civil Procedure — meaning, any discovery requests are mailed *to the party* (or that party's attorney) from whom he seeks that discovery. *See* Fed. R. Civ. P. 5(b)

(describing procedure for service). The United States Marshal Service is not needed for this purpose. Discovery requests are *not* filed with the Court. Fed. R. Civ. P. 5(d) (initial disclosures and discovery requests/responses are *not* filed until they are used for a motion or the court orders them to be filed).

**SO ORDERED**, this __23rd__ day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA