FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JUL 18 PM 2:43

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CAGER A. MALEEAH,  Plaintiff,  v.  DR. BROWN, P.A. DARCY, NURSE TYLER, NURSE ANDERSON, NURSE TERRY, MS. RIVERS, and NURSE GREEN,  Defendants. | CASE NO. CV418-096 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 70.) In the report and recommendation, the Magistrate Judge concluded that Plaintiff has failed to properly state a First Amendment claim against Defendant Rivers. (Id.) After recommending dismissal of that claim, the Magistrate Judge instructed Plaintiff that he would have 30 days from the date of the report and recommendation to file an amended complaint "to set forth additional allegations contending that, by ignoring and burying his grievances, Rivers has actively participated in the denial of adequate medical care so as to offend the Eighth Amendment." (Id. at 4.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendant Rivers'

Motion to Dismiss (Doc. 57) is **GRANTED**. Plaintiff remains bound by all other instructions in the report and recommendation.

SO ORDERED this 18th day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA