CLERK OF SUPERIOR &
JUVENILE COURTS
FILED FOR RECORD
2013 DEC -2 PM 2:10
COLUMBIA COUNTY GEORGIA
COPY

IN THE SUPERIOR COURT OF **Columbia** COUNTY, GEORGIA

State of Georgia ]  INDICTMENT NO. **2013-CR-____-13**
 ]
v. ]  OFFENSES CHARGED IN INDICTMENT:
 ]
**Cager Aaron** ]  **Child Molestation**
 ]
**Maleeah** ]

PLEA OF GUILTY (NOLO CONTENDERE)
ACKNOWLEDGMENT AND WAIVER OF RIGHTS

My name is **Cager Aaron Maleeah**

I am **50** years of age. I have completed **11** years of education.

I want to plead GUILTY (nolo contendere) to the offense(s) of:
**Child Molestation**

1. To your knowledge, do you now suffer from any mental illness or psychological disorder?
   Yes _____ No **CM**

2. Are you now under the influence of any drug, medicine, or alcohol?
   Yes _____ No **CM**

3. Has anyone made any promise to you to cause you to plead GUILTY (nolo contendere)?
   Yes _____ No **CM**

4. Has anyone used any threats, force, pressure, or intimidation to make you plead GUILTY (nolo contendre)
   Yes _____ No **CM**

5. Has anyone suggested to you or led you to believe that you will be given a lighter sentence or otherwise rewarded for pleading GUILTY?
   Yes _____ No **CM**

Exhibit 1

Form Revised 2-23-10  RECORDED & SCANNED II
MINUTES 12-2-13

6. Do you understand that the maximum sentence(s) for the offense(s) to which you are pleading GUILTY (nolo contendere) are as follows:

| Offense | Sentence |
|---|---|
| Child Molestation | 5-20 years |
| | years |
| | years |
| | years |
| | years |

Yes *CM* No _____

7. Has any plea agreement been made by you with anyone which causes you to plead GUILTY (nolo contendere)?
Yes *CM* No _____
If so, exactly what is the plea agreement as you understand it? sentence *CM*
State will agree to a ~~cap~~ of 10 years confinement. All other terms + conditions to be left up to the court.

8. Do you understand that the sentence you will receive is solely a matter for the judge to decide?
Yes *CM* No _____

9. Do you realize that if you plead GUILTY (nolo contendere) the court may sentence you to the maximum punishment authorized by law for each offense, and order that they be served consecutively, that is, one after the other?
Yes *CM* No _____

10. Do you know and understand that whatever sentence the court imposes in this case can be made to start after any sentences you are now serving?
Yes *CM* No _____

11. Do you understand that if you plead GUILTY (nolo contendere), the court may impose the same punishment as if you had pled NOT GUILTY and been convicted?
Yes *CM* No _____

12. Do you know and understand that if you are on probation or parole your plea of GUILTY (nolo contendere) to this offense may cause your probation or parole to be revoked and you may be required to serve time in that case in addition to the sentence imposed in this case?
Yes *CM* No _____

13. Are you able to read, write, speak, and understand the English language?
    Yes _CM_ No _____

14. Have you received a copy of the indictment or accusation in this case?
    Yes _CM_ No _____

15. Have you read it or had it read and explained to you?
    Yes _CM_ No _____

16. Do you fully understand the charges against you?
    Yes _CM_ No _____

17. Do you understand that you have the right to plead NOT GUILTY to every crime charged against you in the indictment or accusation?
    Yes _CM_ No _____

18. Do you understand that if you plead NOT GUILTY you have the right to a speedy and public trial by a jury?
    Yes _M_ No _____

19. Do you understand that if you plead NOT GUILTY, you have the right to see, hear, question, and cross examine the witnesses called to testify against you at trial?
    Yes _CM_ No _____

20. Do you understand that if you plead NOT GUILTY you have the right to use the subpoena power of the court to make the witnesses who you feel will testify on your behalf come to court, whether they want to come or not?
    Yes _CM_ No _____

21. Do you understand that if you plead NOT GUILTY you have the right to testify or not testify and the jury will be instructed that they cannot use that choice against you?
    Yes _CM_ No _____

22. Do you understand that if you plead NOT GUILTY you will be presumed to be innocent and that before you can be convicted the State will have the duty of proving your guilt beyond a reasonable doubt?
    Yes _CM_ No _____

23. Do you understand that if you plead guilty, you will have waived, that is, given up each of the rights mentioned in questions 17 through 22?
    Yes _CM_ No _____

24. Have you had enough time to talk with your lawyer about your case?
    Yes _CM_ No _____

25. Have you discussed your case fully, and explained everything you know about it to your lawyer?
Yes *CM* No ____

26. Has your lawyer advised you of the nature of the charges against you and all possible defenses you may have, including the right to challenge the legality of any statement, confession, or evidence obtained or taken from you?
Yes *CM* No ____

27. Are you satisfied with what your lawyer has done for you in this case?
Yes *CM* No ____

28. Do you understand all the questions you have answered so far and initialed?
Yes *CM* No ____

29. Has your lawyer gone over all these questions and your answers with you?
Yes *CM* No ____

30. Did you in fact commit the unlawful acts set forth in the indictment to which you are pleading GUILTY (nolo contendre)? *alford Plea CM*
Yes ____ No ____

31. Specifically, what unlawful acts did you commit?
_____
_____
_____

32. Do you understand that if you plead GUILTY, the court may place you under oath and ask you questions about the offenses to which you have pled GUILTY?
Yes *CM* No ____

33. Do you understand that if you have made false statements in answers to these questions, and later challenge the entry of your plea of GUILTY (nolo contendre), your preceding answers may be used against you in a further/additional prosecution.
Yes *CM* No ____

34. Do you understand that if you are not a citizen of the United States, the plea of GUILTY (nolo contendre) may have an adverse impact on your immigration status and may result in your deportation from the United States?
Yes *CM* No ____

35. Is your decision to plead GUILTY (nolo contendere) made freely and voluntarily?
Yes *CM* No ____

36. Do you now want to plead GUILTY?
Yes *CM* No ____

## PETITION FOR ACCEPTANCE OF GUILTY (NOLO CONTENDRE) PLEA

I, the undersigned defendant, understand all the questions above. I have shown that I know and understand my rights and waive them by putting my initials in the correct blank after each question. After reading and answering each question, I enter my plea of GUILTY (nolo contendre) freely and voluntarily, and hereby petition the court to accept my plea of GUILTY (nolo contendre).

Date: 12-2-2013

Defendant's Signature

## CERTIFICATE OF LAWYER FOR DEFENDANT

I am counsel for the defendant in the above case. I hereby certify:

1) That I have investigated the facts of this case and the evidence available to the State.
2) I have discussed the facts and the elements of the crimes which the State must prove and any defenses that may be available to the charges.
3) I have explained to the defendant the maximum penalties provided by law for each crime, and all possible consequences of a guilty plea.
4) I believe that it is in the best interests of the defendant to plead guilty (nolo contendere) to the offense(s) specified or indicated.
5) In my opinion the plea of guilty is knowingly, freely, and voluntarily made.
6) I do not know of any reason why the court should not accept the plea of guilty.

I further certify that I have reviewed all the above questions with the defendant and have assured myself that (s)he knows and understands them, and that (s)he has indicated his (her) rights and his (her) waiver of them by initialing the appropriate blank after each question.

Date: 12/2/13

Counsel for Defendant

## CERTIFICATE OF (ASSISTANT) DISTRICT ATTORNEY

I hereby certify that I have carefully examined the foregoing plea, and I further certify that all the required and appropriate blanks thereon have been filled correctly to enable the Court to accept the plea and impose sentence.

Dated this 2 day of December 2013

(Assistant) District Attorney

Form Revised 2-23-10