

Deposition of:

# Cager Maleeah

*May 6, 2019*

In the Matter of:

# Maleeah, Cager A. Vs.  PA Darcy

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Exhibit 3

Page 1

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF GEORGIA
2                      SAVANNAH DIVISION
3

   CAGER A. MALEEAH, GDOC#          )
4  1001208951,                      )
                                    )
5                  Plaintiff,       )
                                    )
6                                   )  CIVIL ACTION NO.
       vs.                          )  4:18-CV-96-WTM-
7                                   )         JEG
                                    )
8  PA DARCY,JUANITA GREENE, HELEN   )
   TYLER, TONY ANDERSON, HANNAH     )
9  DORSEY, DEBORAH IVEY TERRY and   )
   DR. DELINDA BROWN,               )
10                                  )
                   Defendants.      )
11 _____)
12
13         Deposition of CAGER A. MALEEAH, taken by
14  counsel for the Defendants, PAUL JAY PONTRELLI,
15  pursuant to notice and by agreement of counsel, under
16  the Georgia Civil Practice Act, reported by Elise M.
17  Napier, CCR-2492, in the offices of Coastal State
18  Prison, 20 Gulfstream Road, Garden City, Georgia, on
19  Monday, May 6, 2019, commencing at 11:07 a.m.
20
21
22
23
24
25

Cager Maleeah                                         May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 2

```
 1          APPEARANCES OF COUNSEL
 2
 3  FOR THE PLAINTIFF:
 4      CAGER A. MALEEAH, Pro Se
        GDOC# 1001208951
 5      Coastal State Prison
        20 Gulfstream Road
 6      Garden City, Georgia 31418
        (912) 966-6799
 7
 8  FOR PA DARCY, JUANITA GREENE, HELEN TYLER, TONY
    ANDERSON, HANNAH DORSEY, DEBORAH IVEY TERRY and:
 9
        PAUL JAY PONTRELLI, Esquire
10      DEPARTMENT OF LAW, STATE OF GEORGIA
        40 Capitol Square, S.W.
11      Atlanta, Georgia 30334
        (404) 657-3982
12      ppontrelli@law.ga.gov
13
    FOR DR. DELINDA BROWN:
14
        B. NICOLE SMITH, Esquire
15      HUFF POWELL BAILEY, LLC
        999 Peachtree Street, N.E.
16      Suite 950
        Atlanta, Georgia 30308
17      (404) 892-4022
        nsmith@huffpowellbailey.com
18
19
20
21
22
23
24
25
```

Page 4

```
 1      Evidence
 2  Exhibit 5      Plaintiff's Motion to Amend His    80
                   Complaint and Add Specific Medical
 3                 Records as Exhibits For Evidence
 4                 and to Have Exhibits 1 through 36
                   Included In Original Complaint
 5                 Recognized by This Court As Evidence
 6  Exhibit 6      Motion to Modify Court and Counsel 85
                   for Defendants as to Coastal State
 7                 Prison Medical Staff Claiming to
                   Have Lost Medical Records and
 8                 Doctors Order to Change Meds
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2                            Page
 3  Stipulation                 5
 4  EXAMINATION
 5      By Mr. Pontrelli         6
 6      By Ms. Smith            97
 7      By Mr. Pontrelli       120
 8      By Ms. Smith           124
 9  Signature of Deponent      128
10  Certificate of Reporter    129
11  Reporter Disclosure        130
12  Contractor Disclosure      131
13      (Reporter's disclosure statement attached
        to back of transcript.)
14
        *  *  *  *  *  *  *  *  *  *  *  *
15
16          E X H I B I T S
17
18  Defendant's
        Exhibit      Description        Page
19
20  Exhibit 1    Amended Notice of Deposition      5
21  Exhibit 2    Georgia Department of Corrections 37
                 Physicians Orders - Medical Records
22
        Exhibit 3    Complaint dated 4/27/2018     63
23
        Exhibit 4    Plaintiff's Motion to Amend   75
24               Complaint and Add a New Defendant
                 Chief Counselor and Grievance Card,
25               Ms. Rivers, and to Add Additional
                 Exhibits to Be Entered In As
```

Page 5

```
 1          MR. PONTRELLI:  This will be the
 2  deposition of, is it Cager or Care?
 3          MR. MALEEAH:  Cager.
 4          MR. PONTRELLI:  Cager Maleeah?
 5          MR. MALEEAH:  Yes, sir.
 6          MR. PONTRELLI:  Taken pursuant to an
 7  amended notice of deposition, which will be marked
 8  as Defendant's Exhibit 1.
 9          (Thereupon, marked for identification
10  was Defendant's Exhibit 1.)
11          MR. PONTRELLI:  But to be clear, for the
12  record I'm Jay Pontrelli from the Georgia Attorney
13  General's Office and I represent Juanita Greene,
14  Helen Tyler, Tony Anderson, Hannah Dorsey, Deborah
15  Ivey Terry.  They are the named defendants who I
16  represent and then there is an additional
17  defendant, to my understanding, who has not been
18  added yet or has been added by court order but has
19  not waived service or been served yet, Ms. Cynthia
20  Rivers, so I represent those six individuals.
21          And I'll let Ms. Smith say who she
22  represents when I finish this little intro.  So
23  this will be taken pursuant to the Federal Rules
24  of Civil Procedure for all purposes allowed under
25  the Federal Rules of Civil Procedure.  Would you
```

2 (Pages 2 - 5)

Cager Maleeah                                                    May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 6

1  like to for the record state who you represent?
2        MS. SMITH:  My name is Nikki Smith, I
3  represent Dr. DeLinda Brown in this action that
4  you have filed against her.  My law firm is Huff,
5  Powell, Bailey.
6        MR. PONTRELLI:  Would you please swear
7  in the witness.
8        CAGER A. MALEEAH,
9    being first duly sworn, testified as follows:
10         EXAMINATION
11 BY MR PONTRELLI:
12     Q.  Okay.  Good morning, Mr. Maleeah.
13     A.  Good morning.
14     Q.  I'm Jay Pontrelli.
15     A.  Nice to meet you.
16     Q.  Nice to meet you.  I'm going to be
17 asking you a series of questions about the case and
18 try not to move around so much because it's making a
19 lot of noise when I do.
20     A.  Mr. Pontrelli, can I say something real
21 quick about the order identifying the defendants?
22 There was an order put in shortly after the complaint
23 where a defendant, Ms. Terry was actually replaced
24 with a name of Ms. Grant.
25     Q.  Yes.  I was going to get to that.

Page 7

1     A.  Okay.
2     Q.  And so you've been sworn in; right?
3  State your name for the record.
4     A.  Cager A. Maleeah.
5     Q.  Okay.  And, Mr. Maleeah, what's your
6  Georgia Department of Corrections number?
7     A.  1001208951.
8     Q.  And what were you convicted of?
9     A.  Child molestation.
10     Q.  And when are you -- when is your term
11 or when are you eligible for parole?
12     A.  I'm eligible now for TC.
13     Q.  Okay.
14     A.  I'm supposed to be in pending transfer
15 to a TC now.
16     Q.  That's a transitional --
17     A.  Transitional center, like a halfway
18 house.
19     Q.  So what are you waiting on for that?
20     A.  To be confirmed that I'm pending.  I've
21 had -- I had a little bit of, I don't know the right
22 word to use for it, kind of a reluctance from the
23 counselor's.  We have a difficult time getting our
24 counselor's to perform some duties for us.  And it's
25 not just me, it's the overall consensus is a lot of

Page 8

1  times when we ask them to do certain things or
2  anything really for us, they tell us what we need to
3  hear to get moving on so it's hard to get any
4  confirmation from therm.  I was told that I was put
5  in a pending transfer by my counselor, Ms. Holmes,
6  but then I had another counselor that checked and
7  said that I wasn't put in at all.
8     Q.  So what is your maximum release date?
9     A.  January of 2023.
10     Q.  Okay.  Well, if you do get moved,
11 probably you already know this, but please send a
12 notice to the court --
13     A.  All right.
14     Q.  -- with your new address because even
15 though I work for the state, don't assume that I
16 would know that if I hadn't heard it from you.
17     A.  I got you.  Yes, sir.
18     Q.  All right.  As far as Ms. Grant goes,
19 I'm not giving you any legal advice here --
20     A.  I understand.
21     Q.  -- I'm just explaining to you how it
22 stands.  You named Juanita Greene, Helen Tyler, Tony
23 Anderson, Hannah Dorsey and Deborah Ivey Terry, then
24 you filed something saying that you had made a
25 mistake and that Ms. Terry was named Ms. Grant?

Page 9

1     A.  Yes.
2     Q.  That's not a substitution of parties
3  that's a change of name.  There, in fact, is a
4  Deborah Ivey Terry and so she answered in this case
5  and is still there.  If you were wanting to get a
6  Ms. Grant in this case, you would have to make
7  arrangements to serve her.  I will tell you that I
8  did a little looking into this and apparently there
9  was a Brinder Grant, a nurse, B-r-i-n-d-e-r.  She was
10 not hired until June 5th, 2016 so, again, I'm not
11 giving you legal advice I'm just explaining to you
12 there is no Ms. Grant in this case.
13     A.  I'll do some more research on it.
14     Q.  Okay.  The Court would have had to
15 order an substitution.  All he did was say that you
16 made a mistake and Terry should have been Grant but
17 there actually is an Ivey Terry.  I met with her and
18 so she answered.
19     A.  All right.
20     Q.  Does that make sense?
21     A.  Yeah.  Yes, sir.
22     Q.  And, again, there is no record of a
23 Grant that was even there during May 22, 2016 to May
24 26, 2016.  Okay.  So I see that you filed or filed
25 and sent me something you referred to as a deposition

3 (Pages 6 - 9)

Cager Maleeah
May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 10

1 upon written questions.
2    A.   Yes, sir.
3    Q.   Again, you sent questions to
4 Ms. Rivers.  Her answer are not due yet because she
5 hasn't even filed an answer in the case.  Ms. Darcy,
6 I represent her and we will send you responses to
7 your questions.
8    A.   All right.
9    Q.   Ms. Grant, now, you will not receive
10 any responses from her because she's not in this
11 case.  If you go back and do your research and you
12 decide that you want those questions to apply to
13 Ms. Ivey Terry, you let me know in writing and we'll
14 handle it?
15    A.   All right.
16    Q.   Ms. Tyler, you will receive responses
17 from Ms. Tyler and Ms. Green, you will receive
18 responses from Ms. Green and Nurse Anderson you will
19 receive responses from her.  So we're going to first
20 before we go through any records and everything, I'd
21 like to start by having you walk me through
22 everything to the best of your recollection and then
23 we'll go through some specifics in your complaint and
24 some of the medical records.
25    I will represent to you that you have

Page 11

1 received copies of every medical record that I've
2 received.  Some were received from the prison and
3 some were received from Memorial Hospital.  I just
4 went and copied them and sent them to you.
5    A.   I appreciate that.  Thank you.
6    Q.   All right.  Your complaint indicates
7 that your feet, your foot problem is left foot?
8    A.   Uh-huh.
9    Q.   Okay.  It began on May 22nd, 2016?
10    A.   Uh-huh.
11    Q.   You'll have to say yes or no.
12    A.   I'm sorry, yes, I did.
13    Q.   Okay.  So tell me about when you first
14 noticed --
15    A.   It's when I woke up --
16    Q.   -- when there was a problem and walk me
17 through it.
18    A.   All right.  It's when I work up that
19 morning to go to work in the kitchen.
20    Q.   What time?
21    A.   About 12:45, 1:00 in there because I
22 work first shift for breakfast and when I woke up,
23 the room was dark so I didn't turn the light on so I
24 obviously couldn't see my foot was red.  I didn't
25 know what was wrong with it but it tingled a little

Page 12

1 bit and felt like it was burning a little bit so I
2 put on my boot and went ahead and laced it up, went
3 to work and after a couple of hours it was just
4 bothering me to where I couldn't stand on it anymore
5 so I went sat down and the detail officer, his name
6 is Mr. Smith, came up and asked me what was wrong
7 with my foot.
8    He started messing with my boot and so
9 my foot started hurting so he asked me to take my
10 boot off so he could take a look so I took my boot
11 off and we both immediately were just right then and
12 there knew something was wrong because my foot was
13 bright fire engine red.  I mean, it was really red I
14 couldn't -- like it was like it was dipped in hot
15 water, I mean, acid and it was burning and stinging
16 so --
17    Q.   Could I stop you there for a second?
18    A.   Yep.
19    Q.   When you say your foot was bright red,
20 would you say your entire left foot was bright red?
21    A.   Yes.
22    Q.   Was any part of the foot, say, like
23 near the toe that had been surgically removed, was
24 that part brighter or a different color?
25    A.   No.  All the same color, bright red the

Page 13

1 whole foot.
2    Q.   Okay.  Same color throughout the foot.
3 Did it go up the ankle at all?
4    A.   Right to the ankle.
5    Q.   Okay.
6    A.   Right to the ankle.
7    Q.   Please continue.
8    A.   All right.  So he suggested that we go
9 to medical and let them take a look so we walked up
10 there and it's bothering me to talk on it now.  So we
11 get up to medical and Ms. Tyler was on duty and she
12 didn't even bother getting up from the desk.  She was
13 like it's too late for us to be able to do anything.
14 You need -- you know, we need to have an appointment
15 for you to see a doctor or a PA Monday morning so
16 there is nothing we can do for you.
17    Q.   Okay.
18    A.   So she sent me back to the dorm.
19    Q.   So this is at --
20    A.   About 3:00.
21    Q.   It's in the early morning of May 22nd,
22 2016?
23    A.   Yeah.
24    Q.   So Sunday has just begun?
25    A.   Yes.

4 (Pages 10 - 13)

Cager Maleeah                                           May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 14

1    Q.  And she told you there is no PAs or
2 higher for medical doctors available until Monday
3 morning?
4    A.  Right.
5    Q.  Okay.
6    A.  And didn't even ask to look at my foot,
7 didn't even look at it.
8    Q.  How do you know it was Nurse Tyler that
9 you saw?
10    A.  Because I knew her.
11    Q.  Oh, you know her.  Could you describe
12 what she looks like?
13    A.  Young, light skinned, short hair, kind
14 of tall, about six-two, six-one, right in there.  She
15 wears her hair short, cropped.
16    Q.  Do you know how old?
17    A.  Maybe 50s, maybe late 50s.
18    Q.  And how did you know who she was as of
19 May 22nd, 2016?
20    A.  Just from being in medical and it
21 doesn't take long to get to know who people are here.
22    Q.  Okay.  All right.  So I'm not putting
23 words in your mouth so just I think where you left me
24 off is that she said she couldn't do anything for you
25 until Monday morning and she didn't even look at your

Page 15

1 foot.  All right.  Please continue.
2    A.  So I went back to the dorm and all that
3 day my foot started to swell and it was a little
4 swollen when I woke up because when I shoved my boot
5 in my boot it was tight but I thought it was just my
6 boot was laced so tight.  But later that day it got
7 to the point where I couldn't put my boot on at all.
8 It was swollen significantly more since I had left
9 work and went back to the dorm.
10    So something happened to the foot that
11 over time it continually got bigger and bigger and
12 changed color and didn't stop.  I mean, it was
13 growing by the hour and to the point of it looked
14 like the skin would split.  It was crazy.  Then it
15 started changing color from red to purple.
16    Q.  And this was on during the 22nd?
17    A.  All day the 22nd, the evening of the
18 22nd and then on the 23rd, the morning I went to
19 medical to see the physician, it was so swollen I
20 couldn't put my boot on at all, couldn't put my boot
21 on at all.
22    Q.  So what did you wear on your left foot
23 when you went to medical?
24    A.  A shower shoe.
25    Q.  Okay.

Page 16

1    A.  Yeah.  Because the sock wouldn't even go
2 over it without it causing me pain so --
3    Q.  Is it your testimony that up until the
4 morning of the 23rd you had not received any pain
5 medication?
6    A.  Nothing.
7    Q.  Okay.  And no other kind of medication
8 for --
9    A.  I got nothing.  I mean, I couldn't
10 believe it.  They kept sending me back to dorm.  I
11 went back to medical that night on the 22nd.  I went
12 back because the officer that was on duty saw that my
13 foot was bad.  I went up and said, man, my foot is
14 killing me.  It's driving me crazy and the aspirin
15 they give us in the module wasn't touching it and I
16 had been taking it as much as they would give me out
17 of the window.  ]
18    And so that evening she sent me back to
19 medical so that the nurses could see how bad my foot
20 was getting.  And when I get down there, they spin me
21 right back around, sent me back to the dorm pissed
22 off because I didn't have a call out slip, one, and,
23 two, said there wasn't anything they could do until
24 the next day when the physicians and the doctors were
25 there.

Page 17

1    I mean, I couldn't understand why they
2 couldn't deal with the pain part of it because my
3 pain was -- my foot was on fire.  It was literally on
4 fire.  If you could have seen what my foot looked
5 like right at that point, it would blow your mind.
6 The deputy warden saw my foot in passing one day when
7 I'm sitting in medical with my foot upon the bench
8 stopped him in his tracks.
9    Q.  Well, why don't you describe for me
10 what it did look like the evening of the 22nd when
11 they sent you back.
12    A.  It was extremely swollen, grotesquely
13 swollen.  I mean, it looked like it would pop, it
14 looked like it would split open, purple and red and
15 my leg was starting to swell up here.  The calf
16 coming up to my knee was starting to get fat.
17    Q.  Let the record reflect that the witness
18 gestured with his hands from his ankle up to his
19 knee, the bottom of his knee.  And you're indicating
20 to me that there was swelling all the way up to the
21 knee?
22    A.  Yeah.  It was starting to get swollen.
23 Yes.
24    Q.  Was it --
25    A.  Up here.

5 (Pages 14 - 17)

Cager Maleeah                                                      May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 18

1    Q.  Was it as severe as the swelling in
2  your feet?
3    A.  No.
4    Q.  And was there any discoloration in your
5  leg?
6    A.  Not like the foot, not red and purple.
7  That didn't start until a few days later and they
8  were in the form of it was a little red coming up my
9  calf but it was pink streaks coming up my leg from my
10  foot and each day they got a little higher.
11    Q.  So it's your testimony that on the
12  evening of May 22nd, 2016, you had pink strips?
13    A.  No.  That didn't start until a couple
14  days later.
15    Q.  All right.  We'll get to that then.
16    A.  All right.
17    Q.  So what happened on the -- assuming I
18  haven't cut you off in the chronology of anything
19  significant, what happened IN the 23rd?  And you can
20  go back to the 22nd unless there is something I need
21  to know.
22    A.  Okay.  So on the 23rd on that morning I
23  went down to see the doctor at first session, so we
24  go check in with an officer at the desk and then
25  sitting in a room until we're called on.  So I sat

Page 19

1  there for about three hours before finally getting
2  called out to see a physician's assistant named
3  Ms. Darcy.  And, anyway, I go into her office and she
4  barely even looks at my foot.  I mean, I couldn't
5  believe she just glances like this, didn't even bend
6  down to get close to it and see and she's sitting at
7  her desk writing on my file and she just looks
8  like it's athletes foot and it's gotten infected.
9         And I about fell off the chair, I
10  couldn't believe it.  I'm like athletes foot?  I know
11  what athletes foot looks like.  I'm 55 years old, you
12  know what I mean?  I've always taken good care of my
13  feet and it didn't look anything athletes foot.  I
14  was shocked but she said she was going to order me
15  some antibiotics, some foot cream and Motrin for the
16  pain.
17         So when I heard the word antibiotics, I
18  knew that my foot was infected.  I knew that because
19  of the swelling and I was glad to hear she was
20  getting me some antibiotic but I asked her if Dr. Awe
21  could look at it to get an --
22    Q.  A-w-e.
23    A.  He's the medical director/physician.
24  He's the actual physician, so she got angry with me
25  for even asking that question, said he was busy and

Page 20

1  that she ordered the foot cream, the Motrin and the
2  antibiotics for my foot and that was pretty much the
3  end of it.  She did no tests, no examination, never
4  touched my foot and then she made comments in some of
5  the medical notes that she touched my foot.  She
6  never ever touched my foot not one time.  She never
7  even got down to look at it.
8         So, anyway, I went back to the dorm.
9  She gave me nothing for the pain.  I went back in the
10  dorm with my foot on fire and later that night, I
11  think it was that night, I have to look at my notes,
12  but I believe I went back to medical that night or
13  the next morning I know that I went because I had to
14  go to pill call.
15         Oh, that's what it was.  I went to pill
16  call that night.  She told me that my medications
17  were going to be waiting at pill call that night and
18  I already been here long enough to know that if they
19  don't ever fill prescriptions on the same day, and so
20  I asked her if I could get somewhere right then and
21  there for my foot and she said we don't have
22  medications available like that so, no.  You can't.
23  We don't have it.
24         But it will be a pill call window and I
25  knew they weren't going to be there because my

Page 21

1  medication comes from Reidsville; all right?  So,
2  anyway, I go back to the dorm and that night at pill
3  call when they call pill call, you do pill call, I go
4  down there to the window and they tell me that there
5  is no medication for me, which I knew they would tell
6  me that.  And I told her what was happening, the
7  nurse in the window, what was going on with my foot
8  and that Ms. Darcy said that the medication would be
9  there waiting for me and it wasn't, so and that my
10  foot was extremely painful.
11         She tells me that I can if I want go
12  back to the nurse's station and see if they can help
13  me out.  So I go back there and my foot is killing
14  me.  I get back there and I try to explain to them
15  what I'm even back there for and they instantly go
16  off on me about why I'm even back there at the
17  nurse's station not even concerned about my foot.
18    Q.  This is the evening of the 23rd?
19    A.  Yes.
20    Q.  Who, do you recall who was there, you
21  claim was at the nursing station that night?
22    A.  I'll have to check my notes, my notes to
23  be accurate but I think it was Ms. Grant and
24  Ms. Tyler.
25    Q.  Okay.

6 (Pages 18 - 21)

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy
May 6, 2019

Page 22

1     A.  But, like I said, I would have to check
2 my notes to confirm that part, but they basically
3 said that I had to wait for the medications to arrive
4 from Reidsville and sent me back to the dorm.  So I'm
5 still now at this point with nothing for pain for my
6 foot, nothing.
7     Q.  Are you familiar with the drug Keflex?
8     A.  Uh-uh.
9     Q.  Okay.  Is it your testimony that you
10 were not administered any, the medication Keflex on
11 May 23rd, 2016 at 7:00?
12     A.  P.m. or a.m.?
13     Q.  P.m.
14     A.  It really wouldn't matter because
15 nothing was given to me.
16     Q.  Okay.  It would have been p.m. but --
17     A.  Yes.
18     Q.  That's what 19:00 is, p.m.?
19     A.  Yeah.
20     Q.  So p.m.?
21     A.  There was nothing given to me on the
22 23rd evening.
23     Q.  Okay.
24     A.  What is Keflex?
25     Q.  I mean, I'm not being rude but I'm

Page 23

1 asking the questions.
2     A.  Oh, okay.
3     Q.  I just -- my job is to see what you
4 know.
5     A.  I got you.  I understand.  Yeah.
6 Nothing was given to me on the 23rd.
7     Q.  Okay.
8     A.  So...
9     Q.  Continue from where you left off.
10     A.  So I go back in the dorm and then the
11 next morning I wake up and go to pill call and
12 morning pill call there was nothing, noon pill call
13 there is nothing and then evening pill call on the --
14 wait.  No, see, let me think here.  Evening pill call
15 on the 23rd.  24th -- wait a minute.  I've got my
16 notes right here.  I can tell you exactly.
17         On the evening of the 23rd it was
18 Ms. Terry, which was Ms. Grant.  I'll have the -- I'm
19 going to have to just do some homework on that to see
20 if it was Ms. Grant or Ms. Terry had said to go back
21 to the dorm.  Next morning on the 24th at 7:45 I went
22 to pill call and there is nothing there.  Now, this
23 is the day where my foot started leaking green fluid
24 and it shocked me when I got up because it was all
25 over my pillow, all over my sheets in the bunk.

Page 24

1     Q.  Am I correct on that on May 24th, 2016,
2 you were not seen by any medical provider; correct?
3     A.  Not by -- let's see, hold on.  I don't
4 think so.  I think that was the day because I was
5 waiting on my medicines.  Oh I did go back to see the
6 nurse, the lady at the nurse's, at the nurse's
7 station, though.
8     Q.  That was to check on your meds; right?
9     A.  Yes.  Also to see if I could see
10 Dr. Awe.  That was after morning pill call when they
11 said that I didn't have any medications there.
12     Q.  Which nurses did you ask?  Do you
13 recall that you spoke to about asking to see Dr. Awe?
14     A.  Ms. Tyler and they was very rude to me
15 that day.  Her comment to me when I walked up to the
16 nurse's station was you don't look like you're in too
17 much distress, you walked back here and I couldn't
18 believe it.  That was that morning that my foot
19 started leaking this green stuff that smelled like
20 rotten meat was coming from between my toes and my
21 foot was getting bigger and swelling even larger.
22     Q.  Well, what color was it?
23     A.  Purple and red.
24     Q.  Okay.  Do you understand the difference
25 between administered medication and self-administered

Page 25

1 medication?
2     A.  That they gave me versus I give myself?
3     Q.  Yes.
4     A.  Yes.
5     Q.  When is it that you -- is it your
6 understanding that you received your first
7 antibiotics?
8     A.  May 24th at 4:15 p.m.
9     Q.  Okay.  And what about when did you
10 receive your first pain medication?
11     A.  Let me see if it was the evening of the
12 24th or the 25th.  On the 25th by Ms Darcy, she gave
13 me a shot.
14     Q.  Okay.  And I'm not trying to put you on
15 the spot here.  You know, we're going to go through
16 the records and you might see something you forgot to
17 mention and, you know, it's not a trick or a game so
18 if you see something and you want to correct
19 something you said or say, I forgot to mention this,
20 it's fine.
21     A.  I got you.
22     Q.  So we're on the 24th and you -- so you
23 said at 4:45 p.m. to your recollection, that's when
24 you received your first antibiotics.  Were they oral?
25     A.  4:15.

7 (Pages 22 - 25)

Cager Maleeah                                    May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 26

1    Q. 4:15?
2    A. No. That's evening pill call. The
3 antibiotics were pill form, yeah, capsule form, and I
4 took two of them right there and chewed them up. The
5 nurse told me that there was no pain medication just
6 the -- the foot cream. She said that she didn't see
7 any that had been even ordered for me, any pain
8 medication. So I went from there back to the dorm
9 thinking my foot was going to start getting better
10 because of the antibiotics.
11    Q. Sure. So between the encounter with
12 Dorsey on May 23rd, 2016, which is around noon or
13 that's what our records show, it went from that time
14 period to 4:15 on the 24th when you first received
15 your antibiotics; is that correct?
16    A. Yeah.
17    Q. So that's roughly 28 hours and 15
18 minutes; correct?
19    A. Let me see, from the 23rd when I saw
20 her, Ms Darcy, I went back to see, let's see what
21 time this was on the 24th nurse's station. Yeah. On
22 the 24th I went to the nurse's station in the morning
23 after the pill call window because there was no
24 medications there and my foot -- my foot I needed
25 somebody to do something. I mean, I went back there

Page 27

1 to see the nurses and that's when Ms. Tyler told me
2 that, that she said that she didn't think that I
3 looked too distress because I walked back there. So
4 I did see Ms. Tyler that morning that she, again,
5 like I said, she never got up. She never even took
6 one look at my foot.
7    Q. Okay. Did you --
8    A. So -- go ahead.
9    Q. I don't remember where we left off but
10 if you want to just continue the chronology. We can
11 just start from where you, at 4:15 p.m. on the
12 24th --
13    A. Okay.
14    Q. -- when you had the two antibiotic
15 pills. What happened next?
16    A. I took them and went back to the dorm
17 and I got some more Tylenol from the nurses or from
18 the officers in the building because I hadn't
19 received any medications from medical and after --
20 after a few hours I went back to medical. The
21 officer let me go back down there and that's when
22 Ms. Terry said you don't have a callout, you can't
23 keep coming back here. What building are you from?
24       And she was acting like she was going to
25 try to get Mr. Wooten in trouble, the officer that

Page 28

1 sent me down there. And that was the evening that
2 Ms. Greene, I saw Ms. Greene earlier, too.
3 Ms. Greene took me into the emergency room. I got up
4 on the table and like the fluid, that green fluid was
5 leaking out of my foot was all over. She put this,
6 this little blue absorbant pad on the table and got
7 some gauze and some cleaner and then she just left.
8 She just walked out of the room. She didn't help me
9 get my foot -- you know, I had that green stuff
10 shower shoe, everywhere. Every time I stepped down
11 it would leak out and it stunk.
12    Q. What day was this?
13    A. This was on the 24th.
14    Q. The 24th it's your testimony that you
15 saw -- you had a medical encounter with Ms. Greene?
16    A. Yes. On the evening of the 24th.
17    Q. Okay.
18    A. And this is also about the time the pink
19 streaks are coming up my leg. Let me see, the 23rd.
20 Yep. The 23rd is when it started leaking, let's see,
21 the 24th is when it started leaking the fluids when I
22 woke up.
23    Q. Okay.
24    A. And the fluid leaked out on my sheets.
25    Q. That's a Tuesday; correct?

Page 29

1    A. The 24th, so yep.
2    Q. And it's your testimony that you asked
3 to be seen by a medical doctor?
4    A. Yes.
5    Q. And that was refused?
6    A. I went back to the nurse's station. I
7 asked to see Dr. Awe.
8    Q. Okay.
9    A. And I even made a comment that somebody
10 needs to do something because nothing had been done
11 still for my foot. I mean, it was killing me.
12 Ms. Tyler was sitting behind the desk that morning.
13 She looked at me with, I mean, she -- the expression
14 her face was one that she wasn't there to help me. I
15 even pleaded with her that my foot was hurting and
16 that the fluid was coming all over my -- out of my
17 foot all over my sheets in the dorm; that the
18 medications was supposed to be at the pill call
19 window and then that's when she made the comment you
20 don't look like you're too much in distress, you
21 walked back here. She never even looked at my foot.
22    Q. Okay. So answer your question, are you
23 familiar with the sick call protocol?
24    A. Yep.
25    Q. Did you not fill out a sick call slip

8 (Pages 26 - 29)

Cager Maleeah                                              May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 30

1 for the 24th?
2       A.  The -- for the 24th, no.  I didn't
3 because I saw her on the 23rd.  I saw her on the 23rd
4 so --
5       Q.  Was anyone preventing you from doing
6 that on the 24th?
7       A.  Preventing me from doing what?  Filling
8 out the sick call slip?  It wouldn't have done any
9 good.
10      Q.  That's your --
11      A.  It takes three or four days to get stuff
12 back or to get an appointment.  When we have an issue
13 that needs immediate medical help, the officers will
14 send us down to medical or they will call a code.  So
15 the officer that worked in the building knew my foot
16 was in bad shape and that's why she let me go back
17 down there.
18      Q.  Okay.  And so you arrived there.  You
19 told the nurses at the station what was going on and
20 you asked to see Dr. Awe and they turned you away,
21 that's your testimony?
22      A.  Yes.
23      Q.  Okay.  Why don't you tell me about the
24 25th because it looks like you saw Dorsey that day.
25      A.  Uh-huh.  Oh, I was going to correct

Page 31

1 something.
2       Q.  Sure.
3       A.  Ms. Greene back on the, it was the
4 etching of the 22nd when I went back to medical that
5 evening so that the nurses could see how bad my foot
6 was getting.  After I had Ms. Tyler and Ms. Terry try
7 to turn me away Ms. Greene took me into the ER that
8 night and looked at my foot and said that she thought
9 that it was a spider bite and she's the one that gave
10 me the callout slip for the next day.  So that's how
11 I got the callout slip for the next day for the 23rd.
12 So the 24th evening, the 25th, on the 25th --
13      Q.  Well, do you have -- do you know what
14 Ms. Greene looks like?
15      A.  Short lady, short hair not real fat, not
16 real skinny, kind of --
17      Q.  Medium?
18      A.  -- medium build lady.
19      Q.  African American woman?
20      A.  Yes.  She's African-American.  Ms. Tyler
21 is, too.
22      Q.  All right.  So the 25th tell me in your
23 words what PA Dorsey did for you on that day?
24      A.  Okay.  All right.  On the 25th, again, I
25 went back to medical, no callout.  At first session

Page 32

1 sat there, my foot was on fire.  It was extremely
2 painful and I asked to see Dr. Awe, again, was denied
3 and sat there for several hours and then finally saw
4 Ms. Darcy again.  I pointed out to her the pink
5 streaks coming up my leg to my thigh now and she
6 didn't act concerned about it.  She didn't even
7 acknowledge what I just said.
8               She turned around and said I'm going to
9 give you a shot of some antibiotics and I was glad to
10 hear that and asked her if I could get something for
11 pain because it was killing me.  So she said after
12 finally a few minutes she said she would get me
13 something for the pain but when she gave me the shot,
14 it didn't do anything.
15              I even asked her if I could get some
16 help getting to the chow hall because it was hard for
17 me to walk.  Every time I took a step my foot felt
18 like it would explode.  It was just extremely
19 painful.
20      Q.  Okay.  So you were seen by - just to
21 recap for a second.
22      A.  Okay.
23      Q.  You were seen by Dorsey on the 23rd and
24 you were seen by her again on the 25th?
25      A.  Yes.

Page 33

1       Q.  Correct?  Is there anything else about
2 your medical treatment on the 25th that I need to
3 know about?  Well, on the 25th you were taking
4 antibiotics by that point; right?
5       A.  Yes.  The pill form and the shot that
6 Ms. Darcy gave me.
7       Q.  Okay.  Do you know the name of the
8 antibiotic?
9       A.  No.
10      Q.  Okay.  Then it seems like -- well,
11 you've alleged that it just got worse?
12      A.  Uh-huh.
13      Q.  And now on the 26th, back to the 25th
14 my notes reflect that your encounter with Dorsey was
15 around 8:15.  I want to make sure I get this right.
16 8:50 in the morning.  Is that about right, give or
17 take?
18      A.  I would think it would be a little later
19 but, I mean, I don't know.
20      Q.  We're going to look at the records --
21      A.  I don't know for a fact.
22      Q.  We'll figure that out.  We'll figure
23 that out.
24      A.  I don't know.
25      Q.  So on the 26th it looks like you went,

9 (Pages 30 - 33)

Cager Maleeah                                      May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 34

1  you saw Dorsey around 2:50 in the afternoon.  Is that
2  about right?
3        A.  On the 26th?
4        Q.  Yes, sir.
5        A.  That would be right because I sat down
6  there for a few hours waiting to see Dr. Awe.
7        Q.  Tell me what she did for you on the
8  26th.
9        A.  I asked her to see Dr. Awe again and
10  pointed out that what she had been doing wasn't
11  working.  It wasn't even slowing my foot down.  My
12  foot was getting worse and she replied that he was
13  busy.  And I reiterated that it wasn't working and I
14  was in a lot of pain and the pain shot she gave me
15  didn't work either.  She stepped out of the room and
16  when she returned, she gave me two more shots and,
17  again, nothing, no relief from the pain whatsoever.
18  And I had to get help back to the dorm that night
19  when she was finished because my foot was hurting.
20        Q.  Let the record reflect that the witness
21  answered that question by reading from his complaint.
22  What page it was of the complaint was that, sir?
23        A.  13.
24        Q.  Okay.  Thank you.  So then tell me what
25  happened after you had seen Ms. Dorsey then you went

Page 35

1  back to your cell or...
2        A.  Yeah.  Back to the dorm.  This was on
3  the evening of the 26th.
4        Q.  Yes, sir.
5        A.  And I couldn't lay down so I went and
6  laid -- I went to the TV room and my foot was just
7  throbbing and pounding and was watching the news and
8  there was an inmate in there, his name was Vincent
9  Scott, and he was looking at my foot and he said to
10  me, hey, man, you're going to need to fall out or
11  that foot is going to kill you.
12        And so I hadn't heard that term used
13  before so I asked him what he was talking about and
14  he said you have to claim chest pain because the only
15  way you can get any real help here is to claim chest
16  pain.  They don't really gamble with that here and
17  they will send you to the hospital by EMS.  So even
18  though my foot was bad as it was, it wasn't bad
19  enough.  They sent me back to the dorm that day with
20  the foot the way that it was.
21        So when I got done talking to him, I
22  asked a couple of the other guys in the dorm about it
23  and they said that I should fall out so I could get
24  to a hospital.  So that's what I did.  I talked to
25  the officer about having chest pains, she called in a

Page 36

1  code, they came down and got me with a golf cart
2  ambulance and took me to the ER where Ms. Jackson,
3  the nurse that was on that evening, looked me over,
4  saw the pink streaks and then she called Ms. Darcy
5  and got Ms. Darcy on the phone, told her that I was
6  in there having chest pain and Ms. Darcy said to run
7  an EKG on me and to call EMS.  So that's what they
8  did.
9        EMS gets there, the big dude walks in
10  with gurney, takes one look at my foot and goes wow.
11  That's -- this foot was really infected.  I mean, it
12  was crazy big.  So they load me up, take me out to
13  the ambulance.  He tells me en route to the ambulance
14  that he said I know your foot has got to hurt, he
15  says, but I pick up patients here all the time and I
16  know they really don't give you anything for pain so
17  just hang in there, it's just 15 minutes to Memorial
18  Hospital.
19        So when I get to the hospital, the ER
20  doctor takes a look at my foot and he calls, he tells
21  me he's going to have to have a vascular surgeon come
22  look at my leg, so...
23        Q.  And I'm -- I was going to stop you
24  there and we'll return to that but that's what I want
25  to go back now through the medical records during the

Page 37

1  period most relevant, the May 22 to 26.  This will be
2  State Defendant's Exhibit 2.  It's for you.
3        (Thereupon, marked for identification
4  was Defendant's Exhibit 2.)
5        Q.  (By Mr. Pontrelli)  Mr. Maleeah, these
6  are only some of the medical records.
7        A.  Uh-huh.
8        Q.  You've had all of those for weeks now
9  but these are the ones that I just picked out that
10  relate to the treatment.  I just want to walk through
11  them with you.  Neither of us is a medical doctor but
12  I can decipher a good part of it.  So on the first
13  page this looks like a bunch of small slips and they
14  just photocopied it so it's several days.
15        If you look on the top little part,
16  look right under where you can see Awe's stamp it was
17  for, I'll just represent to you that was for a visit
18  like on the 17th, so before.  So below that you'll
19  see six numbers 1, 2, 3, 4, 5, 6.  Under that
20  physician's signature, I'll represent to you that's
21  Dorsey 5/23/2016 at noon.
22        So that's what the records says that
23  Dorsey saw you on May 23rd, 2016 at noon.  All right.
24  It looks like the record is reflecting that you were
25  prescribed Keflex, Motrin, some sort of cream.

10 (Pages 34 - 37)

Page 38

1     A.   Antifungal cream.
2     Q.   Yeah.  And then I can't read.  Please
3  give from the stock until it comes from Reidsville.
4  And it's your testimony you didn't get any stock?
5     A.   No stock.  She said there wasn't any
6  available like that.
7     Q.   All right.  Now, do you see that you
8  could see Helen Tyler over but besides Ms. Tyler do
9  you see reflected of any other medical provider that
10 was engaged on that, at that time on that day?
11    A.   You talking about the signature here?
12    Q.   I'm just talking about the record and
13 it shows two medical providers.  I've told you on the
14 left that's Dorsey.
15    A.   Oh, okay.
16    Q.   And then you see Helen Tyler but you
17 don't see Greene?
18    A.   Okay.  I understand.
19    Q.   You don't see Greene or Deborah Ivey
20 Terry or Grant even though she's not in this case.
21    A.   Yeah.  Just those two, Tyler.  I don't
22 even know why is Ms. Tyler's name on here?
23    Q.   She probably transcribed the record is
24 my guess.  I don't think she treated you.  We can
25 agree that this Nurse Anderson you sued her for

Page 39

1  delivering indifference to pain relating to pain
2  medication after all this; right?
3     A.   Uh-huh.
4     Q.   In August?
5     A.   Right.
6     Q.   So we're not going to worry about her
7  right now.  And then on this page there's another
8  entry for the 25th and you see that's Dorsey again
9  under physician's signature and it shows Rocephin,
10 Toradol, return to medical in the morning for
11 reevaluation and I don't know what the rest of it
12 means, a dressing change.
13    A.   Yeah.  None of this happened.
14    Q.   That's your testimony that none of this
15 happened.
16    A.   She never, nobody in medical ever
17 touched my foot.  I did one time and that was when
18 Ms. Greene got me the gauze, a bottle of green stuff
19 in a green bottle and a pad to put my foot and some
20 gauze and that's it.  Nobody ever touched my foot and
21 I noticed that when you sent me the records and I'm
22 going through it, these look like they have been
23 doctored up because this stuff didn't happen.
24        They didn't touch my foot and the
25 Motrin, I never got Motrin.  When she ordered it

Page 40

1  here, the nurse even at the window said that she
2  didn't even see that any had been ordered at pill
3  call window.  All she saw was the Telfinite foot
4  cream and the antibiotics.  So this stuff, this stuff
5  had to have been done after the fact, had to have
6  been done.
7        I even made that comment at one point
8  that it looked like they cleaned these up because
9  they never offered any dressings for my foot.  Not
10 one time did they send me back to the dorm did I have
11 any bandages put on my foot.  So there would be no
12 dressing changes, there would be no dressing on my
13 foot to change.  There was never anything on it.  It
14 would leak every time I stepped down.
15        The only time I had anything on it was
16 the one time when Ms. Greene gave me the gauze, I
17 folded up a couple pieces and stuck in between my
18 toes and got off the table and that was it.  They
19 ever one time put even put a Band-Aid on my foot.
20 Nothing.
21    Q.   But I thought you testified that
22 Ms Dorsey gave you a shot on the 25th.
23    A.   Yeah.  Yeah.  The shot she did but I'm
24 talking about when she ordered this medication that
25 you're talking about up here on the 23rd, Motrin,

Page 41

1  didn't happen; Toradol pain shot had no affect on me
2  whatsoever.  It could have been a shot of water for
3  all I know.  It did nothing.  My foot continued to --
4     Q.   Wait a minute.
5     A.   -- throb.
6     Q.   It's your testimony that the pain shot,
7  the first pain shot you received you're believe it
8  was water?
9     A.   It did nothing, absolutely nothing.
10    Q.   You wouldn't --
11    A.   And neither did the second one.
12    Q.   Going back to the 23rd you would not
13 necessarily have known what she wrote in here because
14 you weren't going to be walking away from that
15 encounter with medication in your hand; right?
16    A.   I don't know.  And I told you and in my
17 complaint that what she told me she was going to
18 order me some foot cream, some Motrin for the pain
19 and some antibiotics but when I went to pill call to
20 get it evening, when I actually got it on the 24th,
21 you know, the evening of the 24th, the nurse that
22 gave me the medication through the window said she
23 didn't even see any Motrin that had been ordered for
24 me.  That's what her comment was to me.
25    Q.   Well, did you get the cream on the

11 (Pages 38 - 41)

Cager Maleeah                                    May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 42

1 24th?
2        A.  I got the cream and the --
3        Q.  And antibiotics?
4        A.  And the antibiotics.  That was it.  That
5 was it but.
6        Q.  So you're alleging that nurse -- excuse
7 me, physician's assistant Dorsey doctored the record
8 to reflect that she dressed your foot?
9        A.  Yes.  Never not one time did she do
10 that.
11       Q.  But it's accurate that she gave you a
12 shot?
13       A.  Yes.
14       Q.  Okay.
15       A.  Yeah.  And you know what?  On this
16 dressing stuff that really bothers me.  That
17 irritates me to the point of I've got 25 witnesses in
18 the dorm that will testify that every time I came
19 back from medical there was never a dressing on my
20 foot not one time.  So, I mean, proving that that was
21 doctored is not going to be a problem.
22       Q.  How do you think you're going to prove
23 that it's been doctored?
24       A.  I mean, because they're saying they put
25 dressing on my foot.  They never touched my foot

Page 43

1 ever.
2        Q.  Do you have any other evidence other
3 than your testimony that --
4        A.  Witnesses?
5        Q.  -- the dressing?
6        A.  I'll line them up for 25 to 30 at a
7 time.
8            MS. SMITH:  I'm going to interject
9 because it's difficult for the court reporter when
10 you guys talk over each other.
11           THE WITNESS:  Yeah.
12           MS. SMITH:  So if you would let him
13 finish his question and then when he's done
14 answering -- giving his question, if you'll
15 respond and it will make it much easier for her.
16           THE WITNESS:  Okay.
17           MS. SMITH:  I can feel her frustration.
18           THE WITNESS:  I got you.
19           MS. SMITH:  Thank you.
20           THE WITNESS:  Sorry.
21       Q.  (By Mr. Pontrelli)  All right.  So the
22 26th you're not denying that you received shots?
23       A.  No.  I know I got the shot, the two
24 shots.  Yeah.
25       Q.  You're not denying that you were

Page 44

1 continuing to get antibiotics?
2        A.  Oh, Now, look at this.  No.  I'm not
3 denying the antibiotics.  No.
4        Q.  Okay.  Let's go to the next page and
5 they are not numbered, so we'll just do it like this.
6 One thing I want to ask you about this page, and this
7 is called nursing assessment for SOB, slash wheezing
8 dated 5/26/16, 19:20, facility, Coastal State Prison.
9 At the bottom it says states he saw a PA today for
10 lower leg.  States left leg and foot have gotten
11 bigger; is that correct?
12       A.  Yeah.
13       Q.  It says EMS arrived 20:30.  Is that
14 pretty close?
15       A.  Oh, okay.
16       Q.  9:00?
17       A.  It could have been.  I don't know.
18       Q.  Oh, 8:30 military time.  All right.
19 Mr. Maleeah, if you could, we're going to skip over
20 the next page that's the one dated 4:00 2015.  And go
21 to this one IS dated 5/26/2016, 13:05 --
22       A.  Okay.
23       Q.  -- which is about 1:05 p.m. on the 26th
24 it's reflecting that Ms. Dorsey saw you at that time.
25 Is that accurate as far as you know or are you

Page 45

1 debating that?
2        A.  No.  I mean, I'll have to look back at
3 my notes but on the 26th I saw her earlier that day.
4 Yeah that's the evening I went to the hospital.  This
5 is the day she sent me back to the dorm.
6        Q.  Okay.  And at the last line it says
7 Dr. Awe notified of case and concurs with plan.  Do
8 you have any reason to dispute that?
9        A.  Dispute it, I don't -- well, I can say
10 that Dr. Awe never saw my foot, never seen it so he
11 wouldn't know how extremely infected and swollen that
12 it was.  He didn't see the pink streaks coming up all
13 the way up my leg past my belly button; right?
14       Q.  Okay.  But --
15       A.  The reaction that I got at the hospital
16 when I got there was they couldn't believe I came
17 from a facility with a physician and one of the
18 doctor's comments was what did the doctor at Coastal
19 say when he saw these streaks?  And I even told him I
20 never even got to see the doctor, just the PA and he
21 couldn't believe it.
22           And then when I told him there was never
23 any tests done, which there weren't, they couldn't
24 believe that either because the very first thing they
25 did was tests, blood work, culture, MRI.  The surgeon

12 (Pages 42 - 45)

Cager Maleeah                                                          May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 46

1 picked up my foot and squeezed it and the green stuff
2 shot all the way out of my foot and all over both of
3 his hands and he placed my foot back down and told me
4 that I was probably going to lose my foot.
5       That's what his words to me were, that I
6 was probably going to lose it. And I'm like, well,
7 it was the first time I had even heard anything like
8 that. I couldn't believe what I was hearing that my
9 foot was going to get cut off. So he said, well,
10 let's get the testing done first so we know what
11 we're doing.
12       Q. I'm trying to keep us in the timeframe.
13       A. Okay. Sorry.
14       Q. No. That's fine. But you don't know
15 what PA Dorsey told Dr. Awe?
16       A. No, I don't.
17       Q. Okay. And you don't know what he knew
18 and what information had been provided to him; right?
19       A. No, I don't know that.
20       Q. All right. Let's go to the next page.
21 I'm sorry these are out of order but I'm not trying
22 to confuse you. This is the 25th at 10:00 a.m. So
23 it's Dorsey is writing this on the 25th. You
24 presented to the pill call room because your foot was
25 more swollen; is that correct?

Page 47

1       A. 25th, 23rd, 24th, 25th. No. I didn't
2 go to pill call on the morning of the 25th. I
3 already had my stuff.
4       Q. Did you see Dorsey see on the morning
5 of the 25th?
6       A. Yes.
7       Q. Okay.
8       A. That's when I saw her in her office but
9 I didn't go to pill call on the 25th.
10       Q. Okay. I might have misread.
11       A. That's what it says.
12       Q. I didn't write it. Next page.
13       A. That's made up.
14       Q. It looks you saw Campbell on the
15 morning at 8:50. Did that not happen, the whole
16 record for --
17       A. This is the nurse, isn't it?
18       Q. Yes. Nurse Campbell.
19       A. Yeah. The check-in nurse? So that's
20 what time I would have been put through the blood
21 pressure, weight, height stuff, I think. No left
22 foot redress. There was nothing done to my foot. No
23 staff at any time ever touched my foot and I will
24 prove that.
25       Q. Let's go to the next page, please. Do

Page 48

1 you deny that PA Dorsey treated you around noon on
2 May 23rd, 2016 as reflected in this record?
3       A. No. She did.
4       Q. Okay.
5       A. That's when she thought my foot had
6 athletes foot.
7       Q. Okay. And I wasn't trying to suggest
8 when you answered that that I was asking you that you
9 were saying this is record accurate. You've
10 already made that clear. I just wanted to make sure
11 we're in agreement that you were treated on May 23rd,
12 2016 around noon by Dorsey?
13       A. Uh-huh.
14       Q. Is that a yes?
15       A. Yes.
16       Q. All right. Next page, please, sir.
17 This record reflects that on May 22nd, 2016 at 5:30
18 in the morning Nurse Greene saw you; is that correct?
19       A. It would have been the evening. Yeah.
20 It would have been evening on the 22nd when I saw
21 Ms. Greene not the morning because I was down there
22 at 3:30 in the morning on the 22nd with Officer
23 Screven and Ms. Tyler is the one that sent me back to
24 the dorm that day and that evening is when I went
25 back down --

Page 49

1       Q. Okay?
2       A. -- and saw Ms. Greene.
3       Q. Have you seen any medical record that
4 would reflect this early morning visit that you
5 talked about on the 22nd with Tyler?
6       A. No.
7       Q. So is it accurate as of 5:30 p.m. on
8 May 22nd, 2016 when you presented to Greene, that
9 that you told her you had a throbbing and burning
10 left foot?
11       A. Right.
12       Q. And she observed red on left outer foot
13 redness on the extreme. Do you agree with that
14 assessment?
15       A. Yeah.
16       Q. Do you have any -- okay?
17       A. Because it was. It was bright red.
18 This is the night she told me she thought it was a
19 spider bite.
20       Q. Did she tell you to apply ice and
21 elevate the foot?
22       A. I don't remember any instructions of any
23 kind from her.
24       Q. This record reflects that she
25 prescribed you Ibuprofen 200 milligrams, two tabs

13 (Pages 46 - 49)

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

Page 50

1 every six hours for the pain. Is that -- you're
2 disputing that; right?
3     A. Right. I never got anything. The only
4 medication I got were from the officers in the
5 building.
6     Q. All right. We're going to skip a bunch
7 of pages, one, two, three, four, five, six. We
8 should be looking at Georgia Department of
9 Corrections patient self-administered medication.
10 There is only two entries 5/26/16. Show me what page
11 you're on, Mr. Maleeah. Next page. I'll tell you if
12 that's right.
13     A. (Witness complies with request of
14 counsel.)
15     Q. Next page. Let me see the page. So is
16 that not your signature on 5/22/2016 for Ibuprofen?
17     A. Yes, it's my signature.
18     Q. But it's your testimony you didn't
19 receive that Ibuprofen?
20     A. No. I mean, they slide these things
21 through the pill call window all the time for
22 signatures. I mean, we don't sit there and read each
23 one of them at that time as to what they are for and
24 when we're getting it.
25     Q. But --

Page 51

1     A. Well, this could have been signed, this
2 could have been slipped through the window with the
3 other medications that I received. I didn't get any
4 medication from them at any time for pain, none.
5     Q. So you signed the medical records that
6 state you were getting Ibuprofen without getting the
7 Ibuprofen?
8     A. Yeah. I signed it at the pill call
9 window.
10     Q. You agree that this is a medication you
11 didn't have to wait for Reidsville for this; right?
12 They could have just given it to you and you take it
13 back to dorm. It's Ibuprofen.
14     A. Yeah. No. That's what I'm saying, I
15 didn't receive any of this.
16     Q. Okay. All right. Yeah. I'm sorry
17 about the -- let me see. Probably easiest if you
18 just skip ahead like four or five pages to the next
19 page that has your signature on it. It looks just
20 like the one we were talking about except with the
21 three entries. No. It looks like this, sir.
22     A. Yes.
23     Q. All right. I'm referring to a document
24 that's dated 5/24/2016 in the bottom right corner.
25 You see these entries, sir, 5/23/2016, Keflex, you

Page 52

1 signed for it 20 cups on, sent on the 25th you signed
2 for that then you've got the Motrin and you signed
3 for that on the 25th, so and then you signed for a
4 tube of cream on the 26th, so you're disputing that.
5 Well, first of all, do you dispute that these are
6 your signatures?
7     A. No. Those are my signatures but there
8 is some backwards here. The Motrin wasn't -- the
9 Motrin and the antibiotics didn't come together, the
10 Telfinite and the antibiotics is what I got. The
11 nurse said there was no Motrin for it so this stuff
12 was given to me. The Keflex and the Telfinite was
13 given to me on the evening of the 24th. So I don't
14 know why this is dated the 25th because I didn't pick
15 it up on the 25th. That's probably why she said I
16 was on the 25th. I didn't go to pill call on the
17 25th, I was at pill call on the 24th.
18     Q. What did you pick up on the 24th?
19     A. Keflex and Telfinite.
20     Q. Okay. And when do you say I got the
21 Motrin?
22     A. I didn't get any Motrin.
23     Q. Ever?
24     A. Ever.
25     Q. Okay.

Page 53

1     A. I got two pains shots from her in her
2 office and that was it and aspirin in the building.
3 That was it. That's all I ever received.
4     Q. All right. We're finished with that
5 document. If you could hand it to the court
6 reporter, please. If at any time you need to take a
7 break, just let me know.
8     A. Thank you, sir.
9     Q. Mr. Maleeah, when this happened in May
10 2016, were you familiar with the grievance procedure
11 that any grievance had to be filed within ten days of
12 the violation or the event giving rise to the
13 grievance?
14     A. Not the actual policy or procedure
15 because I never read it at that point but I had filed
16 three grievances total on this incident.
17     Q. Okay.
18     A. And the main one that was the most
19 important to me was to see how my foot was going to
20 heal and what kind of pain I was going to be left
21 with when it was, quote, healed as far as it was
22 going to get. And that's when I filed the last one
23 after I saw Dr. Awe he told me that it was it. That
24 what I have is pretty much what I'm going to live
25 with.

14 (Pages 50 - 53)

Cager Maleeah                                                                    May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 54

1       And my foot is constantly bothering me.
2 It's tingling, it's numb. The toe next to the one
3 they cut off is always asleep. Just like when you
4 sit Indian style for too long, you go to stand up and
5 it bothering, I mean, it's painful and it doesn't
6 stop. My foot actually feels like it was hit by an
7 ax. I don't know if you've seen the pictures, but
8 they cut me open on the top of my foot all the way
9 down and this toe here is asleep.
10      And what's crazy is it's actually moving
11 over by itself. It used to be right next to this one
12 but it helps to compensate for the balance I'm
13 starting to try to get back because when I turn left
14 and step up, I stumble. It's because of the loss of
15 the toe. But this right here, right here, feels like
16 it's constantly -- it doesn't like to be touched,
17 it's painful and it's numb.
18      Q. All right. Let the record reflect that
19 the witness removed his left shoe and sock and showed
20 us the condition of his foot as of today, May 6,
21 2019. And some point in time we'll probably going to
22 need pictures of your foot.
23      A. That's fine if you have --
24      Q. Normally if I had my cell phone, I'd
25 take the pictures with your permission but we don't

Page 55

1 have that, so...
2      A. That's fine.
3      Q. Why don't you -- you said you filed
4 three grievances?
5      A. Yep.
6      Q. Okay.
7      A. Before -- the first one was on
8 Ms. Anderson because she denied me medication.
9      Q. Okay. That was in August of 2016?
10      A. Correct.
11      Q. Have you ever filed a grievance before
12 then?
13      A. Here? No. I don't think so.
14      Q. What other prisons have you been in
15 before this one?
16      A. River Bend, Wilcox, Jackson, Wilcox and
17 Jackson.
18      Q. How many grievance did you file at
19 those prisons?
20      A. I don't think I've never filed a
21 grievance.
22      Q. So you think the August one against
23 Anderson was your first?
24      A. Yes. I think so.
25      Q. August 2016? So let's talk about each

Page 56

1 of the three of them. Good thing we're not recording
2 this. Let the record reflect I'm sitting in a very
3 noisy squeaky seat. So one of your grievances is
4 against Nurse Anderson because it's your testimony
5 that she declined you pain medication?
6      A. Uh-huh.
7      Q. Now, how many times did she do that?
8      A. Twice.
9      Q. So on the same day?
10      A. No. Different time, different date.
11      Q. You only grieved one of those
12 instances, though?
13      A. Yes.
14      Q. Correct?
15      A. Uh-huh.
16      Q. That's one grievance that you filed.
17 Tell me about the other two one at a time.
18      A. The second one was after I saw Dr. Brown
19 and she told me there wasn't anything more she could
20 do for my foot, that what it is is what it is and the
21 medication I'm on is the most that they are going to
22 be able to provide for me and that was it. Refilled
23 my medications and had nothing else to say to me,
24 nothing else she could offer me to offer me any kind
25 of help and so I filed a grievance because it was

Page 57

1 unacceptable.
2      My foot is still painful, tingling,
3 numb. I even asked if I could have the toe next to
4 the one that's been cut off cut off just to get it to
5 stop doing what its doing, which is asleep, it's
6 always asleep. It feels like it's not even mine.
7 Like you know when you get a shot at the dentist and
8 your face gets numb? You can kind of feel it on the
9 outside but you can't feel it on the inside? That's
10 what it feels like.
11      Q. Well, I'm going to let my co-counsel
12 cover Dr. Brown. What was the third.
13      A. Dr. Awe. After Dr. Awe told me that I
14 had really achieved as much healing as it was going
15 to get with the nerves, that the nerves are probably
16 going to be like that for the rest of my life and
17 that's unacceptable.
18      I mean, I didn't want to do any of this.
19 If I could have got through this and walked away with
20 no issues, I wouldn't -- we wouldn't be sitting here
21 today. I want to go home. I didn't want to come
22 up doing this kind of stuff but my foot hurts and so
23 when I was left with here is what you got, here is
24 what you're working with, this is where you ended up,
25 no. Absolutely not.

15 (Pages 54 - 57)

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy                                   May 6, 2019

Page 58

1    My foot is killing me.  I like being on
2  my feet and I'm happy to do things and I'm hindered
3  now.  My foot hurts all the time.  It tingles, it's
4  numb, it wakes me up at night, it stings when I walk
5  about every 100 to 200 yards, I'll get like a bee
6  sting in the top of my foot and I have to stop for a
7  few seconds to minutes get it to stop and then I can
8  move on, all from nerve damage in my foot.  So if I
9  didn't have none of that, we wouldn't be here right
10  now.
11    Q.  Well, and I do empathize with that and
12  I understand what it would feel like to lose a toe in
13  that manner so I'll try to be inconsiderate.  I'm
14  here to figure out what's going on with your
15  allegation.  Let me ask you a question then.  I'm not
16  suggesting they did anything wrong but based on what
17  you just told me I understand why Tony Anderson is in
18  this case and I understand why you included Dr. Brown
19  in this case.  Now, the Court kicked out Dr. Awe
20  based on everything that has been presented.  So why
21  are Greene, Tyler, Dorsey Ivey Terry or Nurse Grant
22  why are they in this case?
23    A.  You want me to explain them individually
24  or...
25    Q.  It sounds like you were complaining

Page 59

1  about things that happened after your surgery.
2    A.  No.
3    Q.  Your grievances were related to after
4  your surgery.
5    A.  All of my grievances with Dr. Awe are
6  based on where my foot had healed up and here is
7  where I was at.
8    Q.  So --
9    A.  As far as the treatment that I received
10  prior to the surgery, if I would have had proper
11  treatment, I wouldn't have required the surgery.  If
12  they would have done some tests and figured out what
13  kind of infection I had going on, they could have
14  stopped it.
15    The first thing they did at the hospital
16  was tests.  They did no tests here.  They kept
17  sending me back to the dorm and that's what I didn't
18  understand either.  Nobody understood that why they
19  wouldn't they do that.  Why wouldn't they do blood
20  work to see what the heck was going on; right?
21    Why didn't they -- why didn't they do a
22  swab like they did at the hospital to find out what
23  was going on with the wound?  They never did none of
24  that and so I'm upset with all of them because they
25  are trained nurses and when I got here literally

Page 60

1  dragging my foot and the green stuff on the floor
2  literary, they wouldn't get off their butt to come
3  and take a look.  They were more interested in
4  whether I had a callout slip to be there and sent me
5  back to the dorm.  That was it.
6    So my complaint with them is if they
7  would have done something, helped me out, got up,
8  looked, wow, this guy has got a really bad infection,
9  we need to do something here and then done it
10  whatever it is.
11    Like when I got to the hospital, boy,
12  they were clicking on all cylinders and they got me
13  taken care of and it cost me part of my foot to stop
14  it.  But the doctor, the surgeon told me that my foot
15  had a nephritizing infection.  That meant my foot was
16  dying, the bones were being turned to liquid and I
17  came from a facility with a physician.
18    I shouldn't have been in that condition,
19  I shouldn't have been that bad.  They should have
20  been able to intervene and stop it like they did but
21  at the point I got there that was the damage that I
22  had incurred.
23    Q.  Well, we just covered a lot of days of
24  medical records and you've acknowledged you disputed
25  some of the specifics and you even acknowledge that

Page 61

1  you were seen on the 22nd, the 23rd, 23rd, the 25th
2  and the 26.
3    A.  Yes.
4    Q.  Okay.  So they weren't ignoring you?
5    A.  No.  They weren't doing anything to
6  discover what was wrong with me.  Here is what an
7  examination was, Mr. Pontrelli.  That was it, this.
8    Q.  You're not a medical doctor; correct?
9    A.  No.
10    Q.  So you can't offer any kind of opinion
11  or --
12    A.  None whatsoever.
13    Q.  -- standard of care?
14    A.  Zero.
15    Q.  Okay.  So --
16    A.  There is one other point I want to make.
17    Q.  Sure.
18    A.  When the pink streaks were coming up my
19  leg gradually, my thigh, my -- up here, and then up
20  past my belly, to my belly button, I mean, they were
21  obvious that I had something seriously wrong, majorly
22  wrong, and, like I said, I'm not an expert but I knew
23  those streaks meant trouble and when I pulled them up
24  the night that I fell out and showed the officer in
25  the building, she wouldn't believe it.

16 (Pages 58 - 61)

Cager Maleeah                                          May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 62

1         She knew at a glance that there was
2 something seriously wrong with me and that's why she
3 called the code.  I was sent back to the building
4 that night by Ms. Darcy, which when I got to the
5 hospital that night, the surgeon said my leg was
6 necrotizing and Ms. Darcy sent me back to the dorm
7 with my leg dying and the records say that.
8      Q.  I know this is very emotional for you.
9      A.  It's my leg.
10     Q.  I understand that but --
11     A.  And that's the facts.
12     Q.  Back to the grievance, sir.  You never
13 filed ha grievance against Nurse Greene?
14     A.  No.
15     Q.  And you never filed a grievances
16 against Helen Tyler?
17     A.  No.
18     Q.  And you never filed a grievance against
19 Anna Dorsey?
20     A.  No.
21     Q.  You've never filed a grievance against
22 Deborah Ivey Terry?
23     A.  No.
24     Q.  And you never filed a grievance against
25 Nurse Grant, whoever she is?

Page 63

1      A.  No.
2      Q.  Okay.  You filed a grievance against
3 Tony Anderson, Dr. Awe and Dr. Brown; correct?
4      A.  Yes.
5      Q.  Okay.  Do you know -- well, let me --
6      A.  Mr. Pontrelli, can I ask you a question?
7      Q.  I'm probably not going to answer it.
8      A.  I just -- I have a hard time with a
9 couple things.  But you are one of the highest
10 ranking law officials in the state of Georgia.
11     Q.  I mean, you could talk but I'm not
12 going to respond to any of this.
13     A.  Well, I'm just curious why I'm not being
14 also protected by you.  I'm in the custody of the
15 state of Georgia and I would think that if you saw
16 that something happened here that wasn't right that
17 the wrath that you would send would be towards the
18 problem not towards the other way.
19     Q.  Well, I'm not going to respond to that.
20 I'm not going to.  Within reason I'm going to cut you
21 off when you're talking but I'll give you your say
22 but I don't have any response to that one way or the
23 other.  So let's mark this as Exhibit 3.
24         (Thereupon, marked for identification
25 was Defendant's Exhibit 3.)

Page 64

1      Q.  (By Mr. Pontrelli)  All right.  I'll
2 represent to you this is a true and correct copy of
3 the complaint that you filed in this matter of
4 document docket number one dated April 27th, 2018
5 consisting of 22 pages and the main document 22 pages
6 in the document one, dash, one; and then 31 pages in
7 document marked one, dash, two; and then there is one
8 page document, one, dash, three, and then the last
9 page is one, dash, four and is the copy of the
10 envelope you used to mail it in.  So luckily for this
11 moment we have page stamps so we'll all quickly get
12 to the right page.  Why don't we go to document one,
13 page five of 22.
14     A.  Okay.
15     Q.  Paragraph six, it's your testimony that
16 Ms. Tyler was present at the premises was that 3:00
17 a.m.?
18     A.  Yes.
19     Q.  Okay.  That would have been on Sunday,
20 May 22nd?
21     A.  Yes.
22     Q.  Okay.  Next page marked page six,
23 actually, we're not going to ask any questions about
24 that page.  Sorry.  Let's skip ahead to page nine.
25     A.  Okay.

Page 65

1      Q.  And page ten and I'm referring to
2 paragraphs 12 and 13.  I think it was a typo here but
3 you just confirm it for me.  On page 12 it says
4 Tuesday, May 24, 2016 at 12:10 a.m., and on the next
5 page it refers to Tuesday, May 24th, 2016 at four --
6      A.  15.
7      Q.  -- 15 p.m.  Was that first entry
8 supposed to be 12:10 p.m. and not a.m.?
9      A.  Oh, yeah.  Yeah.  Yeah.
10     Q.  You do agree with me; right?
11     A.  Yes.
12     Q.  Otherwise, it makes no sense.
13     A.  Yeah.  It's noon pill call.
14     Q.  So the record reflects that paragraph
15 12 on page nine of document one, Exhibit 3, is 12:10
16 p.m. not a.m.?
17     A.  Good catch, Mr. Pontrelli.
18     Q.  Let's see, all right.  Skip ahead to
19 document one, dash, one, which is your affidavit, and
20 go to page 22, final page.
21     A.  One, dash, one you said?
22     Q.  Yes, sir.  The signature page of your
23 affidavit.
24     A.  Oh, yeah.  Yes, sir.
25     Q.  Okay.  That's your signature there?

17 (Pages 62 - 65)

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

Page 66

1    A.  Yes.
2    Q.  And on April 22nd, 2018 you were
3  attesting that you were declared under the penalty of
4  perjury that the foregoing statements of facta are
5  true and correct?
6    A.  Yes.
7    Q.  All right.  So you did make that
8  declaration; correct?
9    A.  Yes.
10    Q.  Okay.  Next page, pages of the document
11  page two and three, who took those two pictures, sir?
12    A.  The hospital.
13    Q.  Okay.  And how did you come into
14  possession of the pictures?
15    A.  I asked for them.
16    Q.  Now, do you have a better quality of
17  the picture of this?  Do you have the actual photos?
18    A.  Yeah.
19    Q.  Okay.  You have two of them?
20    A.  Yes.
21    Q.  All right.  I'd ask you -- just to put
22  you on notice that we'd like you to keep them and --
23    MS. SMITH:  If we could get her to copy
24  them, make a color copy of them and send them back
25  to him.

Page 67

1    Q.  (By Mr. Pontrelli)  Would you be
2  willing to have the court reporter --
3    A.  I'm not, but I believe you can get them
4  here, you can.
5    Q.  Well --
6    MS. SMITH:  I don't have any control
7  over that.
8    THE WITNESS:  Or you can take a picture
9  of them with your phone.
10    MS. SMITH:  I don't have a phone.
11    THE WITNESS:  Oh.
12    MR. PONTRELLI:  Well, we'll just put on
13  the record that Mr. Maleeah did show us two color
14  photos of his feet and he'll hold on to those.
15    THE WITNESS:  Yeah.  I sent them papers
16  and everything for the hospital.
17    Q.  (By Mr. Pontrelli)  All right.  Now,
18  there is a bunch of witness statements talking --
19  starting on page four of 31 of document one, dash,
20  two as it's stamped on the top.  First one is Thomas
21  Wayne Robertson.
22    A.  Uh-huh.
23    Q.  I don't want to go over what he said
24  but who is Thomas Wayne Robertson?
25    A.  It's an inmate in the M dorm, MB dorm.

Page 68

1    Q.  Is he still here?
2    A.  No.  He's gone.
3    Q.  Is he out of the system or is he in
4  another prison?
5    A.  I don't even know.
6    Q.  All right.
7    A.  We don't have a way of tracking that.
8    Q.  Next page, W. Curt Butts.
9    A.  He's out.
10    Q.  He's out of the system, as far as you
11  know?
12    A.  Yeah.
13    Q.  All right.  Next Timothy Bowman.
14    A.  He's here.
15    Q.  Before I go too far, let's go back to
16  Mr. Wayne.  Mr. Wayne was never present with you
17  during your medical care during May 22 to 26 at
18  Coastal?
19    A.  He was just in the dorm.
20    Q.  All right.  Same with Mr. Butts, he
21  never observed --
22    A.  No.
23    Q.  We talked over each other.
24    A.  I'm sorry.
25    Q.  He didn't observe any of the medical

Page 69

1  care you received?
2    A.  No.
3    Q.  Okay.  Mr. Bowman you said is still
4  here?  And he didn't observe any of your medical
5  care; correct?
6    A.  No.
7    Q.  Mitchell DeWayne Peters, who is he?
8    A.  Just another inmate in M building.
9    Q.  Is he still here?
10    A.  No.  He's out.
11    Q.  All together out?
12    A.  Out.
13    Q.  All right.  Did he observe any of the
14  medical care you received at Coastal in May?
15    A.  No.
16    Q.  Next is David Scott.
17    A.  Uh-huh.
18    Q.  Who is he?
19    A.  He's out.
20    Q.  And same question, did he observe any
21  of your medical care?
22    A.  Yeah.  No.
23    Q.  Vincent Scott.
24    A.  He's same thing, he's out, I believe.
25    Q.  Okay.  And he didn't observe any

18 (Pages 66 - 69)

Cager Maleeah                                    May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 70

1  medical care?
2      A.  He's the one that told me to call out.
3      Q.  All right.  So he observed, you know --
4  I mean, most of the these are people that saw the
5  condition of your foot?
6      A.  Yeah.
7      Q.  Okay.
8      A.  And the number of times I went to
9  medical and came back with no dressings, no bandages,
10  no nothing on my foot.
11      Q.  Fair enough.  Joseph Upshaw?
12      A.  Here.
13      Q.  Is he still here?
14      A.  Yep.
15      Q.  And he didn't observe any of your
16  medical care?
17      A.  No.
18      Q.  David Michael Haggerty?
19      A.  He's a walker.
20      Q.  And he didn't observe any of your
21  medical care?
22      A.  No.
23      Q.  Anthony?
24      A.  Yawn.  He's here.
25      Q.  And he didn't observe any of your

Page 71

1  medical care?
2      A.  No.  He's still here and he actually --
3  he's a PA.  He had a bunch of probably emergency care
4  facilities on the street so he's pretty knowledgeable
5  about medical and he was involved talking to me,
6  looking at my foot and was instrumental in me
7  starting my lawsuit.
8      Q.  I assume -- well, Anthony Yawn?
9      A.  Uh-huh.
10      Q.  Okay.  He signed his statement on April
11  17, 2017; correct?
12      A.  Yes.
13      Q.  Was he, to your knowledge, had he lost
14  his license by that time, to your knowledge?
15      A.  He's been in prison for a while, so,
16  yeah.  He's just knowledgeable about medical.  I
17  don't know when he lost his license or for what, but
18  he -- he knows a lot about medical about, well, what
19  was going on with my foot.
20      Q.  It looks like his statement is that he
21  started looking at your foot as of May 22nd, 2016?
22      A.  Yeah.  I was in the same dorm with him.
23      Q.  So were you reporting to him during
24  this period of time?
25      A.  We're in the same dorm, so, I mean,

Page 72

1  we're all sort of involved with each other everyday.
2      Q.  Were you reporting back to him the
3  nature of the care you were receiving on your --
4      A.  I mean, I always bounced it off of him
5  because he knows what's going on.
6      Q.  But he's not the -- he's not the
7  witness who told you to fake a heart attack to get
8  out?
9      A.  That was Vincent Scott.  Yawn was more
10  of telling me what's up with my foot.
11      Q.  So you showed your foot to Yawn on May
12  22nd?
13      A.  He saw it everyday.
14      Q.  Everyday during this time period?
15      A.  And he also saw there was never any
16  bandages, no dressings, no nothing on my foot.
17      Q.  Next page, who is this?
18      A.  Randy Peoples, he's out.
19      Q.  Out of the system?
20      A.  I think so.
21      Q.  He didn't observe your medical care;
22  right?
23      A.  No.
24      Q.  To be clear, let's go back to Yawn.  He
25  was not there when you were receiving the medical

Page 73

1  care but it sounds like he's the one witnessing you
2  as to what happened?
3      A.  Yeah.
4      Q.  You were him in on it; correct?
5      A.  Yeah.
6      Q.  All right.  Ronny Ashbey?
7      A.  He's, I think he's at Walker.
8      Q.  Okay.  He didn't observe you --
9      A.  No.
10      Q.  Your medical care?  Anthony Wheeler?
11      A.  He's out and he didn't witness any of
12  the medical.  These guys are all just witnesses in
13  the dorm.
14      Q.  All right.  Let's see, let's go all the
15  way to page 21 of 31 of document one, dash, two.  It
16  looks like you marked it Exhibit 21?
17      A.  Yes.
18      Q.  At the bottom do you know whose
19  signature that is for counselor's signature?
20      A.  Ms. Rivers.
21      Q.  And it looks like she signed it on
22  November 9th, 2016?
23      A.  Uh-huh.
24      Q.  Okay.  Let's skip ahead to page 25 of
25  31, which you've marked as Exhibit 25.

19 (Pages 70 - 73)

Cager Maleeah                                      May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 74

1    A.  Okay.
2    Q.  Who is Brianna Caegler?
3    A.  She's a counselor.
4    Q.  So she signed on November 7th, 2016 for
5  what you call the second grievance on Dr. Brown?
6    A.  Yes.
7    Q.  And you never received a response to
8  that grievance; correct?
9    A.  No.
10    Q.  All right.  Then below it says third
11  grievance filed against Dr. Awe.  And who signed
12  that, Rivers?
13    A.  Counselor Valcure.
14    Q.  Valcure.  And that was signed on May
15  2nd, 2017?
16    A.  Yep.
17    Q.  And you never received a response on
18  that one either; right?
19    A.  No.
20    Q.  Now, the one against Nurse Anderson,
21  which looks like it's page 16 of 31.
22    A.  Uh-huh.
23    Q.  You did receive a response to that
24  grievance; right?
25    A.  Yes.

Page 75

1    Q.  And they denied it?
2    A.  They denied it, yes.
3    Q.  And then you appealed it?
4    A.  Yes.
5    Q.  And did you ever receive a response to
6  the appeal?
7    A.  No.  No response.
8    Q.  Okay.  I believe I'm finished with that
9  Exhibit.  If you could, hand that to the court
10  reporter, please.
11       (Thereupon, marked for identification
12  was Defendant's Exhibit 4.)
13    Q.  (By Mr. Pontrelli)  Okay.  I've shown,
14  Mr. Maleeah, what I've marked as State Defendant's
15  Exhibit 4 and it is the stamping on it through the
16  Federal Court Document System, is document 41.  It's
17  a nine page document with no attachments filed March
18  6th, 2019.  This is your motion to amend complaint to
19  add chief counselor and grievance --
20    A.  Coordinator.
21    Q.  -- coordinator, Ms. Rivers?
22    A.  Right.
23    Q.  And the court has allowed you to add
24  Ms. Rivers to the case; correct?
25    A.  Yes.

Page 76

1    Q.  To your knowledge?  All right.  Tell me
2  in your own words starting on page, what is your page
3  two under new defendant and you could read part of it
4  or, you know, add more information but just tell me
5  what your complaint is what you think Ms. Rivers did
6  wrong.
7    A.  Ms. Rivers just has not processed my
8  grievance.  She's not followed back up with me on any
9  of the notes that I sent her asking her for the
10  status or the update on any of them.  The appeal, I
11  never got asked for an extension on the grievances
12  that I filed after that, she never offered me any
13  extensions.  It's almost like she just threw them
14  out.
15    Q.  And this is for the three grievances we
16  talked about earlier?
17    A.  The thirst one the only thing that's
18  ever been processed was the first got up through
19  Warden Morales and that's it.  And I saw her on
20  the -- let me tell you, it's right here, on 11/9 when
21  I filed the appeal in Ms. Rivers office, I talked to
22  her about the second grievance that I filed on
23  Dr. Brown so, I mean, we had a meeting in her office
24  that day about both of those.  She was going to give
25  me a copy of the appeal and she never did and that

Page 77

1  was the end of it.  I never heard another thing back
2  from her on those.  So then I sent the letters to the
3  commissioner.  I sent them trying to get him to look
4  at it and see why I'm not getting any response to the
5  procedure that's supposed to be in place for us to
6  voice our concerns.  That's what the grievance
7  procedure is supposed to be for and I've got multiple
8  people in the dorm that have filed grievances and
9  gotten nowhere, no reply, no response.
10    Q.  Are you aware of the fact that, you
11  know, in that situation after a certain period of
12  time then you're free to go ahead and file a lawsuit?
13    A.  I wasn't aware of that, file a lawsuit
14  on the grievance.
15    Q.  Well, you have filed a lawsuit
16  obviously?
17    A.  Yeah.  But not the for the grievance
18  part.  I filed the lawsuit because of my foot, what
19  they did to my foot, what they didn't do to my foot.
20    Q.  No.  But your claim against -- that's
21  not completely true because your claim against
22  Ms. Rivers is that she didn't process the grievance.
23    A.  That's right.
24    Q.  So what I'm asking you is are you aware
25  that if the grievance doesn't get processed, you're

20 (Pages 74 - 77)

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

Page 78

1  still able to file a lawsuit based on that
2  allegation?
3      A.  I didn't know that.
4      Q.  And other than saying she didn't
5  process the grievance, did she injure you or harm you
6  in any other way?
7      A.  No.  That's why I didn't bring her in
8  until late in the deal and the only reason I did was
9  because failure to exhaust grievance procedure was
10  going to be used as a possible defense and I had done
11  everything in my knowledge and in my power at that
12  time that I could push it as far as I could including
13  writing the commissioner.
14      Q.  So that's why you added Ms. Rivers is
15  because your concern it was going to be failure to
16  exhaust argument with your Dr. Awe, Anderson and
17  Brown grievances?
18      A.  Yes.
19      Q.  Okay.  Could you go to page five of
20  nine on document 41.
21      A.  Yes.
22      Q.  When you say under exhibits with a
23  little asteric on each side of it, a few lines down
24  you said I got my med s after multiple visits to pill
25  call on 5/24/2016 evening pill call.  The meds show a

Page 79

1  stamped received date at Coastal on 5/24/2016.  What
2  does that refer to a stamped received date?  What are
3  you talking about?
4      A.  On the card that you sign.
5      Q.  You're talking about the medical
6  records that we went over?
7      A.  Yeah.
8      Q.  Oh, I was just wondering if it was like
9  you had --
10      A.  That's what because remember they are
11  saying it was the 25th.  I got them on the 24th.
12      Q.  Do you still --
13      A.  I didn't go to pill call on the 24th.
14      Q.  Do you still have a copy?  What I was
15  getting at do you still have that medication?
16      A.  The medication?
17      Q.  The container.
18      A.  Huh-uh.
19      Q.  The bottle, the box?
20      A.  That's in a bubble -- the lotion it's
21  just in a box and it doesn't have anything on it and
22  then the antibiotics were in a bubble pack thing and
23  when it's empty, you have to throw it out, if not,
24  the officers are going to throw your box.  You can't
25  keep that stuff.

Page 80

1      Q.  Okay.  So this will be the good time to
2  take a quick break.
3          (A 4-minute recess was taken.)
4          (Thereupon, marked for identification
5      was Defendant's Exhibit 5.)
6      Q.  (By Mr. Pontrelli)  All right.  All
7  right.  Mr. Maleeah, I'll show you what we've marked
8  as State Defendant's Exhibit 5.  Do you recognize
9  this pleading?
10      A.  Yes, sir.
11      Q.  Okay.  And it's something you filed;
12  correct?
13      A.  Yes.
14      Q.  All right.  Okay.  It's titled motion
15  to amend his complaint and specific medical records
16  as Exhibits, rather, as Exhibits one through 36
17  included in your general complaint.  It looks like
18  the first five pages you have some commentary on the
19  attached medical records.  So why don't you starting
20  on page two of this document why don't you just go
21  through these few pages and then tell me and
22  reference the Exhibit numbers to the extent you
23  remember to.  Just tell me what your complaints are
24  about the records or what your observations are about
25  these records?  What are you trying to say here?

Page 81

1      A.  Okay.  So number 37 Ms. Darcy ordering
2  the medications, pulling meds from stock never
3  happened.
4      Q.  Okay.
5      A.  So that's what, see, when I look book
6  and see these things written like this, I know they
7  doctored this stuff up because that never happened.
8  They never even offered me anything at the pill call
9  windows.  There will never be a slip or anything from
10  the pill call windows that show I was given any of
11  this medication.  It didn't happen, so why would they
12  write that other than trying to doctor up the record?
13  So that's the point that I'm trying to point out to
14  the court.
15      Q.  Thank you.
16      A.  And the Motrin being listed as something
17  that was ordered I never received any of the Motrin
18  either.  The two shots, the Toradol that was wrote
19  down on the paper, I don't know what Toradol is but I
20  know it did nothing, absolutely didn't dull or stop
21  the pain at all.  When I got to the hospital and got
22  a shot, they stopped it one shot, whack and it quit
23  hurting.
24          And then like the way that I could read
25  the records it shows one day only one shot.  It

21 (Pages 78 - 81)

Cager Maleeah                                    May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 82

1  showed a record of one shot only on the 26th and I
2  got two, so that part I didn't understand.  So in
3  point of records being doctored up or whatever word
4  you want to use aren't accurate on their side.  Like
5  the dressing changes, inaccurate, never happened.
6        MS. SMITH:  Did you go to the next page,
7  sir.
8        THE WITNESS:  Yeah.
9        Q.  (By Mr. Pontrelli) If you could, try
10 to remember which Exhibit number you're talking about
11 now when you switch to the next Exhibit, just --
12       A.  Okay.  So we're on number 37, the
13 Toradol shot did nothing.  The dressing changes never
14 happened.
15       Q.  Okay.
16       A.  The 26th that show when I had two shots
17 but the record shows one.  Let's see, the 26 entry
18 shows two shots same as complaint; however, the shot
19 records on Exhibit number 38 shows record of one shot
20 only on the 26th and I got two.  The Motrin, the next
21 page Exhibit 39 on the 25th for the Motrin and
22 antibiotics I don't get it.  I got the foot cream
23 and the antibiotics and that was it and the nurse in
24 the window told me that it didn't like any had been
25 ordered.

Page 83

1        Q.  Okay.
2        A.  Okay.  So number 40 concurs with
3  complainant having to fall out to get some meaningful
4  medical care or intervention.  Ms. Jackson pretty
5  much summed it up with her reports of everything that
6  I put in my complaint, that she spoke to Ms Darcy.
7  Ms Darcy told her to go ahead and call EMS, do the
8  EKG and she thought I had a blood clot.
9        Q.  Okay.
10       A.  Number 42 shows a visit to medical after
11 I fell off of a ladder.  My foot gave out and I tore
12 the meniscus in my knee when I landed on the floor.
13 I had fallen a few times but when I turned left and
14 stepped off and put my weight on the left side of my
15 foot, it won't support when I turn hard and it causes
16 me to stumble a lot and people think I've been
17 drinking.  I mean, it's because that toe being gone
18 it can't support my weight.  That's why what's weird,
19 this toe is actually moving over now by itself.  The
20 doctor even told me it was going to do that.  It's
21 amazing how your body knows how to do that.
22       Q.  When you said this toe, you mean what
23 would have been your middle?
24       A.  This one is scooting over.
25       Q.  The middle toe?

Page 84

1        A.  Yeah.
2        Q.  The middle of five.
3        A.  Because it used to be right over here
4  next to this one and now it's over here and it's
5  actually my stumbling has improved but it's not gone.
6        Q.  So you're saying that your -- well,
7  what once was the middle of five toes used to be
8  closer to your --
9        A.  The big toe.
10       Q.  Or actually here, on your hand you were
11 showing your ring finger.
12       A.  See how these\ together anymore?
13       Q.  Yes.
14       A.  I'll show you on this foot because that
15 was a twin to this one.
16       Q.  Okay.  I understand.
17       A.  So it's compensating by itself and
18 that's amazing that your body knows how to do that.
19 I'll tell you another amazing thing.  They never put
20 a stitch it in, not one stitch and it closed all by
21 itself.  It took two-and-a-half months for it to
22 close but it closed it.
23       Q.  You don't have any criticism of the
24 medical care you received at Memorial; correct?
25       A.  No.

Page 85

1        Q.  All right.  Let's go back to -- let the
2  record reflect that the witness removed both shoes
3  and socks from each foot to show us what he was
4  referring to in the comparison.  Let's finish up with
5  this.  I think we're up to 40.
6        A.  Okay.  41.
7        Q.  Or apparently we're at 42.  Good.
8        A.  Okay.  41 was just the confirmation that
9  none of the pain medication that I received from
10 medical worked.  Okay.  And then when I fell off the
11 ladder.
12       Q.  I don't think --
13       A.  Actually, this one here I injured my
14 elbow.
15       Q.  I think the rest of this is post
16 surgery so we don't need to cover any of it.  So you
17 can hand that Exhibit to the court reporter.
18       (Thereupon, marked for identification
19   was Defendant's Exhibit 6.)
20       Q.  (By Mr. Pontrelli) All right.  I'm
21 showing you what I've marked State Defendant's
22 Exhibit 6.  This is document 44 in the docket, five
23 page document.  It's titled motion to notify court
24 and counsel for defendant as to Coastal State Prison
25 medical staff claiming to have lost medical records

22 (Pages 82 - 85)

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

Page 86

1 and doctors order to change meds. You prepared this
2 pleading; correct, sir?
3     A. Yes.
4     Q. Does this pleading have anything to do
5 with the medical care you received the time period of
6 May 22nd, 2016 to May 26th, 2016?
7     A. It's the medications I'm on to manage
8 the pain that I'm in. Yeah.
9     Q. But it's not related to that time
10 period?
11     A. Not the time but it's the medication
12 that --
13     Q. All right.
14     A. -- was prescribed starting that time
15 period for my foot, managing the pain in my foot.
16     Q. Okay. Mr. Maleeah, when you arrived at
17 Memorial Hospital on the 26th, it was in the evening;
18 correct?
19     A. Yes.
20     Q. How long were you there before they
21 started the surgery; do you recall? All right. Can
22 you remember?
23         (Discussion ensued off the record.)
24     Q. (By Mr. Pontrelli) I think my question
25 was how many hours past between your admission to

Page 87

1 Memorial Hospital on the 26th and when they started
2 the surgical procedure?
3     A. The concept of time is, I mean, it was a
4 guess, it's a guess because I don't know. They did a
5 lot of stuff. They did a lot of work, a lot of
6 tests, a lot of waiting. I know that the initial
7 test took, seemed like forever to get everything done
8 so it was hours later.
9     Q. Do you recall at any point in time
10 between admission to Memorial Hospital and when they
11 started the procedure? You know, you were aware that
12 they were going to perform surgery that you were
13 frustrated with them and you brought it to their
14 attention that your foot condition was more serious
15 than they had even observed?
16     A. No.
17     Q. Okay.
18     A. That happened?
19     Q. I'm asking the questions. So you don't
20 recall at any point in time saying --
21     A. No.
22     Q. -- to some staff member?
23     A. No.
24     Q. All right. We're almost finished. And
25 you've throughout your deposition you've talked about

Page 88

1 it, but I want to make sure we covered it all.
2 That's your damages, your alleged damages and
3 condition of your foot now, et cetera. So let's talk
4 about, I heard something about one of the complaints
5 said it affected your balance in walking. I assume
6 running as well; correct?
7     A. I can't run at all.
8     Q. Okay. Percentagewise, how -- where is
9 your balance compared to today compared to what it
10 was before? So if your balance before was 100
11 percent, how close are you to that now
12 percentagewise?
13     A. Well, my balance has only been
14 compromised when I go this way, so this way is not
15 affected at all to the right.
16     Q. So --
17     A. To the left is affected not to the
18 right.
19     Q. Okay.
20     A. Because my right foot is good so when it
21 turns around, I turn fine but when I turn to the left
22 is when I have problems with my balance. It's gotten
23 better but it's still not right. I still stumble, I
24 still fall on occasion. I'll fall into the wall
25 sometimes if I'm not careful, so but it's, like I

Page 89

1 said, it's gotten better but it's not going to ever
2 be 100 percent. Dr. Awe told me that.
3     Q. How long after your surgery were you
4 able to start walking again?
5     A. I got back from Memorial from being in
6 there a week. I went into infirmary for two months,
7 two-and-a-half months, something like that while the
8 wound closed. I could get up and walk start
9 distances in there dragging all my stuff with me.
10 The pumps and the wound vac thing that had to be
11 attached to my foot two and-a-half months.
12         When the wound closed, they allowed me
13 to return to the dorm and I was in a wheelchair for
14 about another month, two-and-a-half months doing
15 short distances walking ten, 20 feet before it
16 throbbing and stinging too bad they had to stop. So
17 then they tried physical therapy for a very short
18 period of time and that made it worse.
19         So the nerves just Dr. Awe explained to
20 me what whenever you cut through the skin, nerves get
21 damaged and there is nothing you could do to stop it
22 because when I asked him about this toe he cut off
23 and I was dead serious and I still am dead serious
24 about this toe even though my balance but this
25 bothers me tremendously and I even asked him what's

23 (Pages 86 - 89)

Cager Maleeah                                    May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 90

1 the chances of having it removed and his response is
2 if we're going to cut more and you could get damaged
3 even further.  Whenever you're cut, nerves get
4 damaged so...
5        Q.   So this was referring to what would
6 have been the middle of -- middle toe of five toe
7 foot?
8        A.   Yep.
9        Q.   As he's requested that to be removed as
10 well because the pain; is that right?
11       A.   Yeah.
12       Q.   Okay.
13       A.   It's almost like it got killed but it's
14 still on my body.  I mean, it's greatly affected.
15       Q.   What is your daily talking about today,
16 May 2019, what's your on a scale of one to ten what's
17 your daily pain level?
18       A.   It depends on what I'm doing.  If I'm
19 out walking and moving around a lot, it's every 20 to
20 30 yards I get in bee sting in my foot but, I mean,
21 I'm used to it now.  I mean, it's still painful and
22 they give me Neurontin is to dull the nerve pain but
23 it's not enough to stop it.  So the other part like
24 going on the ladder when I fell off the ladder when I
25 was turning left trying to hold up this light and had

Page 91

1 to put weight down on my foot, it just wasn't having
2 it and I went to the to the floor with the 60 pound
3 light in my hand, hit the floor and tore my meniscus.
4        I'm a pretty good electrician and I
5 learned all this stuff in prison, right, since I've
6 been locked up and I like to stay busy.  I don't want
7 to be like this.  I don't want to be hand kept.  I
8 don't want to be the guy that's in the wheelchair.
9        That's why I took the wheelchair back
10 and gave it back to them.  They didn't tell me to
11 bring it back, I took it back and gave it back to
12 Dr. Awe because I wanted him to release me so I could
13 go back to work to be back on maintenance.  That's
14 how I do my time.
15       That's how I keep this busy, my brain
16 focused.  I'm good at math.  I tutored in education
17 for math for a long time because I'm good at it and I
18 like to be on my feet but it's bothering me.  And on
19 the street I sold cars for a living, new cars and
20 you're constantly back and forth all over that
21 dealership to be good at it to get the customers and
22 get the numbers that, you know, you need.  You got to
23 be moving and so that's going to be greatly affected.
24       So, you know, that's why I'm upset about
25 it, Mr. Pontrelli, because it affected me to that

Page 92

1 point; right?  If it hadn't have done that, like I
2 said, we wouldn't be sitting here right now because
3 I'm not the guy that complains about every little
4 thing that pops up in my life.
5        Q.   How long have you been in prison for
6 this?
7        A.   Since 2013.
8        Q.   And were you --
9        A.   January 25th.
10       Q.   And was that your first time in prison?
11       A.   Uh-huh.
12       Q.   Okay.  What medicine --
13       A.   To be honest, you know what I'm here
14 for?  I'm here because I inappropriately touched
15 somebody.  That's it.
16       Q.   What medications are you currently
17 taking?
18       A.   Neurontin, Lisinopril and CTM, they are
19 called CTMs.  I don't even know what they are -- they
20 are for nasal allergies.
21       Q.   All right.  That's not related to --
22       A.   My foot is just Neurontin.
23       Q.   And what has -- has Dr. Awe told you
24 what you should expect for how long you'll need to
25 take that medicine?

Page 93

1        A.   For life.
2        Q.   Okay.
3        A.   He even tried, like I said, he's tried
4 other medicines but they didn't work.  He sent me to
5 Augusta to get approved for this stuff called Lirica
6 and he said it's expensive and it did nothing.  I
7 mean, Neurontin works, the Lirica did nothing so we
8 backed up off of that one.
9        Q.   But he's told you in his opinion that
10 your foot has recovered as much as it ever will?
11       A.   Yep.  I have phantom pain, too, but
12 that's my brain telling me my foot still there
13 because he said it's common.  But it doesn't stop.  I
14 mean, my toe feels like it's still there but it's not
15 there, obviously.
16       Q.   Have you been making plans for what
17 sort of employment or job that you're going to look
18 to when you get out and you're able to?
19       A.   I mean, I'd like to try to stay in the
20 car business but I'm going to be affected by it.  I
21 mean, I'm not going to be able to do what I was able
22 to do before but I'll find something in it.  You
23 know, I'm not going to sit down.  I'm not like that.
24       Q.   Okay.  So --
25       A.   I'm not going to go draw a check and go

24 (Pages 90 - 93)

Cager Maleeah                                    May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 94

1  hide in a box.  I want to stay busy and go to work.
2       Q.  Is there anything that you could think
3  of today that you haven't described for us about your
4  physical pain and why don't you --
5       A.  Huh-uh.
6       MS. SMITH:  Is that a no?
7       THE WITNESS:  No, ma'am.
8       Q.  (By Mr. Pontrelli)  Last question would
9  be just tell me in your words how this whole
10  experience has affected you emotionally or mentally?
11      A.  It's been at times overwhelming because
12  of the lack of care will be the right way to say it.
13  I'm in a place where I'm held against my will right
14  now.  I don't have choices of doctors that I can go
15  to.  This is where I go and if you can see what I've
16  seen, the treatment that we receive, the way they
17  speak to us, the way they talk to us, the disrespect
18  and the treatment that I didn't get here.
19      Going back to the dorm at night with my
20  foot hurting and they acted like they didn't even
21  care and my foot got worse and worse and worse and
22  finally and it wasn't on the actions of the prison
23  that got me to Memorial it was me falling out, being
24  told that by a veteran inmate who knew how to get to
25  get to a real doctor at a real hospital.  If I

Page 95

1  wouldn't have done that, God only knows what the
2  plans were going to be here but I was already -- my
3  foot was dying and I was sent back to the dorm.
4       You know, ands listen, I've seen two
5  more inmates die here from infection since this
6  happened, from infection.  You shouldn't die in
7  prison from infection.  They should be able to treat
8  us and, you know, in my grievance I even put in there
9  that some of the changes I'd like to see if someone
10  comes in with a serious infection, that they do
11  tests, they do blood work and they get you on the
12  right amount of medication they need to fight it back
13  so they can win.
14      Q.  So it's your testimony that no blood
15  work or testing was down on you --
16      A.  No.
17      Q.  -- before you went to the Memorial
18  Hospital?
19      A.  No.  No.  They -- Ms. Jackson did a swab
20  the night that I went to the emergency room but by
21  that time I'm already on my way out the door but
22  that's the only test that was ever done on me.
23      Q.  What about today, May 2019, has this --
24  that, you know, your foot, your experience with your
25  foot has that affected you anxietywise?

Page 96

1       A.  Yeah.  It affects me everyday.
2       Q.  What about sleep, is your sleep --
3       A.  It affects me with sleep.  I wake up two
4  or 3:00 in the morning everyday.
5       Q.  Is that apart just from the fact that
6  you're in a prison --
7       A.  No.
8       Q.  -- environment?
9       A.  No.  I've because gotten used to that
10  and I wear earplugs.  I mean, I do what -- I've
11  learned to do that; all right?  When it wakes me up
12  at 2:00 or 3:00 in the morning or if I roll over and
13  the top of my foot touches the mattress, instantly
14  awake.
15      The top of my foot doesn't like to be
16  touched at all but -- but and I -- you know, like I
17  said, what else can I do about it?  I can't do
18  anything about it right now so that's -- this is what
19  I deal with in here; all right?
20      And, listen, Friday, this last Friday, N
21  building, right in N building, the entire building
22  didn't get called out to pill call and I filed a
23  grievance on it.  We all missed pill call Friday
24  morning and it was because the officers that were
25  running it errored and didn't realize the building

Page 97

1  had not been called and then by the time they figured
2  it out, it was too late.  So those guys didn't get
3  any pain medication just in the morning and if they
4  don't get it in the morning, they can't go back at
5  noon to get it, it's not until the next day.
6       Q.  So remind me so what is -- the only
7  medicine you're taking for pain is Neurontin?
8       A.  Motrin.
9       Q.  And Motrin.  And how much Motrin,
10  milligrams of Motrin do you take per day?
11      A.  800.  I get two in the morning and two
12  at night so that's a lot.  That's 16, 32, 4,800.
13      MR. PONTRELLI:  I don't have any other
14  questions for you.  I'm sure Ms. Smith has a few.
15      EXAMINATION
16  BY MS. SMITH:
17      Q.  Yeah.  Mr. Maleeah, my name is Nikki
18  Smith I represent Dr. Brown.  I'm going to kind of
19  jump around because --
20      A.  Yes, ma'am.
21      Q.  -- he's covered a lot different things
22  so forgive me and if don't understand my questions,
23  wait until I'm done asking it --
24      A.  Okay.
25      Q.  -- and then ask me to repeat it and

25 (Pages 94 - 97)

Cager Maleeah                                                    May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 98

1  I'll try to do so; okay?
2      A.  All right.
3      Q.  If you answer the question that I pose
4  without telling me you don't understand it, I'm going
5  to assume that you understood it; is that fair?
6      A.  Yes, ma'am.
7      Q.  All right.  And kind of like the way
8  the same way that you were doing with Mr. Pontrelli,
9  if you will let me ask my question and then I'll let
10 you answer and we'll try not to interrupt each other;
11 all right?
12     A.  Okay.
13     Q.  Based on what you have told us today
14 you explained that you were transferred from Coastal
15 State Prison on May 26th, 2016 to Memorial Hospital
16 ER?
17     A.  Yes, ma'am.
18     Q.  Okay.  And that was to treat the
19 infection in your foot?
20     A.  Yes, ma'am.
21     Q.  In the days leading up to your transfer
22 to Memorial Hospital from May 22nd, 2016 to May 26,
23 2016 you never saw Dr. Brown during that time period?
24     A.  No, ma'am.
25     Q.  Okay.  And that's because Dr. Brown

Page 99

1  didn't work here?
2      A.  Work in here, yes, ma'am.
3      Q.  The times that you are asking to see a
4  physician during that time period, May 22, 2016 to
5  the time you went to the hospital on the 26th, you
6  wanted to see Dr. Awe.
7      A.  Yes, ma'am.
8      Q.  Prior to May 26th, 2016 you had never
9  met Dr. Brown?
10     A.  No, ma'am.
11     Q.  Prior to going to Memorial on May 26th,
12 2016 you had never spoken to Dr. Brown?
13     A.  No, ma'am.
14     Q.  The first timing that you met Dr. Brown
15 was after your surgery at Memorial and after you had
16 been discharged back to Coastal State Prison?
17     A.  Yes, ma'am.
18     Q.  And that was after your foot surgery?
19     A.  After surgery, yes, ma'am.
20     Q.  Okay.  And that was after the infection
21 in your leg had cleared up?
22     A.  Yes, ma'am.
23     Q.  Do you remember the first time that you
24 saw her?
25     A.  Yes.

Page 100

1      Q.  What day was that?
2      A.  Oh, the day.  I can't remember the day
3  but I can tell you it was in the infirmary.
4      Q.  Okay.
5      A.  She was making rounds with the PA,
6  Ms Darcy.
7      Q.  Hold on.  Let me stop you right there.
8      A.  Okay.
9      Q.  That would have been when you were
10 still in the recovery period?
11     A.  Yes, ma'am.
12     Q.  And at this point you've had your
13 surgery, you're in that time period when you
14 described earlier that you were in the infirmary for
15 about a month while your wound was healing?
16     A.  About two months, two-and-a-half months.
17     Q.  So that would have been July or July of
18 2016?
19     A.  Yes.
20     Q.  All right.  And I want to ask you about
21 that because you in your complaint on -- and do you
22 have a copy I think it's Exhibit 3?  Mr. Maleeah, I
23 want to refer you to your complaint paragraph 26.
24     A.  What page?
25     Q.  I think it's 18 of 22 of the first

Page 101

1  section of it.
2      A.  Okay.  And which paragraph?
3      Q.  Paragraph 26.
4      A.  Yes, ma'am.
5      Q.  It starts after a week I was released
6  from Memorial Hospital.
7      A.  Yes.
8      Q.  So you're right there.  And this is
9  made up of two paragraphs this number 26.
10     A.  Yes.
11     Q.  So when you go to the following page --
12     A.  Okay.
13     Q.  -- it says the PA, Ms Darcy, had to
14 make rounds with the new doctor?
15     A.  Yes.
16     Q.  Dr. Brown?
17     A.  Yes.
18     Q.  Okay.  And so this would have been the
19 first time you met Dr. Brown?
20     A.  That's when I met her.
21     Q.  And when you say PA Darcy, we know
22 really now you're now talking about PA Dorsey?
23     A.  Dorsey, yes, ma'am.
24     Q.  And the next sentence of that paragraph
25 says she overly nice to me as she and the new doctor

26 (Pages 98 - 101)

Cager Maleeah
May 6, 2019
Maleeah, Cager A. Vs. PA Darcy

Page 102

1 came into my infirmary cell.
2    A.  Yes.
3    Q.  The she that you're referring to PA
4 Dorsey?
5    A.  Yes, ma'am.
6    Q.  All right. You\ referring to
7 Dr. Brown?
8    A.  No, ma'am.
9    Q.  And tell me about that interaction with
10 you and Dr. Brown that first time that you met her?
11    A.  I liked Dr. Brown. You could tell that
12 she was a good doctor. She would come in with
13 Ms. Darcy while my dressings were being changed and
14 she wanted to see how my foot was progressing.
15    Q.  Okay.
16    A.  And that's when she introduced herself
17 to me and so you could tell, I mean, she got right
18 down in there and looked, boy and she was looking in
19 the cracks and checking it and picking my foot up,
20 you know, doing what you think she should be doing
21 and she got me straight for the day.
22    Q.  Okay. So she touched you and examined
23 you?
24    A.  Oh, yeah. She looked at my foot and
25 examined the foot.

Page 103

1    Q.  In the last sentence of that paragraph
2 I believe her intent was to cause me harm. The her
3 you're referring to is PA Dorsey?
4    A.  Yes.
5    Q.  Okay. I just wanted to make sure we
6 weren't talking about Dr. Brown.
7    A.  Yes.
8    Q.  Yes, we are not talking about Dr.
9 Brown?
10    A.  We are not talking about Dr. Brown.
11    Q.  Thank you, sir. And you can hand that
12 back to her, or actually hold on to it for a second.
13 So in the time period that you were in the two month
14 recovery period in the infirmary within the prison
15 would you intermittently see Dr. Brown during that
16 time period?
17    A.  Just in passing. That was the only time
18 I saw her.
19    Q.  Okay. That one time?
20    A.  That one time.
21    Q.  And that one time she examined you and
22 saw how your wound was progressing?
23    A.  Yes.
24    Q.  And did you ask her for any treatment?
25    A.  No.

Page 104

1    Q.  And did you need any treatment from her
2 at that moment?
3    A.  I was getting all I could get.
4    Q.  At then at some point you described to
5 us you've been discharged and you're able to go back
6 to your cell and you've told us already about that?
7    A.  Yes.
8    Q.  When is the next time you interacted
9 with Dr. Brown?
10    A.  I put in a sick call to see Dr. Awe and
11 because Dr. Awe was the one taking care of my foot
12 when I came back --
13    Q.  Okay?
14    A.  -- I didn't see even Ms. Darcy anymore
15 after that, so I figured Dr. Awe took over and I was
16 happy about that; right? So I get a call out and
17 when I get down there, it was I was all of a sudden
18 seeing Dr. Brown. I didn't have a problem with it, I
19 mean, it's just she didn't know anything about really
20 what had transpired up to that point.
21    Q.  Okay.
22    A.  And so I felt that I should have been
23 seeing Dr. Brown or Dr. Awe.
24    Q.  Okay.
25    A.  But, anyways, Dr. Brown almost the way I

Page 105

1 read it was Dr. Awe asked Dr. Brown to see me because
2 it wasn't anything more they could do for my foot and
3 he put her in a position to tell me that. I mean,
4 that's just what I perceived it as because when I saw
5 her, it was to get my meds refilled, see if I could
6 have -- what other options were available on my foot
7 and she said that there wasn't anything that they
8 could do. What I had -- what's happened has
9 happened, what hurts hurts, she can renew my meds but
10 that would be hit.
11    Q.  Let me -- and then so would that have
12 been the November 3rd, 2016 visit?
13    A.  Yes.
14    Q.  Okay. So the two times that you have
15 interacted with Dr. Brown been sometime in July of
16 2016 --
17    A.  June probably.
18    Q.  June of 2016 and then this one time
19 when you actually had a sick visit on November 3rd,
20 2016?
21    A.  Yep. Just to get meds refilled and to
22 see if there were other options available on my foot.
23    Q.  Okay. And she saw you at that office
24 visit?
25    A.  Yes.

27 (Pages 102 - 105)

Cager Maleeah                                                    May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 106

1     Q.   And she listened to your complaints?
2 Yes?
3     A.   Yes.  Yes.
4     Q.   And she listened with you when you said
5 what was wrong with you?
6     A.   Yes.
7     Q.   And she went over your medications with
8 you?
9     A.   Yes.
10    Q.   She examined your foot?
11    A.   Not like but she really didn't need to
12 because it was closed up.  There wasn't really
13 anything to examine.  I mean, it was my foot.  It is
14 what it is.  It was closed so there was no wound.
15    Q.   Okay.
16    A.   All right.
17    Q.   You asked her if you could -- you asked
18 her about could you have that toe removed or even
19 have your foot amputated.  Do you recall that?
20    A.   The toe.
21    Q.   The toe.  Okay.
22    A.   Yeah.  Because it was, like I said, it
23 was -- have you ever sat indian style too long and
24 you get up and your legs tingle and sting?  That's
25 what that toe feels like nonstop.

Page 107

1     Q.   Pins and needles?
2     A.   Pins and needles.  Thank you.
3     Q.   And so you told her about this?
4     A.   Yeah.
5     Q.   She listened?
6     A.   Yeah.
7     Q.   She said, unfortunately, amputation of
8 your other toe is not going to solve that problem?
9     A.   Right.  Well, When she told me about if
10 you get cut again, you're going to have nerve damage.
11 Every time you -- and Dr. Awe told me the same thing
12 that you can every time your skin gets cut, there is
13 damage to the nerves.
14    Q.   Okay.
15    A.   So --
16    Q.   So at that visit she continued the pain
17 medication that you were on?
18    A.   She gave me that.  Yeah.
19    Q.   Which was the Neurontin?
20    A.   Yea.
21    Q.   And she also --
22    A.   And Motrin.
23    Q.   I was going to say she continued
24 your Motrin?
25    A.   Yes.

Page 108

1     Q.   And then I suppose all your other --
2 you take Lisinopril for blood pressure?
3     A.   Blood pressure.
4     Q.   And then your other medication she
5 would have refilled that as well?
6     A.   Yes.
7     Q.   All right.  Did she tell you
8 Mr. Maleeah don't come back here again?
9     A.   She told me that there wasn't anything
10 more they could do for me when it came to my foot.
11    Q.   Okay.
12    A.   So it made me feel like -- and what
13 bothered was that she hadn't been involved; right?  I
14 know she had my chart sitting there --
15    Q.   Uh-huh.
16    A.   -- and it's not that I had any problems
17 with here because I didn't.  I admired here when she
18 came in that first time she, you could tell she was a
19 doctor the way she carried herself; right?  So but
20 what bothered me was she didn't know a whole lot
21 about the case of what happened that's gotten me to
22 this point; right?
23    Q.   Okay.
24    A.   And she's coming in and I'm asking her
25 can you help me get beyond where I'm at right now.

Page 109

1     Q.   Did you have --
2     A.   And she stopped me cold right there.
3     Q.   Okay.  Did you have the understanding
4 that she had talked to Dr. Awe about your situation?
5     A.   No.  But I -- well, I figured they might
6 have had some words because --
7     Q.   Okay.
8     A.   -- I figured Dr. Awe sent me to her to
9 kind of confirm what he's been telling me.  They
10 can't do anything for me.
11    Q.   So Dr. Awe at this point had already
12 told you there are no other options for your nerve
13 pain?
14    A.   Yes.
15    Q.   Okay.  And so in a sense Dr. Brown was
16 a second opinion?
17    A.   That's the way I read it.  Yeah.
18    Q.   Okay.  Would you agree with me that
19 nerve damage you suffered from is related to the foot
20 infection that you had from May 22nd, 2016 to your
21 surgery on May 26th?
22    A.   Absolutely all of it.
23    Q.   Okay.  If the pain and the all the kind
24 of things that you have described here what you can't
25 do, that's related to the treatment or the lack of

28 (Pages 106 - 109)

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy
May 6, 2019

Page 110

1 treatment that you received from May 22nd to May 26th
2 at the prison?
3    A.  All of it.
4    Q.  Okay.  You would agree with me that
5 your nerve pain and your complaints, your problems
6 with balance that is unrelated to anything that
7 Dr. Brown did or didn't do for you?
8    A.  Yes.  Unrelated.
9    Q.  Okay?
10    A.  And to be honest, I'm going to tell you
11 straight.  I didn't even really have issues with
12 Dr. Brown, just that when I went to her that one time
13 and she said there was nothing she could do for me,
14 right, and I felt like she was being a puppet for
15 Dr. Awe.
16    Q.  Okay.
17    A.  And I really didn't even want her to be
18 in the lawsuit --
19    Q.  Okay.
20    A.  -- to be honest with you.
21    Q.  Okay.
22    A.  Right?  But at the end of the day when
23 the complaint comes to the court, I had to get all
24 the players sitting at the table, which is what we're
25 doing.

Page 111

1    Q.  What do you think she should have done
2 differently?
3    A.  Well, see, that's just it, I'm not a
4 doctor so I don't know what other things can be done.
5 The toe, my toe in the situation that it is right now
6 is not acceptable.  I'm telling you something needs
7 to be done, either that thing needs to be, a nerve
8 found and killed or something or, like I said, I
9 mean, being lack of medically trained, cut it off.
10    Q.  Here.
11    A.  You know what I mean?  So, I'm sorry, I
12 don't know, but something needs to be done.
13    Q.  You explained that Dr. Awe had referred
14 you to Augusta?
15    A.  Yes.  To a pain clinic.
16    Q.  Did that happen before or after this
17 November visit with Dr. Brown?
18    A.  After.
19    Q.  Okay.  When you went to Augusta, did
20 they tell you that anything else could be done for
21 your nerve pain other than to try to switch
22 medications?
23    A.  No.  That was one of them, he's a
24 specialist but you can't really talk to him.  I sat
25 out there in the hall on the floor for an hour

Page 112

1 waiting to see him.  When I got in there to see him,
2 he had my file and all he said was I'm going to go
3 ahead and approve the Lisinopril and we're going to
4 see how that works for you, I'll see you back here in
5 six months.
6    Q.  Did you mean Lirica?
7    A.  Lirica, yes.
8    Q.  Okay.  And you've explained that Lirica
9 did not work?
10    A.  Nothing.  And then listen to this:  When
11 we go to Augusta, we're chained down.  I mean, front,
12 back, feet everything.  So riding in the van chained
13 down every six months to go for a five minute visit
14 sitting in the hall for an hour to get something that
15 doesn't even work.  I told Dr. Awe there is no sense
16 even sending me over there.
17    Q.  Okay.
18    A.  This guy didn't even -- His bedside
19 manner, none.
20    Q.  Okay.  So you have now since stopped
21 the Lirica and gone back on the Neurontin?
22    A.  Neurontin.  Yeah.  And that was --
23    Q.  And that has gotten you some relief?
24    A.  It allows me to sleep.
25    Q.  Okay.

Page 113

1    A.  It doesn't stop the pain but I also,
2 like I told doctor, I don't want to get hooked on the
3 kind of medication that's going to put me in a
4 methadone clinic when I get out of prison.  I'm not
5 after the drugs that a lot of the guys get, the patch
6 and that kind of stuff they are on.
7    Q.  Prior to being convicted for child
8 molestation where did you live?
9    A.  Augusta.
10    Q.  Augusta.  Okay.  And how long had you
11 lived there?
12    A.  Three-and-a-half years.
13    Q.  So you lived from 2009 to 2013?
14    A.  Yep.
15    Q.  Where did you liver prior to that?
16    A.  In Montana and Idaho and Washington
17 State.
18    Q.  Okay.  Have you -- what did you do for
19 a living?
20    A.  Car business.
21    Q.  Okay.  And when you say car business,
22 were you in car sales or car repair?
23    A.  Car sales.
24    Q.  Okay.
25    A.  Always sales.

29 (Pages 110 - 113)

Cager Maleeah
May 6, 2019
Maleeah, Cager A. Vs.  PA Darcy

Page 114

1    Q.  Where did you work?
2    A.  At Auto Plex.
3    Q.  Okay.  Is that --
4    A.  One Washington Avenue.
5    Q.  One Washington Avenue?
6    A.  One Washington Avenue, yes.
7    Q.  Is that what you also did back in
8  Washington?
9    A.  Yes.
10    Q.  Have you ever been convicted of any
11  other crimes?
12    A.  No.  DUI.
13    Q.  Okay.
14    A.  Yeah.
15    Q.  And you've been jailed for DUI?
16    A.  Yes.
17    Q.  Okay.  And how long --
18    A.  Multiple times.
19    Q.  All right.  And how long were you in
20  prison for your --
21    A.  Not prison.
22    Q.  All right.
23    A.  Just jail.
24    Q.  Just jail?
25    A.  Yes.

Page 115

1    Q.  How many conviction for DUI do you
2  have?
3    A.  Five.
4    Q.  Okay.  Because I think I saw an article
5  where you had a bracelet that was supposed to monitor
6  and that's the way that maybe on the fifth or the
7  fourth time they monitored your skin?
8    A.  They do the -- oh, no.  No.  They
9  don't -- I don't think I ever had an issue with that.
10  I know that you're talking about wearing the
11  bracelet.
12    Q.  Uh-huh.
13    A.  They never -- they never -- I never had
14  an issue with the bracelet.
15    Q.  Where were your convictions?
16    A.  Oh, oh, I know what you're talking
17  about.  I was one of the first guys to wear that
18  bracelet.
19    Q.  Okay.
20    A.  And the reason that there were putting
21  it on I was like a test pilot; right?
22    Q.  Uh-huh.
23    A.  It would just deter people with problems
24  with drinking because they will know you're drinking.
25    Q.  Right.  It's to measure the alcohol in

Page 116

1  your skin; right?
2    A.  Yea.  And I didn't have an issue, I was
3  just one of the first guys to get the bracelet.
4    Q.  In what state were you arrested?  Was
5  it Washington?
6    A.  For DUI?
7    Q.  Yes, sir.
8    A.  Yeah.
9    Q.  Okay.  And was that primarily where you
10  were arrested and jail occurs?
11    A.  Yes.
12    Q.  All right.  Have you ever had any
13  treatment for alcohol?
14    A.  Yes.
15    Q.  Okay.  And so I'm assuming you don't
16  get alcohol in prison?
17    A.  No.  But we can get it, though.
18    Q.  When is the -- I guess where did you
19  have treatment for alcoholism?
20    A.  Washington State.
21    Q.  Okay.
22    A.  Yeah.
23    Q.  Did you ever have any arrests or
24  difficulties with alcohol when you lived in Augusta?
25    A.  No.

Page 117

1    Q.  Okay.  Were you ever arrested for
2  anything in Augusta?
3    A.  No.
4    Q.  All right.
5    A.  No.  I pretty much left the drinking
6  thing behind.  I had my butt kicked pretty bad by
7  that stuff and that's what's actually causing the
8  issue for me being in here now is getting too drunk
9  one night being stupid and, anyway.
10    Q.  Throughout your deposition earlier
11  today you were looking at a variety of documents and
12  would it be fair to say that the documents you were
13  looking at were your handwritten notes having to do
14  with the complaint?
15    A.  Yes.
16    Q.  And all of the affidavits that your
17  fellow inmates filed on your behalf?
18    A.  Yes.
19    Q.  When you saw Dr. Brown in November of
20  2016, did you ask her for a referral to another
21  physician?
22    A.  No.
23    Q.  Okay.  Did you ask her for any other
24  kind of medications?
25    A.  I asked her what other options were

30 (Pages 114 - 117)

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy
May 6, 2019

Page 118

1  available, what can we do.
2      Q.  Okay.
3      A.  Because here is where we are now.  I
4  want to try to get here and she said that where I'm
5  at is where I'm at.  There is nothing more they
6  can do for me.
7      Q.  Okay.
8      A.  I was looking to see -- I was looking to
9  see -- I was looking for this all to stop.  I wanted
10  it to be where is the end of the road going to be for
11  me and I found out I was already there.  That was it.
12      Q.  It's a permanent condition?
13      A.  It's a permanent condition and I didn't
14  like hearing it.
15      Q.  And when you did treat with her, she
16  did offer you medication and you filled it and
17  continued to take it?
18      A.  She refilled my medication, yes.
19      Q.  Okay.  The grievance that you filed
20  about that November 2016 visit with Dr. Brown, you
21  did not receive a reply to it?
22      A.  No.
23      Q.  You don't know whether or not it went
24  through the grievance process?
25      A.  No.  But I know it was given to

Page 119

1  Ms. Rivers.
2      Q.  Okay?
3      A.  Because the counselor that I gave it to
4  tore the bottom of it off and gave me my receipt; all
5  right?
6      Q.  And do you still have that?
7      A.  Yes.
8      Q.  Okay.  When did you fill out the
9  grievance for your visit with Dr. Brown?
10      A.  I don't remember what -- it would have
11  been -- it would have been right close within that
12  same day or the next day.
13      Q.  Okay.
14      A.  Because you have five days I think it is
15  to finish it.
16      Q.  When you get the response from
17  Ms. Rivers or from anyone, what is your next -- what
18  did you do then?
19      A.  Wrote Ms. Rivers a note.
20      Q.  Okay.  And did you keep a copy of that
21  note?
22      A.  Yes.
23      Q.  Okay.
24      A.  There are a couple of them already in
25  there.

Page 120

1      MS. SMITH:  Okay.  I think that's all I
2  have.
3          FURTHER EXAMINATION
4  BY MR. PONTRELLI:
5      Q.  Yes.  I'm almost finished.  All right.
6  Mr. Pontrelli, I'm going to ask you about one
7  paragraph or a couple but paragraph 26 in the
8  complaint you handed it back but it's the one where
9  you said, quote, I believe her, Ms Darcy, intent was
10  to cause me harm.
11      A.  Yes.
12      Q.  That's what -- okay.  You're not
13  referring to that visit at the infirmary?
14      A.  No.  No.  No.
15      Q.  You mean back --
16      A.  Back when she was treating my foot.
17      Q.  Okay.  So my question to you, tell me
18  every fact of which you're aware that supports that
19  belief that Ms. Darcy intended to pardon you?
20      A.  Because she didn't do anything for my
21  foot.  My foot was so grotesque looking that it would
22  shock you.  It shocked everybody else that saw it.
23  They couldn't even believe that, you know, in the
24  dorm that they kept sending me back.  It was crazily
25  huge the deputy warden who is now the warden at

Page 121

1  Telfair, Mr. Brookes, stopped him in his tracks.
2          He was on his phone, he was walking
3  through medical, I'm sitting back there with my foot
4  upon the bench and it stopped him.  He put the phone
5  down and said, Maleeah, what happened to your foot.
6  It was that bad.
7          So I would go there, she acted
8  unconcerned.  The streaks didn't mean nothing to her,
9  didn't slow her down in one way, shape or form.  She
10  sent me back to the dorm the night that I fell out
11  and got to the hospital.  When I got there, the
12  doctor is telling me that my infection is killing me,
13  it's killing my leg.  It was necrotizing, his words,
14  and her treatment was putting me back in the dorm
15  that night.
16          So why is that big difference there?  I
17  mean, was it acceptable to her that my leg was dying?
18  She didn't even know because she didn't do any tests.
19  She was didn't know what was going on with my leg,
20  she glanced at it.  The only test that was done was
21  when I left that night Nurse Jackson got a swab.
22      Q.  By night you mean the 26th before you
23  went to Memorial Hospital; right?
24      A.  Yes.
25      Q.  Did Ms. -- during that time period of

31 (Pages 118 - 121)

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy
May 6, 2019

Page 122

1 May 22nd, 2016 through May 26, 2016 I think you saw
2 Dorsey on the 23rd, 25th, 26th, did she ever verbally
3 say anything to you, which leads you to believe that
4 she had caused you harm?
5     A.  No.
6     Q.  Okay.  So your belief is based entirely
7 on the fact of her what you consider improper,
8 insufficient treatment she didn't do what she was
9 supposed to do, didn't care, is that -- would you go
10 that for to see?
11     A.  Yeah.  Didn't care, lack of treatment,
12 lack of tests, lack of, you know, being a medical
13 professional, I mean, if you have -- like look at the
14 difference.  When I got to Memorial, I was surrounded
15 by several people all going in different directions,
16 doing different things and the doctor is barking off
17 orders and their nurses going in and out and doing
18 tests and swabs and blood work and a machine come in,
19 went all way around my leg and, I mean, they were
20 doing all these -- none of that was done of here.
21         None of it was done here.  And then
22 after that they are calling in a physician who is
23 going to cut on me.  I mean, to be told that, I
24 thought that, listen, when I got there, I was hoping
25 that they were going to put me on some IV

Page 123

1 antibiotics, get something in me strong to fight this
2 thing back, get it out of the way, then let me go
3 back to the prison.  I'm good with that.
4         But when the doctor said I needed to see
5 a vascular surgeon, he was going to have to cut on me;
6 right?  I mean, that got real that hurry.  And when
7 he said that I'm probably going to lose my foot, I
8 couldn't believe it.  He squeezed my foot and the
9 green squirted out at the top of my foot like a
10 volcano and went on to his hands and he set my foot
11 back down.  It was that bad.
12     Q.  Okay.  Part of that answer is
13 nonresponsive but you've already said it, so you've
14 already testified on that so it's not like I'm not
15 preventing you from saying that, you're just stating
16 again it wasn't really like what was the question.
17     A.  It was traumatic.
18         MR. PONTRELLI:  That's why I'm saying
19 it, though.  I understand.  Just putting that on
20 the record.  I hear you.  All right.  Thank you
21 very --
22         THE WITNESS:  I just wanted you to see
23 what I saw, you know, while I was there.  That's
24 all.
25

Page 124

1         FURTHER EXAMINATION
2 BY MS. SMITH:
3     Q.  Who took the photographs that you have?
4     A.  I don't even know.  They just came in
5 and took them, I signed papers for it.  They said I
6 had agreed to it and I signed it and I was medicated.
7 When I woke up, they were there.  I asked for them,
8 though.
9     Q.  Was it at Memorial Hospital?
10    A.  Yes.
11        MS. SMITH:  Okay.
12        MR. PONTRELLI:  Thank you, Mr. Maleeah.
13 I appreciate it.  Oh, is there anything in that
14 stack that you, other than the two original
15 pictures that you think we haven't seen, not like
16 your own plans for the case and that kind of stuff
17 but like --
18        THE WITNESS:  No all of it is.
19        MR. PONTRELLI:  -- evidence that you
20 would use at trial?
21        THE WITNESS:  No.  It's just mail back
22 and forth and stuff so...
23        MS. SMITH:  We'll just allow him to
24 remain under oath until he gets a copy of the
25 deposition and then can sign.  Mr. Maleeah.

Page 125

1         THE WITNESS:  Yes.
2         MS. SMITH:  So when this deposition is
3 done, she's going to send you a copy of the
4 testimony.
5         THE WITNESS:  Okay.
6         MS. SMITH:  You have the opportunity to
7 review it, read it and sign it, affirm that this
8 is your testimony.
9         THE WITNESS:  Okay.
10        MS. SMITH:  And we're just going to
11 agree to allow you to do that without having a
12 notary.
13        THE WITNESS:  Okay.
14        MR. PONTRELLI:  So there will be a sheet
15 where you can make any changes and give the reason
16 for why it is --
17        THE WITNESS:  Okay.
18        MR. PONTRELLI:  You'll have 30 days but
19 because you're in prison, they will give you a few
20 extra, so --
21        THE WITNESS:  Okay.
22        MR. PONTRELLI:  I don't know.  What I'll
23 do is as soon as --
24        THE WITNESS:  Will I have to get my copy
25 or will there be one that I can --

32 (Pages 122 - 125)

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

Page 126

1   MR. PONTRELLI: Well, I'll make
2   arrangements to get you a copy.
3       THE WITNESS: Okay.
4       MR. PONTRELLI: As soon as I get my copy
5   I'll have --
6       MS. SMITH: You have to send that one
7   back.
8       THE WITNESS: Okay.
9       MR. PONTRELLI: Yeah. You have to mail
10  it to the court reporter. But all your mailing
11  back, you might mail nothing back because if you
12  don't make any changes, you have nothing to mail
13  back.
14      THE WITNESS: Right.
15      MR. PONTRELLI: It's only two or three
16  pages at the most.
17      THE WITNESS: Okay.
18      MR. PONTRELLI: Just sign it and you're
19  under oath. You don't have to get it motorized or
20  anything.
21      THE WITNESS: Okay.
22      MR. PONTRELLI: All right? Thank you.
23  Just a regular electronic, miniscript. Followup
24  with my paralegal who contacted, Jennifer Jones,
25  and she'll tell you will how we should get it.

Page 127

1   Whatever works for her because she has to download
2   it on some system. I don't understand it.
3       MS. SMITH: I just want a mini, e-trans.
4       (Whereupon, the deposition was concluded
5   at 1:41 p.m.)

Page 128

1           CERTIFICATE
2   STATE OF GEORGIA:
3   COUNTY OF CHATHAM:
4       I, Elise M. Napier, Certified Court Reporter
5   for the State of Georgia, do hereby certify:
6       That the foregoing deposition was taken
7   before me on the date and at the time and location
8   stated on Page 1 of this transcript; that the witness
9   was duly sworn to testify to the truth, the whole
10  truth and nothing but the truth; that the testimony
11  of the witness and all objections made at the time of
12  the examination were recorded stenographically by me
13  and were thereafter transcribed by computer-aided
14  transcription; that the foregoing deposition, as
15  typed, is a true, accurate and complete record of the
16  testimony of the witness and of all objections made
17  at the time of the examination.
18      I further certify that I am neither related
19  to nor counsel for any party to the cause pending or
20  interested in the events thereof.
21      Witness                      ffixed my
22  official seal th                     t Savannah,
23  Chatham Cou
24

25      ELISE M. NAPIER, CCR-2492

Page 129

1           COURT REPORTER DISCLOSURE
2
3       Pursuant to Article 10.B of the Rules and
    Regulations of the Board of Court Reporting of the
4   Judicial Council of Georgia, I make the following
    disclosure:
5
        I am a Georgia Certified Court Reporter. I
6   am here as an employee of McKee Court Reporting, Inc.
7       I am not disqualified for a relationship of
    interest under the provisions of O.C.G.A. 9-11-28(c).
8
        McKee Court Reporting, Inc. was contacted by
9   VERITEXT LEGAL SOLUTIONS to provide court reporting
    services for this deposition.
10
        McKee Court Reporting, Inc. will not be
11  taking this deposition under any contract that was
    prohibited by O.C.G.A. 15-14-27(a) and (b).
12
        McKee Court Reporting, Inc. has no exclusive
13  contract to provide reporting services with any party
    to the case, any counsel in the case or any reporter
14  or reporting agency from whom a referral might have
    been made to cover the deposition.
15
        McKee Court Reporting, Inc. will charge its
16  usual and customary rate to all parties in the case,
    and a financial discount will not be given to any
17  party to this litigation except in circumstances as
    agreed on a case by case basis.
18
19
20
21
22
23
24
25

33 (Pages 126 - 129)

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy                    May 6, 2019

Page 130

1    CONTRACTOR DISCLOSURE
2        Pursuant to Article 10.B of the Rules and
     Regulations of the Board of Court Reporting of the
3    Judicial Council of Georgia, I make the following
     disclosure:
4
        VERITEXT LEGAL SOLUTIONS is not disqualified
5    for a relationship of interest under the provisions
     of O.C.G.A. 9-11-28(c).
6
        VERITEXT LEGAL SOLUTIONS was contacted by the
7    offices of DEPARTMENT OF LAW, STATE OF GEORGIA to
     provide court reporting services for this deposition.
8
        VERITEXT LEGAL SOLUTIONS will not be taking
9    this deposition under any contract that was
     prohibited by O.C.G.A. 15-14-27(a) and (b).
10
        VERITEXT LEGAL SOLUTIONS has no exclusive
11   contract to provide reporting services with any party
     to the case, any counsel in the case or any reporter
12   or reporting agency from whom a referral might have
     been made to cover the deposition.
13
        VERITEXT LEGAL SOLUTIONS will charge its
14   usual and customary rate to all parties in the case,
     and a financial discount will not be given to any
15   party to this litigation except in circumstances as
     agreed on a case by case basis.
16
17
18
19
20
21
22
23
24
25

Page 131

1    TO: Cager A. Maleeah
2    Re: Reading and Signing Your Deposition Transcript
3    Date Errata due back at our offices:  06/24/2019
4
5    Greetings:
6    You have reserved the right to read and sign your
     deposition transcript. Please review the attached
7    PDF transcript, noting any changes or corrections
     on the attached PDF Errata.  You may fill out the
8    Errata electronically or print and fill out manually.
9
     The PDF files open with Adobe Reader. If you need help
10   opening these files, please see the instructions in the
     cover letter of this email.
11
     Once you have completed your Errata, please print it, sign
12   it, and have the document notarized in the place provided.
13
     When the signed Errata is returned to us, we will seal
14   and forward to the taking attorney to file with the
     original transcript.  We will also send copies of the
15   Errata to all ordering parties.
16
     If the signed Errata is not returned within the time
17   below, the original transcript may be filed with the
     court without your signature.
18
19
20   Please send completed Errata to:
21   Veritext Production Facility
22   20 Mansell Court
23   Suite 300
24   Roswell, GA 30076
25   (770) 343-9696

Page 132

1  ERRATA
2  I, the undersigned, do hereby certify that I have read the
   transcript of my testimony, and that
3
4  ___ There are no changes noted.
5  ___ The following changes are noted:
6
   Pursuant to Rule 30(7)(e) of the Federal Rules of Civil
7  Procedure and/or OCGA 9-11-30(e), any changes in form or
   substance which you desire to make to your testimony shall
8  be entered upon the deposition with a statement of the
   reasons given for making them.  To assist you in making any
9  such corrections, please use the form below.  If additional
   pages are necessary, please furnish same and attach.
10
11 Page _____ Line _____ Change _____
12 _____
13 Reason for change _____
14 Page _____ Line _____ Change _____
15 _____
16 Reason for change _____
17 Page _____ Line _____ Change _____
18 _____
19 Reason for change _____
20 Page _____ Line _____ Change _____
21 _____
22 Reason for change _____
23 Page _____ Line _____ Change _____
24 _____
25 Reason for change _____

Page 133

1  Page _____ Line _____ Change _____
2  _____
3  Reason for change _____
4  Page _____ Line _____ Change _____
5  _____
6  Reason for change _____
7  Page _____ Line _____ Change _____
8  _____
9  Reason for change _____
10 Page _____ Line _____ Change _____
11 _____
12 Reason for change _____
13 Page _____ Line _____ Change _____
14 _____
15 Reason for change _____
16 Page _____ Line _____ Change _____
17 _____
18 Reason for change _____
19
20   _____
     DEPONENT'S SIGNATURE
21
     Sworn to and subscribed before me this ___ day of
22   _____, _____.
23
     _____
24 NOTARY PUBLIC
25 My Commission Expires:_____

34 (Pages 130 - 133)

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

[06/24/2019 - 42]

Page 1

| 0 |
|---|
| **06/24/2019**   131:3 |

| 1 |
|---|
| **1**   3:20 4:4 5:8,10 37:19 128:8 |
| **10.b**   129:3 130:2 |
| **100**   58:5 88:10 89:2 |
| **1001208951**   1:4 2:4 7:7 |
| **10:00**   46:22 |
| **11/9**   76:20 |
| **1159**   128:24 |
| **11:07**   1:19 |
| **12**   65:2,3,15 |
| **120**   3:7 |
| **124**   3:8 |
| **128**   3:9 |
| **129**   3:10 |
| **12:45**   11:21 |
| **13**   34:23 65:2 |
| **130**   3:11 |
| **131**   3:12 |
| **13:05**   44:21 |
| **15**   26:17 36:17 65:6,7 |
| **15-14-27**   129:11 130:9 |
| **16**   74:21 97:12 |
| **17**   71:11 |
| **17th**   37:18 |
| **18**   100:25 |
| **19:00**   22:18 |
| **19:20**   44:8 |
| **1:00**   11:21 |
| **1:05**   44:23 |
| **1:41**   127:5 |

| 2 |
|---|
| **2**   3:21 37:2,4,19 |
| **20**   1:18 2:5 52:1 89:15 90:19 131:22 |
| **200**   49:25 58:5 |
| **2009**   113:13 |
| **2013**   92:7 113:13 |
| **2015**   44:20 |
| **2016**   9:10,23,24 11:9 13:22 14:19 18:12 22:11 24:1 26:12 37:23 48:2 48:12,17 49:8 53:10 55:9,25 65:4,5 71:21 73:22 74:4 86:6,6 98:15,22,23 99:4,8 99:12 100:18 105:12,16,18,20 109:20 117:20 118:20 122:1,1 |
| **2017**   71:11 74:15 |
| **2018**   64:4 66:2 |
| **2019**   1:19 54:21 75:18 90:16 95:23 128:22 |
| **2023**   8:9 |
| **20:30**   44:13 |
| **21**   73:15,16 |
| **22**   9:23 37:1 64:5 64:5,13 65:20 68:17 99:4 100:25 |
| **22nd**   11:9 13:21 14:19 15:16,17,18 16:11 17:10 18:12 18:20 31:4 48:17 48:20,22 49:5,8 61:1 64:20 66:2 71:21 72:12 86:6 98:22 109:20 |

| 110:1 122:1 |
|---|
| **23rd**   15:18 16:4 18:19,22 21:18 22:11,22 23:6,15 23:17 26:12,19 28:19,20 30:3,3 31:11 32:23 37:23 40:25 41:12 47:1 48:2,11 61:1,1 122:2 |
| **24**   65:4 |
| **2492**   1:17 128:25 |
| **24th**   23:15,21 24:1 25:8,12,22 26:14 26:21,22 27:12 28:13,14,16,21 29:1 30:1,2,6 31:12 41:20,21 42:1 47:1 52:13 52:17,18 65:5 79:11,13 128:22 |
| **25**   42:17 43:6 73:24,25 |
| **25th**   25:12,12 30:24 31:12,12,22 31:24 32:24 33:2 33:3,13 39:8 40:22 46:22,23 47:1,1,2,5,9 52:1,3 52:14,15,16,17 61:1 79:11 82:21 92:9 122:2 |
| **26**   9:24 37:1 61:2 68:17 82:17 98:22 100:23 101:3,9 120:7 122:1 |
| **26th**   33:13,25 34:3 34:8 35:3 43:22 44:23 45:3 52:4 82:1,16,20 86:6,17 87:1 98:15 99:5,8 |

| 99:11 109:21 110:1 121:22 122:2 |
|---|
| **27th**   64:4 |
| **28**   26:17 |
| **2:00**   96:12 |
| **2:50**   34:1 |
| **2nd**   74:15 |

| 3 |
|---|
| **3**   3:22 37:19 63:23 63:25 65:15 100:22 |
| **30**   43:6 90:20 125:18 132:6 |
| **300**   131:23 |
| **30076**   131:24 |
| **30308**   2:16 |
| **30334**   2:11 |
| **31**   64:6 67:19 73:15,25 74:21 |
| **31418**   2:6 |
| **32**   97:12 |
| **343-9696**   131:25 |
| **36**   4:4 80:16 |
| **37**   3:21 81:1 82:12 |
| **38**   82:19 |
| **39**   82:21 |
| **3:30**   48:22 |
| **3rd**   105:12,19 |

| 4 |
|---|
| **4**   3:23 37:19 75:12 75:15 80:3 |
| **4,800**   97:12 |
| **4/27/2018**   3:22 |
| **40**   2:10 83:2 85:5 |
| **404**   2:11,17 |
| **41**   75:16 78:20 85:6,8 |
| **42**   83:10 85:7 |

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

**[44 - answer]**

Page 2

| | | | |
|---|---|---|---|
| **44** 85:22 | **892-4022** 2:17 | **act** 1:16 32:6 | 73:24 77:12 83:7 |
| **4:00** 44:20 | **8:15** 33:15 | **acted** 94:20 121:7 | 112:3 |
| **4:15** 25:8,25 26:1 | **8:30** 44:18 | **acting** 27:24 | **aid** 40:19 |
| 26:14 27:11 | **8:50** 33:16 47:15 | **action** 1:6 6:3 | **aided** 128:13 |
| **4:18** 1:6 | **9** | **actions** 94:22 | **alcohol** 115:25 |
| **4:45** 25:23 | **9-11-28** 129:7 | **actual** 19:24 53:14 | 116:13,16,24 |
| **5** | 130:5 | 66:17 | **alcoholism** 116:19 |
| **5** 3:3,20 4:2 37:19 | **9-11-30** 132:7 | **add** 3:24,25 4:2 | **allegation** 58:15 |
| 80:5,8 | **912** 2:6 | 75:19,23 76:4 | 78:2 |
| **5/22/2016** 50:16 | **950** 2:16 | **added** 5:18,18 | **alleged** 33:11 88:2 |
| **5/23/2016** 37:21 | **96** 1:6 | 78:14 | **alleging** 42:6 |
| 51:25 | **966-6799** 2:6 | **additional** 3:25 | **allergies** 92:20 |
| **5/24/2016** 51:24 | **97** 3:6 | 5:16 132:9 | **allow** 124:23 |
| 78:25 79:1 | **999** 2:15 | **address** 8:14 | 125:11 |
| **5/26/16** 44:8 50:10 | **9:00** 44:16 | **administered** | **allowed** 5:24 |
| **5/26/2016** 44:21 | **9th** 73:22 | 22:10 24:25,25 | 75:23 89:12 |
| **50s** 14:17,17 | **a** | 50:9 | **allows** 112:24 |
| **55** 19:11 | **a.m.** 1:19 22:12 | **admired** 108:17 | **amazing** 83:21 |
| **5th** 9:10 | 46:22 64:17 65:4 | **admission** 86:25 | 84:18,19 |
| **6** | 65:8,16 | 87:10 | **ambulance** 36:2 |
| **6** 1:19 3:5 4:6 | **able** 13:13 56:22 | **adobe** 131:9 | 36:13,13 |
| 37:19 54:20 85:19 | 60:20 78:1 89:4 | **advice** 8:19 9:11 | **amend** 3:23 4:2 |
| 85:22 | 93:18,21,21 95:7 | **affect** 41:1 | 75:18 80:15 |
| **60** 91:2 | 104:5 | **affidavit** 65:19,23 | **amended** 3:20 5:7 |
| **63** 3:22 | **absolutely** 41:9 | **affidavits** 117:16 | **american** 31:19,20 |
| **657-3982** 2:11 | 57:25 81:20 | **affirm** 125:7 | **amount** 95:12 |
| **6th** 75:18 | 109:22 | **affixed** 128:21 | **amputated** 106:19 |
| **7** | **absorbant** 28:6 | **african** 31:19,20 | **amputation** 107:7 |
| **7** 132:6 | **acceptable** 111:6 | **afternoon** 34:1 | **anderson** 1:8 2:8 |
| **75** 3:23 | 121:17 | **agency** 129:14 | 5:14 8:23 10:18 |
| **770** 131:25 | **accurate** 21:23 | 130:12 | 38:25 55:8,23 |
| **7:00** 22:11 | 42:11 44:25 48:9 | **agree** 38:25 49:13 | 56:4 58:17 63:3 |
| **7:45** 23:21 | 49:7 82:4 128:15 | 51:10 65:10 | 74:20 78:16 |
| **7th** 74:4 | **achieved** 57:14 | 109:18 110:4 | **ands** 95:4 |
| **8** | **acid** 12:15 | 125:11 | **angry** 19:24 |
| **80** 4:2 | **acknowledge** 32:7 | **agreed** 124:6 | **ankle** 13:3,4,6 |
| **800** 97:11 | 60:25 | 129:17 130:15 | 17:18 |
| **85** 4:6 | **acknowledged** | **agreement** 1:15 | **anna** 62:19 |
| | 60:24 | 48:11 | **answer** 10:4,5 |
| | | **ahead** 12:2 27:8 | 29:22 63:7 98:3 |
| | | 51:18 64:24 65:18 | 98:10 123:12 |

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

**answered**  9:4,18
  34:21 48:8
**answering**  43:14
**anthony**  70:23
  71:8 73:10
**antibiotic**  19:20
  27:14 33:8
**antibiotics**  19:15
  19:17 20:2 25:7
  25:24 26:3,10,15
  32:9 33:4 40:4
  41:19 42:3,4 44:1
  44:3 52:9,10
  79:22 82:22,23
  123:1
**antifungal**  38:1
**anxietywise**  95:25
**anymore**  12:4
  84:12 104:14
**anyway**  19:3 20:8
  21:2 117:9
**anyways**  104:25
**apart**  96:5
**apparently**  9:8
  85:7
**appeal**  75:6 76:10
  76:21,25
**appealed**  75:3
**appearances**  2:1
**apply**  10:12 49:20
**appointment**
  13:14 30:12
**appreciate**  11:5
  124:13
**approve**  112:3
**approved**  93:5
**april**  64:4 66:2
  71:10
**argument**  78:16
**arrangements**  9:7
  126:2

**arrested**  116:4,10
  117:1
**arrests**  116:23
**arrive**  22:3
**arrived**  30:18
  44:13 86:16
**article**  115:4 129:3
  130:2
**ashbey**  73:6
**asked**  12:6,9 19:20
  20:20 29:2,7
  30:20 32:2,10,15
  34:9 35:13,22
  57:3 66:15 76:11
  89:22,25 105:1
  106:17,17 117:25
  124:7
**asking**  6:17 19:25
  23:1 24:13 48:8
  76:9 77:24 87:19
  97:23 99:3 108:24
**asleep**  54:3,9 57:5
  57:6
**aspirin**  16:14 53:2
**assessment**  44:7
  49:14
**assist**  132:8
**assistant**  19:2 42:7
**assume**  8:15 71:8
  88:5 98:5
**assuming**  18:17
  116:15
**asteric**  78:23
**athletes**  19:8,10,11
  19:13 48:6
**atlanta**  2:11,16
**attach**  132:9
**attached**  3:13
  80:19 89:11 131:6
  131:7

**attachments**  75:17
**attack**  72:7
**attention**  87:14
**attesting**  66:3
**attorney**  5:12
  131:14
**august**  39:4 55:9
  55:22,25
**augusta**  93:5
  111:14,19 112:11
  113:9,10 116:24
  117:2
**auto**  114:2
**available**  14:2
  20:22 38:6 105:6
  105:22 118:1
**avenue**  114:4,5,6
**awake**  96:14
**aware**  77:10,13,24
  87:11 120:18
**awe**  19:20 24:10
  24:13 29:7 30:20
  32:2 34:6,9 45:7
  45:10 46:15 53:23
  57:13,13 58:19
  59:5 63:3 74:11
  78:16 89:2,19
  91:12 92:23 99:6
  104:10,11,15,23
  105:1 107:11
  109:4,8,11 110:15
  111:13 112:15
**awe's**  37:16
**ax**  54:7

**b**

**b**  2:14 3:16 9:9
  129:11 130:9
**back**  3:13 10:11
  13:18 15:2,9
  16:10,11,12,18,21
  16:21 17:11 18:20

20:8,9,12 21:2,12
21:13,14,15,16
22:4 23:10,20
24:5,17 26:8,20,25
27:3,16,20,21,23
29:6,21 30:12,16
31:3,4,25 33:13
34:18 35:1,2,19
36:25 40:10 41:12
42:19 45:2,5 46:3
48:23,25 51:13
54:13 59:17 60:5
62:3,6,12 66:24
68:15 70:9 72:2
72:24 76:8 77:1
85:1 89:5 91:9,10
91:11,11,11,13,13
91:20 94:19 95:3
95:12 97:4 99:16
103:12 104:5,12
108:8 112:4,12,21
114:7 120:8,15,16
120:24 121:3,10
121:14 123:2,3,11
124:21 126:7,11
126:11,13 131:3
**backed**  93:8
**backwards**  52:8
**bad**  16:13,19
  30:16 31:5 35:18
  35:18 60:8,19
  89:16 117:6 121:6
  123:11
**bailey**  2:15 6:5
**balance**  54:12
  88:5,9,10,13,22
  89:24 110:6
**band**  40:19
**bandages**  40:11
  70:9 72:16

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

**[barely - case]**

**barely** 19:4
**barking** 122:16
**based** 58:16,20
  59:6 78:1 98:13
  122:6
**basically** 22:2
**basis** 129:17
  130:15
**bedside** 112:18
**bee** 58:5 90:20
**began** 11:9
**begun** 13:24
**behalf** 117:17
**belief** 120:19
  122:6
**believe** 16:10 19:5
  19:10 20:12 24:18
  41:7 45:16,21,24
  46:8 61:25 67:3
  69:24 75:8 103:2
  120:9,23 122:3
  123:8
**belly** 45:13 61:20
  61:20
**bench** 17:7 121:4
**bend** 19:5 55:16
**best** 10:22
**better** 26:9 66:16
  88:23 89:1
**beyond** 108:25
**big** 36:9,12 84:9
  121:16
**bigger** 15:11,11
  24:21 44:11
**bit** 7:21 12:1,1
**bite** 31:9 49:19
**blood** 45:25 47:20
  59:19 83:8 95:11
  95:14 108:2,3
  122:18

**blow** 17:5
**blue** 28:6
**board** 129:3 130:2
**body** 83:21 84:18
  90:14
**bones** 60:16
**book** 81:5
**boot** 12:2,8,10,10
  15:4,5,6,7,20,20
**bother** 13:12
**bothered** 108:13
  108:20
**bothering** 12:4
  13:10 54:1,5
  91:18
**bothers** 42:16
  89:25
**bottle** 39:18,19
  79:19
**bottom** 17:19 44:9
  51:24 73:18 119:4
**bounced** 72:4
**bowman** 68:13
  69:3
**box** 79:19,21,24
  94:1
**boy** 60:11 102:18
**bracelet** 115:5,11
  115:14,18 116:3
**brain** 91:15 93:12
**break** 53:7 80:2
**breakfast** 11:22
**brianna** 74:2
**bright** 12:13,19,22
  12:25 49:17
**brighter** 12:24
**brinder** 9:9
**bring** 78:7 91:11
**brookes** 121:1
**brought** 87:13

**brown** 1:9 2:13
  6:3 56:18 57:12
  58:18 63:3 74:5
  76:23 78:17 97:18
  98:23,25 99:9,12
  99:14 101:16,19
  102:7,10,11 103:6
  103:9,10,15 104:9
  104:18,23,25
  105:1,15 109:15
  110:7,12 111:17
  117:19 118:20
  119:9
**bubble** 79:20,22
**build** 31:18
**building** 27:18,23
  30:15 50:5 53:2
  61:25 62:3 69:8
  96:21,21,21,25
**bunch** 37:13 50:6
  67:18 71:3
**bunk** 23:25
**burning** 12:1,15
  49:9
**business** 93:20
  113:20,21
**busy** 19:25 34:13
  91:6,15 94:1
**butt** 60:2 117:6
**button** 45:13
  61:20
**butts** 68:8,20

**c**

**c** 129:7 130:5
**caegler** 74:2
**cager** 1:3,13 2:4
  5:2,3,4 6:8 7:4
  131:1
**calf** 17:15 18:9
**call** 16:22 20:14,16
  20:17,24 21:3,3,3

21:3 23:11,12,12
  23:13,14,22 24:10
  26:2,23 29:18,23
  29:25 30:8,14
  36:7 40:3 41:19
  46:24 47:2,9
  50:21 51:8 52:16
  52:17 65:13 70:2
  74:5 78:25,25
  79:13 81:8,10
  83:7 96:22,23
  104:10,16
**called** 18:25 19:2
  35:25 36:4 44:7
  62:3 92:19 93:5
  96:22 97:1
**calling** 122:22
**callout** 27:22
  31:10,11,25 60:4
**calls** 36:20
**campbell** 47:14,18
**capitol** 2:10
**capsule** 26:3
**car** 93:20 113:20
  113:21,22,22,23
**card** 3:24 79:4
**care** 5:2 19:12
  60:13 61:13 68:17
  69:1,5,14,21 70:1
  70:16,21 71:1,3
  72:3,21 73:1,10
  83:4 84:24 86:5
  94:12,21 104:11
  122:9,11
**careful** 88:25
**carried** 108:19
**cars** 91:19,19
**cart** 36:1
**case** 6:17 9:4,6,12
  10:5,11 38:20
  45:7 58:18,19,22

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

75:24 108:21
124:16 129:13,13
129:16,17,17
130:11,11,14,15
130:15
**catch** 65:17
**cause** 103:2
120:10 128:19
**caused** 122:4
**causes** 83:15
**causing** 16:2 117:7
**ccr** 1:17 128:25
**cell** 35:1 54:24
102:1 104:6
**center** 7:17
**certain** 8:1 77:11
**certificate** 3:10
128:1
**certified** 128:4
129:5
**certify** 128:5,18
132:2
**cetera** 88:3
**chained** 112:11,12
**chair** 19:9
**chances** 90:1
**change** 4:8 9:3
39:12 40:13 86:1
132:11,13,14,16
132:17,19,20,22
132:23,25 133:1,3
133:4,6,7,9,10,12
133:13,15,16,18
**changed** 15:12
102:13
**changes** 40:12
82:5,13 95:9
125:15 126:12
131:7 132:4,5,7
**changing** 15:15

**charge** 129:15
130:13
**chart** 108:14
**chatham** 128:3,23
**check** 18:24 21:22
22:1 24:8 47:19
93:25
**checked** 8:6
**checking** 102:19
**chest** 35:14,15,25
36:6
**chewed** 26:4
**chief** 3:24 75:19
**child** 7:9 113:7
**choices** 94:14
**chow** 32:16
**chronology** 18:18
27:10
**circumstances**
129:17 130:15
**city** 1:18 2:6
**civil** 1:6,16 5:24
5:25 132:6
**claim** 21:21 35:14
35:15 77:20,21
**claiming** 4:7 85:25
**cleaned** 40:8
**cleaner** 28:7
**clear** 5:11 48:10
72:24
**cleared** 99:21
**clicking** 60:12
**clinic** 111:15
113:4
**close** 19:6 44:14
84:22 88:11
119:11
**closed** 84:20,22
89:8,12 106:12,14
**closer** 84:8

**clot** 83:8
**coastal** 1:17 2:5
4:6 44:8 45:18
68:18 69:14 79:1
85:24 98:14 99:16
**code** 30:14 36:1
62:3
**cold** 109:2
**color** 12:24,25
13:2 15:12,15
24:22 66:24 67:13
**come** 36:21 52:9
60:2 66:13 102:12
108:8 122:18
**comes** 21:1 38:3
95:10 110:23
**coming** 17:16 18:8
18:9 24:20 27:23
28:19 29:16 32:5
45:12 61:18
108:24
**commencing** 1:19
**comment** 24:15
29:9,19 40:7
41:24
**commentary**
80:18
**comments** 20:4
45:18
**commission**
133:25
**commissioner**
77:3 78:13
**common** 93:13
**compared** 88:9,9
**comparison** 85:4
**compensate** 54:12
**compensating**
84:17
**complainant** 83:3

**complaining** 58:25
**complains** 92:3
**complaint** 3:22,24
4:2,4 6:22 10:23
11:6 34:21,22
41:17 60:6 64:3
75:18 76:5 80:15
80:17 82:18 83:6
100:21,23 110:23
117:14 120:8
**complaints** 80:23
88:4 106:1 110:5
**complete** 128:15
**completed** 131:11
131:20
**completely** 77:21
**complies** 50:13
**compromised**
88:14
**computer** 128:13
**concept** 87:3
**concern** 78:15
**concerned** 21:17
32:6
**concerns** 77:6
**concluded** 127:4
**concurs** 45:7 83:2
**condition** 54:20
60:18 70:5 87:14
88:3 118:12,13
**confirm** 22:2 65:3
109:9
**confirmation** 8:4
85:8
**confirmed** 7:20
**confuse** 46:22
**consensus** 7:25
**consider** 122:7
**consisting** 64:5
**constantly** 54:1,16
91:20

Case 4:18-cv-00096-WTM-CLR   Document 95-3   Filed 08/30/19   Page 41 of 63

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

[contacted - defendant's]

Page 6

**contacted** 126:24
129:8 130:6
**container** 79:17
**continually** 15:11
**continue** 13:7 15:1
23:9 27:10
**continued** 41:3
107:16,23 118:17
**continuing** 44:1
**contract** 129:11
129:13 130:9,11
**contractor** 3:12
130:1
**control** 67:6
**convicted** 7:8
113:7 114:10
**conviction** 115:1
**convictions** 115:15
**coordinator** 75:20
75:21
**copied** 11:4
**copies** 11:1 131:14
**copy** 64:2,9 66:23
66:24 76:25 79:14
100:22 119:20
124:24 125:3,24
126:2,4
**corner** 51:24
**correct** 24:1,2
25:18 26:15,18
28:25 30:25 33:1
44:11 46:25 48:18
55:10 56:14 61:8
63:3 64:2 66:5,8
69:5 71:11 73:4
74:8 75:24 80:12
84:24 86:2,18
88:6
**corrections** 3:21
7:6 50:9 131:7
132:9

**cost** 60:13
**council** 129:4
130:3
**counsel** 1:14,15
2:1 4:6 50:14
57:11 85:24
128:19 129:13
130:11
**counselor** 3:24 8:5
8:6 74:3,13 75:19
119:3
**counselor's** 7:23
7:24 73:19
**county** 128:3,23
**couple** 12:3 18:13
35:22 40:17 63:9
119:24 120:7
**court** 1:1 4:5,6
5:18 8:12 9:14
43:9 53:5 58:19
67:2 75:9,16,23
81:14 85:17,23
110:23 126:10
128:4 129:1,3,5,6
129:8,9,10,12,15
130:2,7 131:17,22
**cover** 57:12 85:16
129:14 130:12
131:10
**covered** 60:23
88:1 97:21
**cracks** 102:19
**crazily** 120:24
**crazy** 15:14 16:14
36:12 54:10
**cream** 19:15 20:1
26:6 37:25 38:1
40:4 41:18,25
42:2 52:4 82:22
**crimes** 114:11

**criticism** 84:23
**cropped** 14:15
**ctm** 92:18
**ctms** 92:19
**culture** 45:25
**cups** 52:1
**curious** 63:13
**currently** 92:16
**curt** 68:8
**custody** 63:14
**customary** 129:16
130:14
**customers** 91:21
**cut** 18:18 46:9
54:3,8 57:4,4
63:20 89:20,22
90:2,3 107:10,12
111:9 122:23
123:5
**cv** 1:6
**cylinders** 60:12
**cynthia** 5:19

**d**

**d** 3:1 9:9
**daily** 90:15,17
**damage** 58:8
60:21 107:10,13
109:19
**damaged** 89:21
90:2,4
**damages** 88:2,2
**darcy** 1:8 2:8 10:5
19:3 21:8 25:12
26:20 32:4 33:6
36:4,5,6 62:4,6
81:1 83:6,7 100:6
101:13,21 102:13
104:14 120:9,19
**dark** 11:23
**dash** 64:6,7,8,9
65:19,21 67:19

73:15
**date** 8:8 56:10
79:1,2 128:7
131:3
**dated** 3:22 44:8,20
44:21 51:24 52:14
64:4
**david** 69:16 70:18
**day** 15:3,6,17
16:24 17:6 18:10
20:19 23:23 24:4
24:15 28:12 30:24
31:10,11,23 35:19
38:10 45:3,5
48:24 56:9 76:24
81:25 97:5,10
100:1,2,2 102:21
110:22 119:12,12
128:22 133:21
**days** 18:7,14 30:11
37:14 53:11 60:23
98:21 119:14
125:18
**dead** 89:23,23
**deal** 17:2 78:8
96:19
**dealership** 91:21
**debating** 45:1
**deborah** 1:9 2:8
5:14 8:23 9:4
38:19 62:22
**decide** 10:12
**decipher** 37:12
**declaration** 66:8
**declared** 66:3
**declined** 56:5
**defendant** 3:24
5:17 6:23 76:3
85:24
**defendant's** 3:18
5:8,10 37:2,4

Case 4:18-cv-00096-WTM-CLR   Document 95-3   Filed 08/30/19   Page 42 of 63

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

[defendant's - dressing]

Page 7

63:25 75:12,14
80:5,8 85:19,21
**defendants** 1:10
1:14 4:6 5:15 6:21
**defense** 78:10
**delinda** 1:9 2:13
6:3
**delivering** 39:1
**denied** 32:2 55:8
75:1,2
**dentist** 57:7
**deny** 48:1
**denying** 43:22,25
44:3
**department** 2:10
3:21 7:6 50:8
130:7
**depends** 90:18
**deponent** 3:9
**deponent's** 133:20
**deposition** 1:13
3:20 5:2,7 9:25
87:25 117:10
124:25 125:2
127:4 128:6,14
129:9,11,14 130:7
130:9,12 131:2,6
132:8
**deputy** 17:6
120:25
**describe** 14:11
17:9
**described** 94:3
100:14 104:4
109:24
**description** 3:18
**desire** 132:7
**desk** 13:12 18:24
19:7 29:12
**detail** 12:5

**deter** 115:23
**dewayne** 69:7
**die** 95:5,6
**difference** 24:24
121:16 122:14
**different** 12:24
56:10,10 97:21
122:15,16
**differently** 111:2
**difficult** 7:23 43:9
**difficulties** 116:24
**dipped** 12:14
**directions** 122:15
**director** 19:23
**discharged** 99:16
104:5
**disclosure** 3:11,12
3:13 129:1,4
130:1,3
**discoloration** 18:4
**discount** 129:16
130:14
**discover** 61:6
**discussion** 86:23
**dispute** 45:8,9
52:5
**disputed** 60:24
**disputing** 50:2
52:4
**disqualified** 129:7
130:4
**disrespect** 94:17
**distances** 89:9,15
**distress** 24:17 27:3
29:20
**district** 1:1,1
**division** 1:2
**docket** 64:4 85:22
**doctor** 13:15
18:23 29:3 36:20
37:11 45:18,20

60:14 61:8 81:12
83:20 94:25
101:14,25 102:12
108:19 111:4
113:2 121:12
122:16 123:4
**doctor's** 45:18
**doctored** 39:23
42:7,21,23 81:7
82:3
**doctors** 4:8 14:2
16:24 86:1 94:14
**document** 51:23
53:5 64:4,5,6,7,8
64:11,12 65:15,19
66:10 67:19 73:15
75:16,16,17 78:20
80:20 85:22,23
131:12
**documents** 117:11
117:12
**doing** 30:5,7 34:10
46:11 57:5,5,22
61:5 89:14 90:18
98:8 102:20,20
110:25 122:16,17
122:20
**door** 95:21
**dorm** 13:18 15:2,9
16:10,21 20:8,10
21:2 22:4 23:10
23:21 26:8 27:16
29:17 34:18 35:2
35:19,22 40:10
42:18 45:5 48:24
51:13 59:17 60:5
62:6 67:25,25
68:19 71:22,25
73:13 77:8 89:13
94:19 95:3 120:24
121:10,14

**dorsey** 1:9 2:8
5:14 8:23 26:12
30:24 31:23 32:23
33:14 34:1,25
37:21,23 38:14
39:8 40:22 42:7
44:24 46:15,23
47:4 48:1,12
58:21 62:19
101:22,23 102:4
103:3 122:2
**download** 127:1
**dr** 1:9 2:13 6:3
19:20 24:10,13
29:7 30:20 32:2
34:6,9 45:7,10
46:15 53:23 56:18
57:12,13,13 58:18
58:19 59:5 63:3,3
74:5,11 76:23
78:16 89:2,19
91:12 92:23 97:18
98:23,25 99:6,9,12
99:14 101:16,19
102:7,10,11 103:6
103:8,10,15 104:9
104:10,11,15,18
104:23,23,25
105:1,1,15 107:11
109:4,8,11,15
110:7,12,15
111:13,17 112:15
117:19 118:20
119:9
**dragging** 60:1
89:9
**draw** 93:25
**dressed** 42:8
**dressing** 39:12
40:12,12 42:16,19
42:25 43:5 82:5

82:13
**dressings** 40:9
  70:9 72:16 102:13
**drinking** 83:17
  115:24,24 117:5
**driving** 16:14
**drug** 22:7
**drugs** 113:5
**drunk** 117:8
**dude** 36:9
**due** 10:4 131:3
**dui** 114:12,15
  115:1 116:6
**dull** 81:20 90:22
**duly** 6:9 128:9
**duties** 7:24
**duty** 13:11 16:12
**dying** 60:16 62:7
  95:3 121:17

**e**

**e** 3:1,16 9:9 19:22
  127:3 132:6,7
**earlier** 28:2 45:3
  76:16 100:14
  117:10
**early** 13:21 49:4
**earplugs** 96:10
**easier** 43:15
**easiest** 51:17
**education** 91:16
**either** 34:15 45:24
  59:18 74:18 81:18
  111:7
**ekg** 36:7 83:8
**elbow** 85:14
**electrician** 91:4
**electronic** 126:23
**electronically**
  131:8
**elevate** 49:21

**eligible** 7:11,12
**elise** 1:16 128:4,25
**email** 131:10
**emergency** 28:3
  71:3 95:20
**emotional** 62:8
**emotionally** 94:10
**empathize** 58:11
**employee** 129:6
**employment** 93:17
**empty** 79:23
**ems** 35:17 36:7,9
  44:13 83:7
**en** 36:13
**encounter** 26:11
  28:15 33:14 41:15
**ended** 57:24
**engaged** 38:10
**engine** 12:13
**ensued** 86:23
**entered** 3:25 132:8
**entire** 12:20 96:21
**entirely** 122:6
**entries** 50:10
  51:21,25
**entry** 39:8 65:7
  82:17
**envelope** 64:10
**environment** 96:8
**er** 31:7 36:2,19
  98:16
**errata** 131:3,7,8
  131:11,13,15,16
  131:20 132:1
**errored** 96:25
**esquire** 2:9,14
**et** 88:3
**etching** 31:4
**evening** 15:17
  16:18 17:10 18:12
  21:18 22:22 23:13

23:14,17 25:11
26:2 28:1,16 31:5
31:12 35:3 36:3
41:20,21 45:4
48:19,20,24 52:13
78:25 86:17
**event** 53:12
**events** 128:20
**everybody** 120:22
**everyday** 72:1,13
  72:14 96:1,4
**evidence** 4:1,3,5
  43:2 124:19
**exactly** 23:16
**examination** 3:4
  6:10 20:3 61:7
  97:15 120:3 124:1
  128:12,17
**examine** 106:13
**examined** 102:22
  102:25 103:21
  106:10
**exclusive** 129:12
  130:10
**excuse** 42:6
**exhaust** 78:9,16
**exhibit** 3:18,20,21
  3:22,23 4:2,6 5:8
  5:10 37:2,4 63:23
  63:25 65:15 73:16
  73:25 75:9,12,15
  80:5,8,22 82:10,11
  82:19,21 85:17,19
  85:22 100:22
**exhibits** 3:25 4:3,4
  78:22 80:16,16
**expect** 92:24
**expensive** 93:6
**experience** 94:10
  95:24

**expert** 61:22
**expires** 133:25
**explain** 21:14
  58:23
**explained** 89:19
  98:14 111:13
  112:8
**explaining** 8:21
  9:11
**explode** 32:18
**expression** 29:13
**extension** 76:11
**extensions** 76:13
**extent** 80:22
**extra** 125:20
**extreme** 49:13
**extremely** 17:12
  21:10 32:1,18
  45:11

**f**

**face** 29:14 57:8
**facilities** 71:4
**facility** 44:8 45:17
  60:17 131:21
**fact** 9:3 33:21 40:5
  77:10 96:5 120:18
  122:7
**facta** 66:4
**facts** 62:11
**failure** 78:9,15
**fair** 70:11 98:5
  117:12
**fake** 72:7
**fall** 35:10,23 83:3
  88:24,24
**fallen** 83:13
**falling** 94:23
**familiar** 22:7
  29:23 53:10
**far** 8:18 44:25
  53:21 59:9 68:10

Case 4:18-cv-00096-WTM-CLR   Document 95-3   Filed 08/30/19   Page 44 of 63

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

[far - gamble]

Page 9

68:15 78:12
**fat** 17:16 31:15
**federal** 5:23,25
 75:16 132:6
**feel** 43:17 57:8,9
 58:12 108:12
**feels** 54:6,15 57:6
 57:10 93:14
 106:25
**feet** 11:7 18:2
 19:13 58:2 67:14
 89:15 91:18
 112:12
**fell** 19:9 61:24
 83:11 85:10 90:24
 121:10
**fellow** 117:17
**felt** 12:1 32:17
 104:22 110:14
**fifth** 115:6
**fight** 95:12 123:1
**figure** 33:22,22
 58:14
**figured** 59:12 97:1
 104:15 109:5,8
**file** 19:7 55:18
 77:12,13 78:1
 112:2 131:14
**filed** 6:4 8:24 9:24
 9:24 10:5 53:11
 53:15,22 55:3,11
 55:20 56:16,25
 62:13,15,18,21,24
 63:2 64:3 74:11
 75:17 76:12,21,22
 77:8,15,18 80:11
 96:22 117:17
 118:19 131:17
**files** 131:9,10
**fill** 20:19 29:25
 119:8 131:7,8

**filled** 118:16
**filling** 30:7
**final** 65:20
**finally** 19:1 32:3
 32:12 94:22
**financial** 129:16
 130:14
**find** 59:22 93:22
**fine** 25:20 46:14
 54:23 55:2 88:21
**finger** 84:11
**finish** 5:22 43:13
 85:4 119:15
**finished** 34:19
 53:4 75:8 87:24
 120:5
**fire** 12:13 17:3,4
 20:10 32:1
**firm** 6:4
**first** 6:9 10:19
 11:13,22 18:23
 25:6,10,24 26:14
 31:25 37:12 41:7
 45:24 46:7,10
 52:5 55:7,23
 59:15 65:7 67:20
 76:18 80:18 92:10
 99:14,23 100:25
 101:19 102:10
 108:18 115:17
 116:3
**five** 50:7 51:18
 64:13 78:19 80:18
 84:2,7 85:22 90:6
 112:13 115:3
 119:14
**floor** 60:1 83:12
 91:2,3 111:25
**fluid** 23:23 28:4,4
 28:24 29:16

**fluids** 28:21
**focused** 91:16
**folded** 40:17
**followed** 76:8
**following** 101:11
 129:4 130:3 132:5
**follows** 6:9
**followup** 126:23
**foot** 11:7,7,24 12:7
 12:9,12,19,20,22
 13:1,2 14:6 15:1,3
 15:10,22 16:13,13
 16:19 17:3,4,6,7
 18:6,10 19:4,8,10
 19:11,13,15,18
 20:1,2,4,5,6,10,21
 21:7,10,13,17 22:6
 23:23 24:18,21
 26:6,9,24,24 27:6
 28:5,9 29:11,15,17
 29:21 30:15 31:5
 31:8 32:1,17
 34:11,12,19 35:6,9
 35:11,18,20 36:10
 36:11,14,20 39:17
 39:19,20,24 40:3,9
 40:11,13,19 41:3
 41:18 42:8,20,25
 42:25 44:10 45:10
 46:1,2,3,4,9,24
 47:22,22,23 48:5,6
 49:10,12,21 53:19
 54:1,6,8,20,22
 56:20 57:2,22
 58:1,3,6,8 59:6
 60:1,13,14,15 70:5
 70:10 71:6,19,21
 72:10,11,16 77:18
 77:19,19 82:22
 83:11,15 84:14
 85:3 86:15,15

87:14 88:3,20
 89:11 90:7,20
 91:1 92:22 93:10
 93:12 94:20,21
 95:3,24,25 96:13
 96:15 98:19 99:18
 102:14,19,24,25
 104:11 105:2,6,22
 106:10,13,19
 108:10 109:19
 120:16,21,21
 121:3,5 123:7,8,9
 123:10
**foregoing** 66:4
 128:6,14
**forever** 87:7
**forgive** 97:22
**forgot** 25:16,19
**form** 18:8 26:3,3
 33:5 121:9 132:7
 132:9
**forth** 91:20 124:22
**forward** 131:14
**found** 111:8
 118:11
**four** 30:11 50:7
 51:18 64:9 65:5
 67:19
**fourth** 115:7
**free** 77:12
**friday** 96:20,20,23
**front** 112:11
**frustrated** 87:13
**frustration** 43:17
**furnish** 132:9
**further** 90:3 120:3
 124:1 128:18

**g**

**ga** 131:24
**gamble** 35:16

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

**[game - hands]**

**game** 25:17
**garden** 1:18 2:6
**gauze** 28:7 39:18
 39:20 40:16
**gdoc** 1:3 2:4
**general** 80:17
**general's** 5:13
**georgia** 1:1,16,18
 2:6,10,11,16 3:21
 5:12 7:6 50:8
 63:10,15 128:2,5
 128:23 129:4,5
 130:3,7
**gestured** 17:18
**getting** 7:23 13:12
 16:20 19:1,20
 24:21 26:9 31:6
 32:16 34:12 50:24
 51:6,6 77:4 79:15
 104:3 117:8
**give** 16:15,16 25:2
 32:9 33:16 36:16
 38:3 63:21 76:24
 90:22 125:15,19
**given** 22:15,21
 23:6 51:12 52:12
 52:13 81:10
 118:25 129:16
 130:14 132:8
**giving** 8:19 9:11
 43:14 53:12
**glad** 19:19 32:9
**glance** 62:1
**glanced** 121:20
**glances** 19:5
**go** 10:11,20,23
 11:19 13:3,8 16:1
 18:20,24 19:3
 20:14 21:2,3,11,13
 21:15 23:10,11,20
 24:5 25:15 27:8

27:21 30:16 36:25
 44:4,20 46:20
 47:2,9,25 52:16
 54:4 57:21 64:12
 65:20 67:23 68:15
 68:15 72:24 73:14
 77:12 78:19 79:13
 80:20 82:6 83:7
 85:1 88:14 91:13
 93:25,25 94:1,14
 94:15 97:4 101:11
 104:5 112:2,11,13
 121:7 122:9 123:2
**god** 95:1
**goes** 8:18 19:7
 36:10
**going** 6:16,25
 10:19 19:14 20:17
 20:25 21:7 23:19
 25:15 26:9 27:24
 30:19,25 32:8
 33:20 35:10,11
 36:21,23 39:6,22
 41:12,14,17 42:21
 42:22 43:8 44:19
 46:4,6,9 50:6
 53:19,20,22,24
 54:21 56:21 57:11
 57:14,16 58:14
 59:13,20,23 63:7
 63:12,19,20,20
 64:23 71:19 72:5
 76:24 78:10,15
 79:24 83:20 87:12
 89:1 90:2,24
 91:23 93:17,20,21
 93:23,25 94:19
 95:2 97:18 98:4
 99:11 107:8,10,23
 110:10 112:2,3
 113:3 118:10

120:6 121:19
 122:15,17,23,25
 123:5,7 125:3,10
**golf** 36:1
**good** 6:12,13
 19:12 30:9 37:12
 56:1 65:17 80:1
 85:7 88:20 91:4
 91:16,17,21
 102:12 123:3
**gotten** 19:8 44:10
 77:9 88:22 89:1
 96:9 108:21
 112:23
**gradually** 61:19
**grant** 6:24 8:18,25
 9:6,9,12,16,23
 10:9 21:23 23:18
 23:20 38:20 58:21
 62:25
**greatly** 90:14
 91:23
**green** 10:17,18
 23:23 24:19 28:4
 28:9 39:18,19
 46:1 60:1 123:9
**greene** 1:8 2:8
 5:13 8:22 28:2,2,3
 28:15 31:3,7,14
 38:17,19 39:18
 40:16 48:18,21
 49:2,8 58:21
 62:13
**greetings** 131:5
**grievance** 3:24
 53:10,11,13 55:11
 55:18,21 56:16,25
 62:12,13,18,21,24
 63:2 74:5,8,11,24
 75:19 76:8,22
 77:6,14,17,22,25

78:5,9 95:8 96:23
 118:19,24 119:9
**grievances** 53:16
 55:4 56:3 59:3,5
 62:15 76:11,15
 77:8 78:17
**grieved** 56:11
**grotesque** 120:21
**grotesquely** 17:12
**growing** 15:13
**guess** 38:24 87:4,4
 116:18
**gulfstream** 1:18
 2:5
**gurney** 36:10
**guy** 60:8 91:8 92:3
 112:18
**guys** 35:22 43:10
 73:12 97:2 113:5
 115:17 116:3

**h**

**h** 3:16
**ha** 62:13
**haggerty** 70:18
**hair** 14:13,15
 31:15
**half** 84:21 89:7,11
 89:14 100:16
 113:12
**halfway** 7:17
**hall** 32:16 111:25
 112:14
**hand** 41:15 53:5
 75:9 84:10 85:17
 91:3,7 103:11
 128:21
**handed** 120:8
**handle** 10:14
**hands** 17:18 46:3
 123:10

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

**handwritten**
117:13
**hang**  36:17
**hannah**  1:8 2:8
5:14 8:23
**happen**  39:23 41:1
47:15 81:11
111:16
**happened**  15:10
18:17,19 27:15
34:25 39:13,15
53:9 59:1 63:16
73:2 81:3,7 82:5
82:14 87:18 95:6
105:8,9 108:21
121:5
**happening**  21:6
**happy**  58:2 104:16
**hard**  8:3 32:16
63:8 83:15
**harm**  78:5 103:2
120:10 122:4
**he'll**  67:14
**heal**  53:20
**healed**  53:21 59:6
**healing**  57:14
100:15
**hear**  8:3 19:19
32:10 123:20
**heard**  8:16 19:17
35:12 46:7 77:1
88:4
**hearing**  46:8
118:14
**heart**  72:7
**heck**  59:20
**height**  47:21
**held**  94:13
**helen**  1:8 2:8 5:14
8:22 38:8,16
62:16

**help**  21:12 28:8
29:14 30:13 32:16
34:18 35:15 56:25
108:25 131:9
**helped**  60:7
**helps**  54:12
**hereunto**  128:21
**hey**  35:10
**hide**  94:1
**higher**  14:2 18:10
**highest**  63:9
**hindered**  58:2
**hired**  9:10
**hit**  54:6 91:3
105:10
**hold**  24:3 67:14
90:25 100:7
103:12
**holmes**  8:5
**home**  57:21
**homework**  23:19
**honest**  92:13
110:10,20
**hooked**  113:2
**hoping**  122:24
**hospital**  11:3
35:17,24 36:18,19
45:4,15 59:15,22
60:11 62:5 66:12
67:16 81:21 86:17
87:1,10 94:25
95:18 98:15,22
99:5 101:6 121:11
121:23 124:9
**hot**  12:14
**hour**  15:13 111:25
112:14
**hours**  12:3 19:1
26:17 27:20 32:3
34:6 50:1 86:25
87:8

**house**  7:18
**huff**  2:15 6:4
**huffpowellbaile...**
2:17
**huge**  120:25
**huh**  11:8,10 30:25
33:12 37:7 39:3
48:13 56:6,15
67:22 69:17 71:9
73:23 74:22 79:18
92:11 94:5 108:15
115:12,22
**hurry**  123:6
**hurt**  36:14
**hurting**  12:9 29:15
34:19 81:23 94:20
**hurts**  57:22 58:3
105:9,9

**i**

**ibuprofen**  49:25
50:16,19 51:6,7,13
**ice**  49:20
**idaho**  113:16
**identification**  5:9
37:3 63:24 75:11
80:4 85:18
**identifying**  6:21
**ignoring**  61:4
**immediate**  30:13
**immediately**  12:11
**important**  53:19
**improper**  122:7
**improved**  84:5
**inaccurate**  82:5
**inappropriately**
92:14
**incident**  53:16
**included**  4:4 58:18
80:17
**including**  78:12

**inconsiderate**
58:13
**incurred**  60:22
**indian**  54:4 106:23
**indicates**  11:6
**indicating**  17:19
**indifference**  39:1
**individually**  58:23
**individuals**  5:20
**infected**  19:8,18
36:11 45:11
**infection**  59:13
60:8,15 95:5,6,7
95:10 98:19 99:20
109:20 121:12
**infirmary**  89:6
100:3,14 102:1
103:14 120:13
**information**  46:18
76:4
**initial**  87:6
**injure**  78:5
**injured**  85:13
**inmate**  35:8 67:25
69:8 94:24
**inmates**  95:5
117:17
**inside**  57:9
**instances**  56:12
**instantly**  21:15
96:13
**instructions**  49:22
131:10
**instrumental**  71:6
**insufficient**  122:8
**intended**  120:19
**intent**  103:2 120:9
**interacted**  104:8
105:15
**interaction**  102:9

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

**interest**  129:7
  130:5
**interested**  60:3
  128:20
**interject**  43:8
**intermittently**
  103:15
**interrupt**  98:10
**intervene**  60:20
**intervention**  83:4
**intro**  5:22
**introduced**  102:16
**involved**  71:5 72:1
  108:13
**irritates**  42:17
**issue**  30:12 115:9
  115:14 116:2
  117:8
**issues**  57:20
  110:11
**iv**  122:25
**ivey**  1:9 2:8 5:15
  8:23 9:4,17 10:13
  38:19 58:21 62:22

**j**

**jackson**  36:2
  55:16,17 83:4
  95:19 121:21
**jail**  114:23,24
  116:10
**jailed**  114:15
**january**  8:9 92:9
**jay**  1:14 2:9 5:12
  6:14
**jeg**  1:7
**jennifer**  126:24
**job**  23:3 93:17
**jones**  126:24
**joseph**  70:11
**juanita**  1:8 2:8
  5:13 8:22

**judicial**  129:4
  130:3
**july**  100:17,17
  105:15
**jump**  97:19
**june**  9:10 105:17
  105:18

**k**

**keep**  27:23 46:12
  66:22 79:25 91:15
  119:20
**keflex**  22:7,10,24
  37:25 51:25 52:12
  52:19
**kept**  16:10 59:16
  91:7 120:24
**kicked**  58:19
  117:6
**kill**  35:11
**killed**  90:13 111:8
**killing**  16:14 21:13
  29:11 32:11 58:1
  121:12,13
**kind**  7:22 14:13
  16:7 31:16 49:23
  53:20 56:24 57:8
  57:22 59:13 61:10
  97:18 98:7 109:9
  109:23 113:3,6
  117:24 124:16
**kitchen**  11:19
**knee**  17:16,19,19
  17:21 83:12
**knew**  12:12 14:10
  19:18,18 20:25
  21:5 30:15 46:17
  61:22 62:1 94:24
**know**  7:21 8:11,16
  10:13 11:25 13:14
  14:8,11,16,18,21
  18:21 19:10,12

20:13,18 23:4
25:15,17 28:9
31:13 33:3,7,19,21
33:24 36:14,16
38:22 39:11 41:3
41:16,21 42:15
43:23 44:17,25
45:11 46:10,14,17
46:19 52:14 53:7
54:7 57:7 62:8
63:5 68:5,11 70:3
71:17 73:18 76:4
77:11 78:3 81:6
81:19,20 87:4,6,11
91:22,24 92:13,19
93:23 95:4,8,24
96:16 101:21
102:20 104:19
108:14,20 111:4
111:11,12 115:10
115:16,24 118:23
118:25 120:23
121:18,19 122:12
123:23 124:4
125:22
**knowledge**  71:13
71:14 76:1 78:11
**knowledgeable**
71:4,16
**known**  41:13
**knows**  71:18 72:5
83:21 84:18 95:1

**l**

**laced**  12:2 15:6
**lack**  94:12 109:25
111:9 122:11,12
122:12
**ladder**  83:11
85:11 90:24,24
**lady**  24:6 31:15,18

**laid**  35:6
**landed**  83:12
**larger**  24:21
**late**  13:13 14:17
78:8 97:2
**law**  2:10 6:4 63:10
130:7
**law.ga.gov**  2:12
**lawsuit**  71:7 77:12
77:13,15,18 78:1
110:18
**lay**  35:5
**leading**  98:21
**leads**  122:3
**leak**  28:11 40:14
**leaked**  28:24
**leaking**  23:23
24:19 28:5,20,21
**learned**  91:5 96:11
**left**  11:7 12:20
14:23 15:8,22
23:9 27:9 28:7
38:14 44:10 47:21
49:10,12 53:20
54:13,19 57:23
83:13,14 88:17,21
90:25 117:5
121:21
**leg**  17:15 18:5,9
28:19 32:5 36:22
44:10,10 45:13
61:19 62:5,7,9
99:21 121:13,17
121:19 122:19
**legal**  8:19 9:11
129:9 130:4,6,8,10
130:13
**legs**  106:24
**letter**  131:10
**letters**  77:2

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

**level** 90:17
**license** 71:14,17
**life** 57:16 92:4
  93:1
**light** 11:23 14:13
  90:25 91:3
**liked** 102:11
**line** 43:6 45:6
  132:11,14,17,20
  132:23 133:1,4,7
  133:10,13,16
**lines** 78:23
**liquid** 60:16
**lirica** 93:5,7 112:6
  112:7,8,21
**lisinopril** 92:18
  108:2 112:3
**listed** 81:16
**listen** 95:4 96:20
  112:10 122:24
**listened** 106:1,4
  107:5
**literally** 17:3
  59:25
**literary** 60:2
**litigation** 129:17
  130:15
**little** 5:22 7:21 9:8
  11:25 12:1 15:3
  18:8,10 28:6
  33:18 37:15 78:23
  92:3
**live** 53:24 113:8
**lived** 113:11,13
  116:24
**liver** 113:15
**living** 91:19
  113:19
**llc** 2:15
**load** 36:12

**location** 128:7
**locked** 91:6
**long** 14:21 20:18
  54:4 86:20 89:3
  91:17 92:5,24
  106:23 113:10
  114:17,19
**look** 12:10 13:9
  14:6,7,25 17:10
  19:13,21 20:7,11
  24:16 27:6 29:20
  33:20 36:10,20,22
  37:15,16 39:22
  44:2 45:2 60:3
  77:3 81:5 93:17
  122:13
**looked** 15:13 17:4
  17:13,14 27:3
  29:13,21 31:8
  36:3 40:8 60:8
  102:18,24
**looking** 9:8 35:9
  50:8 71:6,21
  102:18 117:11,13
  118:8,8,9 120:21
**looks** 14:12 19:4,7
  19:11 30:24 31:14
  33:25 37:13,24
  47:14 51:19,21
  71:20 73:16,21
  74:21 80:17
**lose** 46:4,6 58:12
  123:7
**loss** 54:14
**lost** 4:7 71:13,17
  85:25
**lot** 6:19 7:25 34:14
  60:23 71:18 83:16
  87:5,5,5,6 90:19
  97:12,21 108:20
  113:5

**lotion** 79:20
**lower** 44:10
**luckily** 64:10

**m**

**m** 1:16 67:25 69:8
  128:4,25
**ma'am** 94:7 97:20
  98:6,17,20,24 99:2
  99:7,10,13,17,19
  99:22 100:11
  101:4,23 102:5,8
**machine** 122:18
**mail** 64:10 124:21
  126:9,11,12
**mailing** 126:10
**main** 53:18 64:5
**maintenance**
  91:13
**majorly** 61:21
**making** 6:18 93:16
  100:5 132:8,8
**maleeah** 1:3,13
  2:4 5:3,4,5 6:8,12
  7:4,5 37:5 44:19
  50:11 53:9 67:13
  75:14 80:7 86:16
  97:17 100:22
  108:8 121:5
  124:12,25 131:1
**man** 16:13 35:10
**manage** 86:7
**managing** 86:15
**manner** 58:13
  112:19
**mansell** 131:22
**manually** 131:8
**march** 75:17
**mark** 63:23
**marked** 5:7,9 37:3
  63:24 64:7,22
  73:16,25 75:11,14

**math** 80:4,7 85:18,21
**math** 91:16,17
**matter** 22:14 64:3
**mattress** 96:13
**maximum** 8:8
**mb** 67:25
**mckee** 129:6,8,10
  129:12,15
**mean** 12:13,15
  15:12 16:9 17:1
  17:13 19:4,12
  22:25 26:25 29:11
  29:13 33:19 36:11
  42:20,24 45:2
  50:20,22 54:5
  57:18 61:20 63:11
  70:4 71:25 72:4
  76:23 83:17,22
  87:3 90:14,20,21
  93:7,14,19,21
  96:10 102:17
  104:19 105:3
  106:13 111:9,11
  112:6,11 120:15
  121:8,17,22
  122:13,19,23
  123:6
**meaningful** 83:3
**means** 39:12
**meant** 60:15 61:23
**measure** 115:25
**meat** 24:20
**med** 78:24
**medical** 3:21 4:2,7
  4:7 10:24 11:1
  13:9,11 14:2,20
  15:19,23 16:11,19
  17:7 19:23 20:5
  20:12 24:2 27:19
  27:20 28:15 29:3
  30:13,14 31:4,25

33:2 36:25 37:6
37:11 38:9,13
39:10,16 42:19
49:3 51:5 60:24
61:8 68:17,25
69:4,14,21 70:1,9
70:16,21 71:1,5,16
71:18 72:21,25
73:10,12 79:5
80:15,19 83:4,10
84:24 85:10,25,25
86:5 121:3 122:12
**medically** 111:9
**medicated** 124:6
**medication** 16:5,7
21:1,5,8 22:10
24:25 25:1,10
26:5,8 39:2 40:24
41:15,22 50:4,9
51:4,10 55:8 56:5
56:21 79:15,16
81:11 85:9 86:11
95:12 97:3 107:17
108:4 113:3
118:16,18
**medications** 20:16
20:22 22:3 24:11
26:24 27:19 29:18
51:3 56:23 81:2
86:7 92:16 106:7
111:22 117:24
**medicine** 92:12,25
97:7
**medicines** 24:5
93:4
**medium** 31:17,18
**meds** 4:8 24:8
78:25 81:2 86:1
105:5,9,21
**meet** 6:15,16

**meeting** 76:23
**member** 87:22
**memorial** 11:3
36:17 84:24 86:17
87:1,10 89:5
94:23 95:17 98:15
98:22 99:11,15
101:6 121:23
122:14 124:9
**meniscus** 83:12
91:3
**mentally** 94:10
**mention** 25:17,19
**messing** 12:8
**met** 9:17 99:9,14
101:19,20 102:10
**methadone** 113:4
**michael** 70:18
**middle** 83:23,25
84:2,7 90:6,6
**military** 44:18
**milligrams** 49:25
97:10
**mind** 17:5
**mine** 57:6
**mini** 127:3
**miniscript** 126:23
**minute** 23:15 41:4
80:3 112:13
**minutes** 26:18
32:12 36:17 58:7
**misread** 47:10
**missed** 96:23
**mistake** 8:25 9:16
**mitchell** 69:7
**modify** 4:6
**module** 16:15
**molestation** 7:9
113:8
**moment** 104:2

**monday** 1:19
13:15 14:2,25
**monitor** 115:5
**monitored** 115:7
**montana** 113:16
**month** 89:14
100:15 103:13
**months** 84:21 89:6
89:7,11,14 100:16
100:16 112:5,13
**morales** 76:19
**morning** 6:12,13
11:19 13:15,21
14:3,25 15:18
16:4 18:22 20:13
23:11,12,21 24:10
24:18 26:22 27:4
29:12 33:16 39:10
47:2,4,15 48:18,21
48:22 49:4 96:4
96:12,24 97:3,4,11
**motion** 3:23 4:2,6
75:18 80:14 85:23
**motorized** 126:19
**motrin** 19:15 20:1
37:25 39:25,25
40:25 41:18,23
52:2,8,9,11,21,22
81:16,17 82:20,21
97:8,9,9,10 107:22
107:24
**mouth** 14:23
**move** 6:18 58:8
**moved** 8:10
**moving** 8:3 54:10
83:19 90:19 91:23
**mri** 45:25
**multiple** 77:7
78:24 114:18

**n**

**n** 3:1 9:9 96:20,21
**n.e.** 2:15
**name** 6:2,24 7:3
9:3 12:5 33:7 35:8
38:22 97:17
**named** 5:15 8:22
8:25 19:2
**napier** 1:17 128:4
128:25
**nasal** 92:20
**nature** 72:3
**near** 12:23
**necessarily** 41:13
**necessary** 132:9
**necrotizing** 62:6
121:13
**need** 8:2 13:14,14
18:20 33:2 35:10
53:6 54:22 60:9
85:16 91:22 92:24
95:12 104:1
106:11 131:9
**needed** 26:24
123:4
**needles** 107:1,2
**needs** 29:10 30:13
111:6,7,12
**neither** 37:11
41:11 128:18
**nephritizing** 60:15
**nerve** 58:8 90:22
107:10 109:12,19
110:5 111:7,21
**nerves** 57:15,15
89:19,20 90:3
107:13
**neurontin** 90:22
92:18,22 93:7
97:7 107:19
112:21,22

Case 4:18-cv-00096-WTM-CLR   Document 95-3   Filed 08/30/19   Page 50 of 63

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

[never - okay]

Page 15

**never** 20:3,6,6
27:5,5 29:21
39:16,25 40:9,13
42:9,19,25 45:10
45:10,20,22 50:3
53:15 55:20 59:23
62:15,15,18,21,24
68:16,21 72:15
74:7,17 76:11,12
76:25 77:1 81:2,7
81:8,9,17 82:5,13
84:19 98:23 99:8
99:12 115:13,13
115:13
**new** 3:24 8:14
76:3 91:19 101:14
101:25
**news** 35:7
**nice** 6:15,16
101:25
**nicole** 2:14
**night** 16:11 20:10
20:11,12,16,17
21:2,21 31:8
34:18 49:18 58:4
61:24 62:4,5
94:19 95:20 97:12
117:9 121:10,15
121:21,22
**nikki** 6:2 97:17
**nine** 64:24 65:15
75:17 78:20
**noise** 6:19
**noisy** 56:3
**nonresponsive**
123:13
**nonstop** 106:25
**noon** 23:12 26:12
37:21,23 48:1,12
65:13 97:5

**normally** 54:24
**notarized** 131:12
**notary** 125:12
133:24
**note** 119:19,21
**noted** 132:4,5
**notes** 20:5,11
21:22,22 22:2
23:16 33:14 45:3
76:9 117:13
**notice** 1:15 3:20
5:7 8:12 66:22
**noticed** 11:14
39:21
**notified** 45:7
**notify** 85:23
**noting** 131:7
**november** 73:22
74:4 105:12,19
111:17 117:19
118:20
**nsmith** 2:17
**numb** 54:2,17 57:3
57:8 58:4
**number** 7:6 64:4
70:8 81:1 82:10
82:12,19 83:2,10
101:9
**numbered** 44:5
**numbers** 37:19
80:22 91:22
**nurse** 9:9 10:18
14:8 21:7 24:6
26:5 36:3 38:25
40:1 41:21 42:6
47:17,18,19 48:18
52:11 56:4 58:21
62:13,25 74:20
82:23 121:21
**nurse's** 21:12,17
24:6,6,16 26:21,22

29:6
**nurses** 16:19
24:12 27:1,17
30:19 31:5 59:25
122:17
**nursing** 21:21
44:7

**o**

**o.c.g.a.** 129:7,11
130:5,9
**oath** 124:24
126:19
**objections** 128:11
128:16
**observations**
80:24
**observe** 68:25
69:4,13,20,25
70:15,20,25 72:21
73:8
**observed** 49:12
68:21 70:3 87:15
**obvious** 61:21
**obviously** 11:24
77:16 93:15
**occasion** 88:24
**occurs** 116:10
**ocga** 132:7
**offer** 56:24,24
61:10 118:16
**offered** 40:9 76:12
81:8
**office** 5:13 19:3
47:8 53:2 76:21
76:23 105:23
**officer** 12:5 16:12
18:24 27:21,25
30:15 35:25 48:22
61:24
**officers** 27:18
30:13 50:4 79:24

96:24
**offices** 1:17 130:7
131:3
**official** 128:22
**officials** 63:10
**oh** 14:11 20:15
23:2 24:5 30:25
38:15 44:2,15,18
65:9,24 67:11
79:8 100:2 102:24
115:8,16,16
124:13
**okay** 6:12 7:1,5,13
8:10 9:14,24 11:9
11:13 13:2,5,17
14:5,22 15:25
16:7 18:22 21:25
22:9,16,23 23:2,7
24:24 25:9,14
27:7,13 28:17,23
29:8,22 30:18,23
31:24 32:20,22
33:7,10 34:24
38:15,18 42:14
43:16 44:4,15,22
45:6,14 46:13,17
47:7,10 48:4,7
49:1,16 51:16
52:20,25 53:17
55:6,9 61:4,15
63:2,5 64:14,19,22
64:25 65:25 66:10
66:13,19 69:3,25
70:7 71:10 73:8
73:24 74:1 75:8
75:13 78:19 80:1
80:11,14 81:1,4
82:12,15 83:1,2,9
84:16 85:6,8,10
86:16 87:17 88:8
88:19 90:12 92:12

Case 4:18-cv-00096-WTM-CLR Document 95-3 Filed 08/30/19 Page 51 of 63

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

[okay - phone]

Page 16

93:2,24 97:24
98:1,12,18,25
99:20 100:4,8
101:2,12,18
102:15,22 103:5
103:19 104:13,21
104:24 105:14,23
106:15,21 107:14
108:11,23 109:3,7
109:15,18,23
110:4,9,16,19,21
111:19 112:8,17
112:20,25 113:10
113:18,21,24
114:3,13,17 115:4
115:19 116:9,15
116:21 117:1,23
118:2,7,19 119:2,8
119:13,20,23
120:1,12,17 122:6
123:12 124:11
125:5,9,13,17,21
126:3,8,17,21
**old** 14:16 19:11
**once** 84:7 131:11
**ones** 37:9
**open** 17:14 54:8
132:9
**opening** 131:10
**opinion** 61:10 93:9
109:16
**opportunity** 125:6
**options** 105:6,22
109:12 117:25
**oral** 25:24
**order** 4:8 5:18
6:21,22 9:15
19:14 41:18 46:21
86:1
**ordered** 20:1 26:7
39:25 40:2,24

41:23 81:17 82:25
**ordering** 81:1
131:15
**orders** 3:21
122:17
**original** 4:4
124:14 131:14,17
**outer** 49:12
**outside** 57:9
**overall** 7:25
**overly** 101:25
**overwhelming**
94:11

## p

**p.m.** 22:12,13,16
22:18,20 25:8,23
27:11 44:23 49:7
65:7,8,16 127:5
**pa** 1:8 2:8 13:15
31:23 44:9 45:20
46:15 48:1 71:3
100:5 101:13,21
101:22 102:3
103:3
**pack** 79:22
**pad** 28:6 39:19
**page** 3:2,18 34:22
37:13 39:7 44:4,6
44:20 46:20 47:12
47:25 48:16 50:10
50:11,15,15 51:19
64:8,9,11,12,13,22
64:22,24,24 65:1,3
65:5,15,20,20,22
66:10,11 67:19
68:8 72:17 73:15
73:24 74:21 75:17
76:2,2 78:19
80:20 82:6,21
85:23 100:24
101:11 128:8

132:11,14,17,20
132:23 133:1,4,7
133:10,13,16
**pages** 50:7 51:18
64:5,5,6 66:10
80:18,21 126:16
132:9
**pain** 16:2,4 17:2,3
19:16 20:9 22:5
25:10 26:5,7
32:11,13 34:14,14
34:17 35:14,16
36:6,16 39:1,1
41:1,6,7,18 50:1
51:4 53:20 56:5
81:21 85:9 86:8
86:15 90:10,17,22
93:11 94:4 97:3,7
107:16 109:13,23
110:5 111:15,21
113:1
**painful** 21:10 32:2
32:19 54:5,17
57:2 90:21
**pains** 35:25 53:1
**paper** 81:19
**papers** 67:15
124:5
**paragraph** 64:15
65:14 100:23
101:2,3,24 103:1
120:7,7
**paragraphs** 65:2
101:9
**paralegal** 126:24
**pardon** 120:19
**parole** 7:11
**part** 12:22,24 17:2
22:2 37:12,15
60:13 76:3 77:18
82:2 90:23 123:12

**parties** 9:2 129:16
130:14 131:15
**party** 128:19
129:13,17 130:11
130:15
**pas** 14:1
**passing** 17:6
103:17
**patch** 113:5
**patient** 50:9
**patients** 36:15
**paul** 1:14 2:9
**pdf** 131:7,7,9
**peachtree** 2:15
**penalty** 66:3
**pending** 7:14,20
8:5 128:19
**people** 14:21 70:4
77:8 83:16 115:23
122:15
**peoples** 72:18
**perceived** 105:4
**percent** 88:11 89:2
**percentagewise**
88:8,12
**perform** 7:24
87:12
**period** 26:14 37:1
71:24 72:14 77:11
86:5,10,15 89:18
98:23 99:4 100:10
100:13 103:13,14
103:16 121:25
**perjury** 66:4
**permanent** 118:12
118:13
**permission** 54:25
**peters** 69:7
**phantom** 93:11
**phone** 36:5 54:24
67:9,10 121:2,4

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

[photocopied - provided]

Page 17

photocopied 37:14
photographs
124:3
photos 66:17
67:14
physical 89:17
94:4
physician 15:19
19:23,24 45:17
60:17 99:4 117:21
122:22
physician's 19:2
37:20 39:9 42:7
physicians 3:21
16:24
pick 36:15 52:14
52:18
picked 37:9 46:1
picking 102:19
picture 66:17 67:8
pictures 54:7,22
54:25 66:11,14
124:15
pieces 40:17
pill 20:14,15,17,24
21:2,3,3 23:11,12
23:12,13,14,22
24:10 26:2,3,23
29:18 33:5 40:2
41:19 46:24 47:2
47:9 50:21 51:8
52:16,17 65:13
78:24,25 79:13
81:8,10 96:22,23
pillow 23:25
pills 27:15
pilot 115:21
pink 18:9,12 28:18
32:4 36:4 45:12
61:18

pins 107:1,2
pissed 16:21
place 77:5 94:13
131:12
placed 46:3
plaintiff 1:5 2:3
plaintiff's 3:23 4:2
plan 45:7
plans 93:16 95:2
124:16
players 110:24
pleaded 29:15
pleading 80:9 86:2
86:4
please 6:6 8:11
13:7 15:1 38:2
47:25 48:16 53:6
75:10 131:6,10,11
131:20 132:9,9
plex 114:2
point 15:7,13 17:5
22:5 33:4 40:7
42:17 53:15 54:21
60:21 61:16 81:13
81:13 82:3 87:9
87:20 92:1 100:12
104:4,20 108:22
109:11
pointed 32:4 34:10
policy 53:14
pontrelli 1:14 2:9
3:5,7 5:1,4,6,11,12
6:6,11,14,20 37:5
43:21 61:7 63:6
64:1 65:17 67:1
67:12,17 75:13
80:6 82:9 85:20
86:24 91:25 94:8
97:13 98:8 120:4
120:6 123:18
124:12,19 125:14

125:18,22 126:1,4
126:9,15,18,22
pop 17:13
pops 92:4
pose 98:3
position 105:3
possession 66:14
possible 78:10
post 85:15
pound 91:2
pounding 35:7
powell 2:15 6:5
power 78:11
ppontrelli 2:12
practice 1:16
premises 64:16
prepared 86:1
prescribed 37:25
49:25 86:14
prescriptions
20:19
present 64:16
68:16
presented 46:24
49:8 58:20
pressure 47:21
108:2,3
pretty 20:2 44:14
53:24 71:4 83:4
91:4 117:5,6
preventing 30:5,7
123:15
primarily 116:9
print 131:8,11
prior 59:10 99:8
99:11 113:7,15
prison 1:18 2:5 4:7
11:2 44:8 68:4
71:15 85:24 91:5
92:5,10 94:22
95:7 96:6 98:15

99:16 103:14
110:2 113:4
114:20,21 116:16
123:3 125:19
prisons 55:14,19
pro 2:4
probably 8:11
38:23 46:4,6
51:17 52:15 54:21
57:15 63:7 71:3
105:17 123:7
problem 11:7,16
42:21 63:18
104:18 107:8
problems 88:22
108:16 110:5
115:23
procedure 5:24,25
53:10,14 77:5,7
78:9 87:2,11
132:7
process 77:22 78:5
118:24
processed 76:7,18
77:25
production 131:21
professional
122:13
progressing
102:14 103:22
prohibited 129:11
130:9
proper 59:10
protected 63:14
protocol 29:23
prove 42:22 47:24
provide 56:22
129:9,13 130:7,11
provided 46:18
131:12

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

**provider** 24:2 38:9
**providers** 38:13
**proving** 42:20
**provisions** 129:7
  130:5
**public** 133:24
**pulled** 61:23
**pulling** 81:2
**pumps** 89:10
**puppet** 110:14
**purple** 15:15
  17:14 18:6 24:23
**purposes** 5:24
**pursuant** 1:15 5:6
  5:23 129:3 130:2
  132:6
**push** 78:12
**put** 6:22 8:4,7 12:2
  15:7,20,20 25:14
  28:5 39:19 40:11
  40:19,19 42:24
  47:20 66:21 67:12
  83:6,14 84:19
  91:1 95:8 104:10
  105:3 113:3 121:4
  122:25
**putting** 14:22
  115:20 121:14
  123:19

**q**

**quality** 66:16
**question** 19:25
  29:22 34:21 43:13
  43:14 58:15 63:6
  69:20 86:24 94:8
  98:3,9 120:17
  123:16
**questions** 6:17
  10:1,3,7,12 23:1
  64:23 87:19 97:14
  97:22

**quick** 6:21 80:2
**quickly** 64:11
**quit** 81:22
**quote** 53:21 120:9

**r**

**r** 9:9,9
**randy** 72:18
**ranking** 63:10
**rate** 129:16 130:14
**reaction** 45:15
**read** 38:2 50:22
  53:15 76:3 81:24
  105:1 109:17
  125:7 131:6 132:2
**reader** 131:9
**reading** 34:21
  131:2
**real** 6:20 31:15,16
  35:15 94:25,25
  123:6
**realize** 96:25
**really** 8:2 12:13
  22:14 35:16 36:11
  36:16 42:16 57:14
  60:8 101:22
  104:19 106:11,12
  110:11,17 111:24
  123:16
**reason** 45:8 63:20
  78:8 115:20
  125:15 132:13,16
  132:19,22,25
  133:3,6,9,12,15,18
**reasons** 132:8
**recall** 21:20 24:13
  86:21 87:9,20
  106:19
**recap** 32:21
**receipt** 119:4
**receive** 10:9,16,17
  10:19 25:10 50:19

51:15 74:23 75:5
  94:16 118:21
**received** 11:1,2,2
  11:3 16:4 25:6,24
  26:14 27:19 41:7
  43:22 51:3 53:3
  59:9 69:1,14 74:7
  74:17 79:1,2
  81:17 84:24 85:9
  86:5 110:1
**receiving** 72:3,25
**recess** 80:3
**recognize** 80:8
**recognized** 4:5
**recollection** 10:22
  25:23
**record** 5:12 6:1
  7:3 9:22 11:1
  17:17 34:20 37:24
  38:12,23 42:7
  47:16 48:2,9,17
  49:3,24 54:18
  56:2 65:14 67:13
  81:12 82:1,17,19
  85:2 86:23 123:20
  128:15
**recorded** 128:12
**recording** 56:1
**records** 3:21 4:3,7
  10:20,24 25:16
  26:13 33:20 36:25
  37:6,22 39:21
  51:5 60:24 62:7
  79:6 80:15,19,24
  80:25 81:25 82:3
  82:19 85:25
**recovered** 93:10
**recovery** 100:10
  103:14
**red** 11:24 12:13,13
  12:19,20,25 15:15

17:14 18:6,8
  24:23 49:12,17
**redness** 49:13
**redress** 47:22
**reevaluation**
  39:11
**refer** 79:2 100:23
**reference** 80:22
**referral** 117:20
  129:14 130:12
**referred** 9:25
  111:13
**referring** 51:23
  65:1 85:4 90:5
  102:3,6 103:3
  120:13
**refers** 65:5
**refilled** 56:22
  105:5,21 108:5
  118:18
**reflect** 17:17 33:14
  34:20 42:8 49:4
  54:18 56:2 85:2
**reflected** 38:9 48:2
**reflecting** 37:24
  44:24
**reflects** 48:17
  49:24 65:14
**refused** 29:5
**regular** 126:23
**regulations** 129:3
  130:2
**reidsville** 21:1
  22:4 38:3 51:11
**reiterated** 34:13
**relate** 37:10
**related** 59:3 86:9
  92:21 109:19,25
  128:18
**relating** 39:1

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

May 6, 2019

**relationship** 129:7
  130:5
**release** 8:8 91:12
**released** 101:5
**relevant** 37:1
**relief** 34:17 112:23
**reluctance** 7:22
**remain** 124:24
**remember** 27:9
  49:22 79:10 80:23
  82:10 86:22 99:23
  100:2 119:10
**remind** 97:6
**removed** 12:23
  54:19 85:2 90:1,9
  106:18
**renew** 105:9
**repair** 113:22
**repeat** 97:25
**replaced** 6:23
**replied** 34:12
**reply** 77:9 118:21
**reported** 1:16
**reporter** 3:10,11
  43:9 53:6 67:2
  75:10 85:17
  126:10 128:4
  129:1,5,13 130:11
**reporter's** 3:13
**reporting** 71:23
  72:2 129:3,6,8,9
  129:10,12,13,14
  129:15 130:2,7,11
  130:12
**reports** 83:5
**represent** 5:13,16
  5:20 6:1,3 10:6,25
  37:17,20 64:2
  97:18
**represents** 5:22

**request** 50:13
**requested** 90:9
**required** 59:11
**research** 9:13
  10:11
**reserved** 131:6
**respond** 43:15
  63:12,19
**response** 63:22
  74:7,17,23 75:5,7
  77:4,9 90:1
  119:16
**responses** 10:6,10
  10:16,18,19
**rest** 39:11 57:16
  85:15
**return** 36:24
  39:10 89:13
**returned** 34:16
  131:13,16
**review** 125:7
  131:6
**riding** 112:12
**right** 7:2,21 8:13
  8:18 9:19 10:8,15
  11:6,18 12:11
  13:4,6,8 14:4,14
  14:22 15:1 16:21
  17:5 18:15,16
  20:20 21:1 23:16
  24:8 26:4 31:22
  31:24 33:4,15,16
  34:2,5 37:16,23
  38:7 39:2,5,7
  41:15 43:21 44:18
  45:13 46:18,20
  48:16 49:11 50:2
  50:3,6,12 51:11,16
  51:23,24 53:4
  54:11,15,15,18
  58:9 59:20 63:16

64:1,12 65:10,18
  66:7,21 67:17
  68:6,13,20 69:13
  70:3 72:22 73:6
  73:14 74:10,18,24
  75:22 76:1,20
  77:23 80:6,7,14
  84:3 85:1,20
  86:13,21 87:24
  88:15,18,20,23
  90:10 91:5 92:1,2
  92:21 94:12,13
  95:12 96:11,18,19
  96:21 98:2,7,11
  100:7,20 101:8
  102:6,17 104:16
  106:16 107:9
  108:7,13,19,22,25
  109:2 110:14,22
  111:5 114:19,22
  115:21,25 116:1
  116:12 117:4
  119:5,11 120:5
  121:23 123:6,20
  126:14,22 131:6
**ring** 84:11
**rise** 53:12
**river** 55:16
**rivers** 3:25 5:20
  10:4 73:20 74:12
  75:21,24 76:5,7,21
  77:22 78:14 119:1
  119:17,19
**road** 1:18 2:5
  118:10
**robertson** 67:21
  67:24
**rocephin** 39:9
**roll** 96:12
**ronny** 73:6

**room** 11:23 18:25
  28:3,8 34:15 35:6
  46:24 95:20
**roswell** 131:24
**rotten** 24:20
**roughly** 26:17
**rounds** 100:5
  101:14
**route** 36:13
**rude** 22:25 24:14
**rule** 132:6
**rules** 5:23,25
  129:3 130:2 132:6
**run** 36:6 88:7
**running** 88:6
  96:25

|     |
| :-: |
| **s** |

**s** 3:16 78:24
**s.w.** 2:10
**sales** 113:22,23,25
**sat** 12:5 18:25 32:1
  32:3 34:5 106:23
  111:24
**savannah** 1:2
  128:22
**saw** 14:9 16:12
  17:6 26:19 28:2
  28:15 30:3,3,24
  32:3 34:1 36:4
  37:23 40:3 44:9
  44:24 45:3,10,19
  47:8,14 48:18,20
  49:2 53:23 56:18
  63:15 70:4 72:13
  72:15 76:19 98:23
  99:24 103:18,22
  105:4,23 115:4
  117:19 120:22
  122:1 123:23
**saying** 8:24 42:24
  48:9 51:14 78:4

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

79:11 84:6 87:20
123:15,18
**says** 36:15 37:22
44:9,13 45:6
47:11 65:3 74:10
101:13,25
**scale** 90:16
**scooting** 83:24
**scott** 35:9 69:16,23
72:9
**screven** 48:23
**se** 2:4
**seal** 128:22 131:13
**seat** 56:3
**second** 12:17
32:21 41:11 56:18
74:5 76:22 103:12
109:16
**seconds** 58:7
**section** 101:1
**see** 9:24 11:24
13:15 15:19 16:19
18:23 19:2,6
21:12 23:3,14,19
24:3,5,9,9,13
25:11,16,18 26:6
26:19,20,20 27:1,4
28:19,20 29:7
30:20 31:5 32:2
34:6,9 37:16,19
38:7,8,9,16,17,19
39:8 40:2 41:23
45:12,20 47:4,4
50:15 51:17,25
53:19 59:20 65:18
73:14 77:4 81:5,6
82:17 84:12 94:15
95:9 99:3,6
102:14 103:15
104:10,14 105:1,5
105:22 111:3

112:1,1,4,4 118:8
118:9 122:10
123:4,22 131:10
**seeing** 104:18,23
**seen** 17:4 24:2
29:3 32:20,23,24
34:25 45:10 49:3
54:7 61:1 94:16
95:4 124:15
**self** 24:25 50:9
**send** 8:11 10:6
30:14 35:17 40:10
63:17 66:24 125:3
126:6 131:14,20
**sending** 16:10
59:17 112:16
120:24
**sense** 9:20 65:12
109:15 112:15
**sent** 9:25 10:3 11:4
13:18 16:18,21
17:11 22:4 28:1
35:19 39:21 45:5
48:23 52:1 60:4
62:3,6 67:15 76:9
77:2,3 93:4 95:3
109:8 121:10
**sentence** 101:24
103:1
**series** 6:17
**serious** 87:14
89:23,23 95:10
**seriously** 61:21
62:2
**serve** 9:7
**served** 5:19
**service** 5:19
**services** 129:9,13
130:7,11
**session** 18:23
31:25

**set** 123:10
**severe** 18:1
**shape** 30:16 121:9
**she'll** 126:25
**sheet** 125:14
**sheets** 23:25 28:24
29:17
**shift** 11:22
**shock** 120:22
**shocked** 19:14
23:24 120:22
**shoe** 15:24 28:10
54:19
**shoes** 85:2
**short** 14:13,15
31:15,15 89:15,17
**shortly** 6:22
**shot** 25:13 32:9,13
33:5 34:14 40:22
40:23 41:1,2,6,7
42:12 43:23 46:2
57:7 81:22,22,25
82:1,13,18,19
**shots** 34:16 43:22
43:24 53:1 81:18
82:16,18
**shoved** 15:4
**show** 26:13 50:10
67:13 78:25 80:7
81:10 82:16 84:14
85:3
**showed** 54:19
61:24 72:11 82:1
**shower** 15:24
28:10
**showing** 84:11
85:21
**shown** 75:13
**shows** 38:13 39:9
81:25 82:17,18,19
83:10

**sick** 29:23,25 30:8
104:10 105:19
**side** 78:23 82:4
83:14
**sign** 79:4 124:25
125:7 126:18
131:6,11
**signature** 3:9
37:20 38:11 39:9
50:16,17 51:19
65:22,25 73:19,19
128:24 131:17
133:20
**signatures** 50:22
52:6,7
**signed** 51:1,5,8
52:1,1,2,3 71:10
73:21 74:4,11,14
124:5,6 131:13,16
**significant** 18:19
**significantly** 15:8
**signing** 131:2
**sir** 5:5 8:17 9:21
10:2 34:4,22 35:4
48:16 51:21,25
53:8 62:12 65:22
65:24 66:11 80:10
82:7 86:2 103:11
116:7
**sit** 50:22 54:4
93:23
**sitting** 17:7 18:25
19:6 29:12 56:2
57:20 92:2 108:14
110:24 112:14
121:3
**situation** 77:11
109:4 111:5
**six** 5:20 14:14,14
37:19 50:1,7
64:15,22 112:5,13

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy

**[skin - sued]**

skin  15:14 89:20
  107:12 115:7
  116:1
skinned  14:13
skinny  31:16
skip  44:19 50:6
  51:18 64:24 65:18
  73:24
slash  44:7
sleep  96:2,2,3
  112:24
slide  50:20
slip  16:22 29:25
  30:8 31:10,11
  60:4 81:9
slipped  51:2
slips  37:13
slow  121:9
slowing  34:11
small  37:13
smelled  24:19
smith  2:14 3:6,8
  5:21 6:2,2 12:6
  43:8,12,17,19
  66:23 67:6,10
  82:6 94:6 97:14
  97:16,18 120:1
  124:2,11,23 125:2
  125:6,10 126:6
  127:3
sob  44:7
sock  16:1 54:19
socks  85:3
sold  91:19
solutions  129:9
  130:4,6,8,10,13
solve  107:8
somebody  26:25
  29:9 92:15
soon  125:23 126:4

sorry  11:12 43:20
  46:13,21 51:16
  64:24 68:24
  111:11
sort  37:25 72:1
  93:17
sounds  58:25 73:1
southern  1:1
speak  94:17
specialist  111:24
specific  4:2 80:15
specifics  10:23
  60:25
spider  31:9 49:19
spin  16:20
split  15:14 17:14
spoke  24:13 83:6
spoken  99:12
spot  25:15
square  2:10
squeaky  56:3
squeezed  46:1
  123:8
squirted  123:9
stack  124:14
staff  4:7 47:23
  85:25 87:22
stamp  37:16
stamped  67:20
  79:1,2
stamping  75:15
stamps  64:11
stand  12:4 54:4
standard  61:13
stands  8:22
start  10:21 18:7,13
  26:9 27:11 89:4,8
started  12:8,9 15:3
  15:15 23:23 24:19
  28:20,21 71:21
  86:21 87:1,11

starting  17:15,16
  17:22 54:13 67:19
  71:7 76:2 80:19
  86:14
starts  101:5
state  1:17 2:5,10
  4:6 6:1 7:3 8:15
  37:2 44:8 51:6
  63:10,15 75:14
  80:8 85:21,24
  98:15 99:16
  113:17 116:4,20
  128:2,5 130:7
stated  128:8
statement  3:13
  71:10,20 132:8
statements  66:4
  67:18
states  1:1 44:9,10
stating  123:15
station  21:12,17
  21:21 24:7,16
  26:21,22 29:6
  30:19
status  76:10
stay  91:6 93:19
  94:1
stenographically
  128:12
step  32:17 54:14
stepped  28:10
  34:15 40:14 83:14
sting  58:6 90:20
  106:24
stinging  12:15
  89:16
stings  58:4
stipulation  3:3
stitch  84:20,20
stock  38:3,4,5 81:2

stop  12:17 15:12
  36:23 54:6 57:5
  58:6,7 60:13,20
  81:20 89:16,21
  90:23 93:13 100:7
  113:1 118:9
stopped  17:8
  59:14 81:22 109:2
  112:20 121:1,4
straight  102:21
  110:11
streaks  18:9 28:19
  32:5 36:4 45:12
  45:19 61:18,23
  121:8
street  2:15 71:4
  91:19
strips  18:12
strong  123:1
stuck  40:17
stuff  24:19 28:9
  30:11 39:18,23
  40:4,4 42:16 46:1
  47:3,21 52:11
  57:22 60:1 79:25
  81:7 87:5 89:9
  91:5 93:5 113:6
  117:7 124:16,22
stumble  54:14
  83:16 88:23
stumbling  84:5
stunk  28:11
stupid  117:9
style  54:4 106:23
subscribed  133:21
substance  132:7
substitution  9:2
  9:15
sudden  104:17
sued  38:25

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy
May 6, 2019

**suffered** 109:19
**suggest** 48:7
**suggested** 13:8
**suggesting** 58:16
**suite** 2:16 131:23
**summed** 83:5
**sunday** 13:24
  64:19
**support** 83:15,18
**supports** 120:18
**suppose** 108:1
**supposed** 7:14
  29:18 65:8 77:5,7
  115:5 122:9
**sure** 26:11 31:2
  33:15 48:10 61:17
  88:1 97:14 103:5
**surgeon** 36:21
  45:25 60:14 62:5
  123:5
**surgery** 59:1,4,10
  59:11 85:16 86:21
  87:12 89:3 99:15
  99:18,19 100:13
  109:21
**surgical** 87:2
**surgically** 12:23
**surrounded**
  122:14
**swab** 59:22 95:19
  121:21
**swabs** 122:18
**swear** 6:6
**swell** 15:3 17:15
**swelling** 17:20
  18:1 19:19 24:21
**switch** 82:11
  111:21
**swollen** 15:4,8,19
  17:12,13,22 45:11
  46:25

**sworn** 6:9 7:2
  128:9 133:21
**system** 68:3,10
  72:19 75:16 127:2

**t**

**t** 3:16
**table** 28:4,6 40:18
  110:24
**tabs** 49:25
**take** 12:9,10 13:9
  14:21 33:17 36:12
  51:12 53:6 54:25
  60:3 67:8 80:2
  92:25 97:10 108:2
  118:17
**taken** 1:13 5:6,23
  19:12 60:13 80:3
  128:6
**takes** 30:11 36:10
  36:20
**talk** 13:10 43:10
  55:25 63:11 88:3
  94:17 111:24
**talked** 35:24 49:5
  68:23 76:16,21
  87:25 109:4
**talking** 35:13,21
  38:11,12 40:24,25
  51:20 63:21 67:18
  71:5 79:3,5 82:10
  90:15 101:22
  103:6,8,10 115:10
  115:16
**tall** 14:14
**tc** 7:12,15
**telfair** 121:1
**telfinite** 40:3
  52:10,12,19
**tell** 8:2 9:7 11:13
  21:4,5 23:16
  30:23 31:22 34:7

34:24 49:20 50:11
  56:17 76:1,4,20
  80:21,23 84:19
  91:10 94:9 100:3
  102:9,11,17 105:3
  108:7,18 110:10
  111:20 120:17
  126:25
**telling** 72:10 93:12
  98:4 109:9 111:6
  121:12
**tells** 21:11 36:13
  36:20
**ten** 53:11 65:1
  89:15 90:16
**term** 7:10 35:12
**terry** 1:9 2:8 5:15
  6:23 8:23,25 9:4
  9:16,17 10:13
  23:18,20 27:22
  31:6 38:20 58:21
  62:22
**test** 87:7 95:22
  115:21 121:20
**testified** 6:9 40:21
  123:14
**testify** 42:18 128:9
**testimony** 16:3
  18:11 22:9 28:14
  29:2 30:21 38:4
  39:14 41:6 43:3
  50:18 56:4 64:15
  95:14 125:4,8
  128:10,16 132:2,7
**testing** 46:10
  95:15
**tests** 20:3 45:23,25
  59:12,16,16 87:6
  95:11 121:18
  122:12,18

**thank** 11:5 34:24
  43:19 53:8 81:15
  103:11 107:2
  123:20 124:12
  126:22
**therapy** 89:17
**thereof** 128:20
**therm** 8:4
**thigh** 32:5 61:19
**thing** 44:6 45:24
  56:1 59:15 69:24
  76:17 77:1 79:22
  84:19 89:10 92:4
  107:11 111:7
  117:6 123:2
**things** 8:1 50:20
  58:2 59:1 63:9
  81:6 97:21 109:24
  111:4 122:16
**think** 14:23 20:11
  21:23 23:14 24:4
  24:4 27:2 33:18
  38:24 42:22 47:21
  55:13,20,22,24
  63:15 65:2 72:20
  73:7 76:5 83:16
  85:5,12,15 86:24
  94:2 100:22,25
  102:20 111:1
  115:4,9 119:14
  120:1 122:1
  124:15
**thinking** 26:9
**third** 57:12 74:10
**thirst** 76:17
**thomas** 67:20,24
**thought** 15:5 31:8
  40:21 48:5 49:18
  83:8 122:24
**three** 19:1 30:11
  50:7 51:21 53:16

Cager Maleeah
Maleeah, Cager A. Vs.  PA Darcy
May 6, 2019

**[three - two]**

55:4 56:1 64:8
66:11 76:15
113:12 126:15
**threw**  76:13
**throb**  41:5
**throbbing**  35:7
49:9 89:16
**throw**  79:23,24
**tied**  57:21
**tight**  15:5,6
**time**  7:23 11:20
15:11 20:6 26:13
26:21 28:10,18
32:17 36:15 38:10
39:17 40:10,14,15
40:16,19 42:9,18
42:20 43:7 44:18
44:24 46:7 47:20
47:23 50:21,23
51:4 53:6 54:21
56:10,17 58:3
63:8 71:14,24
72:14 77:12 78:12
80:1 86:5,9,11,14
87:3,9,20 89:18
91:14,17 92:10
95:21 97:1 98:23
99:4,5,23 100:13
101:19 102:10
103:13,16,17,19
103:20,21 104:8
105:18 107:11,12
108:18 110:12
115:7 121:25
128:7,11,17
131:16
**timeframe**  46:12
**times**  8:1 56:7
70:8 83:13 94:11
99:3 105:14
114:18

**timing**  99:14
**timothy**  68:13
**tingle**  106:24
**tingled**  11:25
**tingles**  58:3
**tingling**  54:2 57:2
**titled**  80:14 85:23
**today**  44:9 54:20
57:21 88:9 90:15
94:3 95:23 98:13
117:11
**toe**  12:23 54:2,9
54:15 57:3 58:12
83:17,19,22,25
84:9 89:22,24
90:6,6 93:14
106:18,20,21,25
107:8 111:5,5
**toes**  24:20 40:18
84:7
**told**  8:4 14:1 20:16
21:6 26:5 27:1
30:19 36:5 38:13
41:16,17 45:19,22
46:3,15 49:9,18
53:23 56:19 57:13
58:17 60:14 70:2
72:7 82:24 83:7
83:20 89:2 92:23
93:9 94:24 98:13
104:6 107:3,9,11
108:9 109:12
112:15 113:2
122:23
**tony**  1:8 2:8 5:14
8:22 58:17 63:3
**top**  37:15 54:8
58:6 67:20 96:13
96:15 123:9
**toradol**  39:10 41:1
81:18,19 82:13

**tore**  83:11 91:3
119:4
**total**  53:16
**touch**  39:24
**touched**  20:4,5,6
39:17,20 42:25
47:23 54:16 92:14
96:16 102:22
**touches**  96:13
**touching**  16:15
**tracking**  68:7
**tracks**  17:8 121:1
**trained**  59:25
111:9
**trans**  127:3
**transcribed**  38:23
128:13
**transcript**  3:13
128:8 131:2,6,7,14
131:17 132:2
**transcription**
128:14
**transfer**  7:14 8:5
98:21
**transferred**  98:14
**transitional**  7:16
7:17
**transpired**  104:20
**traumatic**  123:17
**treat**  95:7 98:18
118:15
**treated**  38:24 48:1
48:11
**treating**  120:16
**treatment**  33:2
37:10 59:9,11
94:16,18 103:24
104:1 109:25
110:1 116:13,19
121:14 122:8,11

**tremendously**
89:25
**trial**  124:20
**trick**  25:17
**tried**  89:17 93:3,3
**trouble**  27:25
61:23
**true**  64:2 66:5
77:21 128:15
**truth**  128:9,10,10
**try**  6:18 21:14
27:25 31:6 54:13
58:13 82:9 93:19
98:1,10 111:21
118:4
**trying**  25:14 46:12
46:21 48:7 77:3
80:25 81:12,13
90:25
**tube**  52:4
**tuesday**  28:25
65:4,5
**turn**  11:23 31:7
54:13 83:15 88:21
88:21
**turned**  30:20 32:8
60:16 83:13
**turning**  90:25
**turns**  88:21
**tutored**  91:16
**tv**  35:6
**twice**  56:8
**twin**  84:15
**two**  14:14 16:23
26:4 27:14 34:16
38:13,21 43:23
49:25 50:7,10
53:1 56:17 64:7
66:11,11,19 67:13
67:20 73:15 76:3
80:20 81:18 82:2

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

82:16,18,20 84:21
89:6,7,11,14 95:4
96:3 97:11,11
100:16,16 101:9
103:13 105:14
124:14 126:15
**tylenol** 27:17
**tyler** 1:8 2:8 5:14
8:22 10:16,17
13:11 14:8 21:24
24:14 27:1,4
29:12 31:6,20
38:8,8,16,21 48:23
49:5 58:21 62:16
64:16
**tyler's** 38:22
**typed** 128:15
**typo** 65:2

**u**

**uh** 11:8,10 22:8,8
30:25 33:12 37:7
39:3 48:13 56:6
56:15 67:22 69:17
71:9 73:23 74:22
79:18 92:11 94:5
108:15 115:12,22
**unacceptable** 57:1
57:17
**unconcerned**
121:8
**undersigned** 132:2
**understand** 8:20
17:1 23:5 24:24
38:18 58:12,17,18
59:18 62:10 82:2
84:16 97:22 98:4
123:19 127:2
**understanding**
5:17 25:6 109:3
**understood** 59:18
98:5

**unfortunately**
107:7
**united** 1:1
**unrelated** 110:6,8
**update** 76:10
**upset** 59:24 91:24
**upshaw** 70:11
**use** 7:22 82:4
124:20 132:9
**usual** 129:16
130:14

**v**

**vac** 89:10
**valcure** 74:13,14
**van** 112:12
**variety** 117:11
**vascular** 36:21
123:5
**verbally** 122:2
**veritext** 129:9
130:4,6,8,10,13
131:21
**versus** 25:2
**veteran** 94:24
**vincent** 35:8 69:23
72:9
**violation** 53:12
**visit** 37:17 49:4
83:10 105:12,19
105:24 107:16
111:17 112:13
118:20 119:9
120:13
**visits** 78:24
**voice** 77:6
**volcano** 123:10
**vs** 1:6

**w**

**w** 19:22 68:8

**wait** 22:3 23:14,15
41:4 51:11 97:23
**waiting** 7:19 20:17
21:9 24:5 34:6
87:6 112:1
**waived** 5:19
**wake** 23:11 96:3
**wakes** 58:4 96:11
**walk** 10:21 11:16
32:17 37:10 58:4
89:8
**walked** 13:9 24:15
24:17 27:3 28:8
29:21 57:19
**walker** 70:19 73:7
**walking** 41:14
88:5 89:4,15
90:19 121:2
**walks** 36:9
**wall** 88:24
**want** 10:12 21:11
25:18 27:10 33:15
36:24 37:10 44:6
57:18,21,21 58:23
61:16 67:23 82:4
88:1 91:6,7,8 94:1
100:20,23 110:17
113:2 118:4 127:3
**wanted** 48:10
91:12 99:6 102:14
103:5 118:9
123:22
**wanting** 9:5
**warden** 17:6 76:19
120:25,25
**washington**
113:16 114:4,5,6,8
116:5,20
**watching** 35:7
**water** 12:15 41:2,8

**way** 17:20 35:15
35:20 45:13 46:2
54:8 63:18,22
68:7 73:15 78:6
81:24 88:14,14
94:12,16,17 95:21
98:7,8 104:25
108:19 109:17
115:6 121:9
122:19 123:2
**wayne** 67:21,24
68:16,16
**we've** 80:7
**wear** 15:22 96:10
115:17
**wearing** 115:10
**wears** 14:15
**week** 89:6 101:5
**weeks** 37:8
**weight** 47:21
83:14,18 91:1
**weird** 83:18
**went** 11:4 12:2,2,5
15:2,9,18,23 16:11
16:11,13 18:23
20:8,9,12,13,15
23:21 26:8,13,20
26:22,25 27:16,20
29:6 31:4,25
33:25 34:25 35:5
35:6 41:19 45:4
48:24 70:8 79:6
89:6 91:2 95:17
95:20 99:5 106:7
110:12 111:19
118:23 121:23
122:19 123:10
**whack** 81:22
**whatsoever** 34:17
41:2 61:12

Cager Maleeah
Maleeah, Cager A. Vs. PA Darcy

May 6, 2019

**[wheelchair - zero]**

Page 25

wheelchair  89:13
   91:8,9
wheeler  73:10
wheezing  44:7
wilcox  55:16,16
willing  67:2
win  95:13
window  16:17
   20:24 21:4,7
   26:23 29:19 40:1
   40:3 41:22 50:21
   51:2,9 82:24
windows  81:9,10
witness  6:7 17:17
   34:20 43:11,16,18
   43:20 50:13 54:19
   67:8,11,15,18 72:7
   73:11 82:8 85:2
   94:7 123:22
   124:18,21 125:1,5
   125:9,13,17,21,24
   126:3,8,14,17,21
   128:8,11,16,21
witnesses  42:17
   43:4 73:12
witnessing  73:1
woke  11:15,22
   15:4 28:22 124:7
woman  31:19
wondering  79:8
wooten  27:25
word  7:22 19:17
   82:3
words  14:23 31:23
   46:5 76:2 94:9
   109:6 121:13
work  8:15 11:18
   11:19,22 12:3
   15:9 34:15 45:25
   59:20 87:5 91:13
   93:4 94:1 95:11

95:15 99:1,2
   112:9,15 114:1
   122:18
worked  30:15
   85:10
working  34:11,13
   57:24
works  93:7 112:4
   127:1
worry  39:6
worse  33:11 34:12
   89:18 94:21,21,21
wound  59:23 89:8
   89:10,12 100:15
   103:22 106:14
wow  36:10 60:8
wrath  63:17
write  47:12 81:12
writing  10:13 19:7
   46:23 78:13
written  10:1 81:6
wrong  11:25 12:6
   12:12 58:16 61:6
   61:21,22 62:2
   76:6 106:5
wrote  41:13 81:18
   119:19
wtm  1:6

**x**

x  3:1,16

**y**

yards  58:5 90:20
yawn  70:24 71:8
   72:9,11,24
yea  107:20 116:2
yeah  9:21 13:23
   16:1 17:22 22:19
   23:5 26:3,16,21
   35:2 38:2,21
   39:13 40:23,23

42:15 43:11,24
   44:12 45:4 47:19
   48:19 49:15 51:8
   51:14,16 65:9,9,9
   65:13,24 66:18
   67:15 68:12 69:22
   70:6 71:16,22
   73:3,5 77:17 79:7
   82:8 84:1 86:8
   90:11 96:1 97:17
   102:24 106:22
   107:4,6,18 109:17
   112:22 114:14
   116:8,22 122:11
   126:9
years  19:11
   113:12
yep  12:18 28:20
   29:1,24 55:5
   70:14 74:16 90:8
   93:11 105:21
   113:14
young  14:13

**z**

zero  61:14

Georgia Code

Title 9, Chapter 11

Article 5, Section 9-11-30

(e) Review by witness; changes; signing.
If requested by the deponent or a party before
completion of the deposition, the deponent shall
have 30 days after being notified by the officer
that the transcript or recording is available in
which to review the transcript or recording and, if
there are changes in form or substance, to sign a
statement reciting such changes and the reasons
given by the deponent for making them. The officer
shall indicate in the certificate prescribed by
paragraph (1) of subsection (f) of this Code
section whether any review was requested and, if
so, shall append any changes made by the deponent
during the period allowed. If the deposition is not
reviewed and signed by the witness within 30 days
of its submission to him or her, the officer shall
sign it and state on the record that the deposition
was not reviewed and signed by the deponent within
30 days. The deposition may then be used as fully
as though signed unless, on a motion to suppress
under paragraph (4) of subsection (d) of Code

Section 9-11-32, the court holds that the reasons
given for the refusal to sign require rejection of
the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.