**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| CAGER A. MALEEAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 418-096-WTM-JEG |
| DR. DERONDA BROWN, JUANITA | ) | |
| GREEN, HELEN TYLER, TONYE | ) | |
| ANDERSON, HANNA DORCE (f/k/a | ) | |
| P.A. DARCY) AND DEBORAH | ) | |
| IVEY-TERRY, | ) | |
| | | |
| Defendants. | | |

### **Affidavit of Deronda Brown, M.D.**

STATE OF GEORGIA
COUNTY OF CHATHAM

1.

I am a medical doctor licensed by the State of Georgia since 2001. I attended Morehouse School of Medicine, earning my medical degree in 1997. I completed my residency in family practice medicine in 2001.

2.

As of July 2016, I began working as a primary care physician at Coastal State Prison in Garden City, Georgia.

3.

On November 3, 2016, I treated inmate Cager Maleeah for routine complaints of numbness and tingling in his left third toe, as well as pain related to a prior amputation of his fourth toe on his left foot. The medical encounter form is attached to this Affidavit as Exhibit "A."

Exhibit 4

4.

I performed an examination of Mr. Maleeah, which included looking at his left foot.  His vital signs were within acceptable limits.  I examined the scar on his left foot.  He did not have any swelling, redness or warmth in his left foot.  Mr. Maleeah had full range of motion to his left third toe.

5.

After discussion with Mr. Maleeah and review of his prior medical records, and based on my expert medical knowledge, I concluded that Mr. Maleeah was suffering from phantom limb pain and slight paresthesia to his left third toe. Phantom limb pain is when the nerve endings at the site of the amputation continue to send pain signals to the brain to make the brain think the limb is still there.

6.

I appropriately prescribed two medications for Mr. Maleeah's condition. I prescribed Neurontin which is a drug used to treat neuropathic pain.  I also prescribed ibuprofen for pain and as an anti-inflammatory.  I attempted to educate Mr. Maleeah about phantom limb pain and to explain it was a permanent condition.

7.

Mr. Maleeah's requested treatment to have his foot or other toe amputated was not, and is not, an acceptable medical treatment for phantom limb pain.

8.

Reasonable treatment for Mr. Maleeah's phantom limb pain was to prescribe Neurontin and ibuprofen.  In my medical opinion, Mr. Maleeah did not require further medical intervention for his complaints beyond the medicines I prescribed.

9.

At the time that I saw Mr. Maleeah, he was not in any immediate or acute distress.    His complaints of nerve pain did not present any serious threat to his future health.

10.

Based on my education, training and experience in medical practice, as well as my knowledge of Mr. Maleeah's medical treatment, I can say to reasonable degree

of medical certainty that Mr. Maleeah did not suffer any negative effects or harm to his health as a result of my treatment on November 3, 2016.

FURTHER AFFIANT SAYETH NOT.

This the 29th day of August, 2019.

_____

DERONDA BROWN, M.D.

Sworn to and subscribed before
me this _2 9th_ day of August, 2019.

_____

Notary Public

My Commission Expires:

**GEORGIA DEPARTMENT : CORRECTIONS**

**MD, NP, PA Medical Encounter Form**

Name: _Maleeah Cager_

Facility _Coastal SP_  Date: _11/3/16_  Time: _843a_

EF or S/S No.: ████████8951

Date of Birth ████ _/63_  Race _W_  Sex _M_

**S:  Patient states, with respect to his condition:**  _Pain in left foot_

Type of Encounter: (•Routine) • •Urgent/Emergent

HPI: _Patient c/o numbness + tingling to 3rd toe, painful c ambulat, edema, started ~1 week p surgery for removal of 4th toe & fasciotomy._

Other Medical/CIC Conditions: _____

Medications: _Neurontin 800mg tid, Motrin 600mg tid, Monase 1mg qd_

**O:** BP: _153/97_  HR: _70_  RR: _20_  T: _978_  Today's Wt _216_  Previous Wt _211_ on _10/14/16_ (date)

Peak Flow Measurement: _____ mL      Pulse Ox: _____ % (• •Room air  • •O$_2$ @_____ Liters)  Finger stick glucose _____ mg/dL

PE Findings: _Gen: WDWN, NAD_
_Left foot: absent 4th toe c scar to dorsum of foot 3rd toe: FROM, ⊘edema, erythema or warmth_

Recent Lab/Diag. Test Results: _____

**A:** _Paresthesia to (L) 3rd toe p amputation of 4th toe c phantom pain_

**P: Diagnostic Measures:** (Ordered lab tests, CXR, EKG, Consults, etc.) _None_

**Therapeutic Measures:** (Ordered meds or • $, treatments, etc.) _Continue current dose of Neurontin_

**Patient Education:** (Advise given re: clinical / lab findings, follow up, additional / alternative treatments, etc.) _Discussed c patient that he will have phantom pain + paresthesia from the extensive surgery that he had, we'll continue c Neurontin_

Follow Up: • •Yes •(No) If yes, in _____ Days  Wks  Mnts (circle)  Appt. Date: ___/___/___  •Refer to _____ CIC Clinic

• •Problem List reviewed and updated as clinically indicated

Signature and Credential _DBrCumby_     (MD) NP / PA (circle)

P78-0001.01 (rev. 8/01)       DO NOT WRITE ON BACK       MD, NP, PA  MEDICAL ENCOUNTER FORM

Exhibit A

**Maleeah/Darcy 0409**