IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAGER A. MALEEAH,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        CASE NO. CV418-096
                                     )
DR. OLATUNJI AWE, DR. BROWN,         )
P.A. DARCY, NURSE TYLER,             )
NURSE ANDERSON, NURSE TERRY,         )
and NURSE GREEN,                     )
                                     )
        Defendants.                  )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation, to which no objections have been filed. (Doc.
131.) After careful consideration, the report and
recommendation is **ADOPTED** as the Court's opinion in this case.
Accordingly, Plaintiff's Motion to Amend (Doc. 72) is **GRANTED.**
Additionally, Plaintiff's Motion for Preliminary Injunction
and Motion to Appoint Counsel (Doc. 110) is **GRANTED IN PART**
and **DENIED IN PART.** Specifically, Plaintiff's requests for
injunctive relief are **DENIED**, however, Plaintiff's request
that the Court appoint him counsel is **GRANTED IN PART** for the
limited purpose of a Court-ordered settlement conference.
Plaintiff's remaining pending motions are **ADMINISTRATIVELY**

**TERMINATED.** Plaintiff remains bound by all other instructions in the report and recommendation.

SO ORDERED this ___1st___ day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA