# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CAGER A. MALEEAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-096 |
| | ) | |
| DR. OLATUNJI AWE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

During a previously scheduled telephonic status conference, doc. 142, the parties informed the Court that they would confer and select a series of mutually agreeable dates for a settlement conference.  To date, the parties have not provided that information.  Accordingly, the parties are **DIRECTED** to provide the Court with four proposed dates for a settlement conference no later than close of business on Friday, August 14, 2020.

**SO ORDERED,** this 11th day of August, **2020.**

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA