UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CAGER MALEEAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | **4:18-CV-096-WTM-CLR** |
| ) | |
| DR. BROWN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANT TONYE ANDERSON**

COMES NOW Plaintiff, pursuant to FRCP 41(a)(2), and moves to dismiss Defendant Tonye Anderson without prejudice from this action.  Plaintiff's counsel has been authorized by Defendants' counsel to state that they have "no objection" to the dismissal of Defendant Tonye Anderson.

Respectfully submitted this 13th day of October, 2020.

                          s/   *John E. Suthers*
                          Georgia Bar No. 693210
                          D. Adam Harper
                          Georgia Bar No. 997912
                          *Attorneys for Plaintiff*
                          SUTHERS & HARPER
                          P.O. Box 8847
                          Savannah, GA 31412-8847
                          Tel:  (912) 232-6767
                          Fax: (912) 232-1958
                          jes@sutherslaw.com
                          adam@sutherslaw.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Plaintiff's Motion to Dismiss Defendant Tonye Anderson** upon all counsel of record via electronic mail and electronic filing through Electronic Case Files (ECF) System for the U.S. District Court for the Southern District of Georgia to the following attorneys of record:

**Catherine M. Banich**
**Brynda Rodriguez Insley**
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
cbanich@taylorenglish.com
binsley@taylorenglish.com

**Annarita L. McGovern**
Satcher & McGovern
288 South Main Street
Suite 100
Alpharetta, GA 30009
amcgovern@satchermcgovernlaw.com

**Paul Jay Pontrelli**
Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334-1300
ppontrelli@law.ga.gov

**Cager A. Maleeah**
3278 Springside Ridge
Decatur, GA 30034
cagermaleeah@gmail.com

**B. Nicole Smith**
Huff, Powell & Bailey, LLC
999 Peachtree St., NE
Suite 950
Atlanta, GA 30309
nsmith@huffpowellbailey.com

This 13th day of October, 2020.

                                                   _s/   John E. Suthers_
                                                   John E. Suthers