IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CAGER A. MALEEAH,<br><br>    Plaintiff,<br><br>v.<br><br>DR. OLATUNJI AWE; DR. BROWN;<br>P.A. DARCY; NURSE TYLER; NURSE<br>EVANS, Now Anderson; NURSE<br>TERRY; NURSE GREEN; and MS.<br>RIVERS;<br><br>    Defendants. | CASE NO. CV418-096 |

## O R D E R

Before the Court is Plaintiff Cager A. Maleeah and Defendants Dr. Olatunji Awe, Hanna Dorce[1], Helen Tyler, Juanita Green, Deborah Ivey-Terry, and Cynthia Rivers's Stipulation of Dismissal with Prejudice. (Doc. 162.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 162) is **GRANTED** and the claims against Defendants Awe, Dorce, Tyler, Green, Ivey-Terry, and Rivers are **DISMISSED WITH PREJUDICE**. As a result, Defendant Awe's Motions to Dismiss (Docs. 140, 160) and Motion to Stay Discovery (Doc. 161) are **DISMISSED AS MOOT**. Each party shall bear

---

[1] Defendant Dorce was misidentified as PA Darcy in Plaintiff's complaint. (Doc. 27 at 1 n.1.)

its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 12th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA