IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAGER A. MALEEAH,  )
                   )
    Plaintiff,     )
                   )
v.                 )   CASE NO. CV418-096
                   )
DR. BROWN,         )
                   )
    Defendant.     )
_____)

O R D E R

Before the Court is the Magistrate Judge's June 7, 2021, Report and Recommendation (Doc. 189), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Dr. Brown's motion for summary judgment (Doc. 170) is **GRANTED** and Plaintiff's claims against Dr. Brown are **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of July 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA